**<u>EXHIBIT A</u>**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

<div align="right">
FOR COURT USE ONLY<br>
(SOLO PARA USO DE LA CORTE)
</div>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

CAPITAL ONE, FINANCIAL CORP.(3335211); per California Secretary of State; Publicly traded as '"COF" www.capitalone.com,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

GEORGE JARVIS AUSTIN

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Francisco Superior Courthouse

400 McAllister St, San Francisco, CA 94102

| | |
|---|---|
| CASE NUMBER:<br>*(Número del Caso):* | **CGC-25-627090** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
George Jarvis Austin, 2107 Montauban Court, Stockton, CA, 95210, 209.915.6304

DATE:
*(Fecha)* **07/21/2025**

Clerk, by
*(Secretario)* **WILMA CORRALES**, Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]



**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* CAPITAL ONE, FINANCIAL CORP.(3335211); per CaliforniaSecretary of State; Publicly traded as "COF" www.capitalone.com

under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☒ other *(specify):* 415.95 (business organization, form unknown)
4. ☐ by personal delivery on *(date):*

<div align="right">Page 1 of 1</div>

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courts.ca.gov |

For your protection and privacy, please press the Clear
This Form button after you have printed the form.    [ Print this form ]   [ Save this form ]     [ Clear this form ]

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| George Jarvis Austin, in Pro Per (Self Represented)<br>2107 Montauban Court, Stockton, CA, 95210<br><br>TELEPHONE NO.: 209.915.6304    FAX NO.:<br>EMAIL ADDRESS: georgejarvisaustin@gmail.com<br>ATTORNEY FOR *(Name):* George Jarvis Austin (Plaintiff, Self Represented) | **ELECTRONICALLY**<br>**F I L E D**<br>*Superior Court of California,*<br>*County of San Francisco*<br><br>**07/15/2025**<br>**Clerk of the Court**<br>BY: WILMA CORRALES<br>Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 400 McAllister St,
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: San Francisco Superior Courthouse

CASE NAME: Austin v. Capital One, Financial Corp. ('COF')

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | CASE NUMBER: |
|---|---|---|---|
| [x] **Unlimited**<br>(Amount<br>demanded<br>exceeds $35,000) | [ ] **Limited**<br>(Amount<br>demanded is<br>$35,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CGC-25-627090 |
| | | | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46) | [ ] Breach of contract/warranty (06)<br>[ ] Rule 3.740 collections (09) | [ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property<br>Damage/Wrongful Death) Tort** | [ ] Other collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37) | [ ] Mass tort (40)<br>[ ] Securities litigation (28)<br>[ ] Environmental/Toxic tort (30) |
| [ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[ ] Other PI/PD/WD (23) | **Real Property**<br>[ ] Eminent domain/Inverse<br>condemnation (14)<br>[ ] Wrongful eviction (33) | [ ] Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41) |
| **Non-PI/PD/WD (Other) Tort** | [ ] Other real property (26) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07)<br>[x] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35) | **Unlawful Detainer**<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>**Judicial Review**<br>[ ] Asset forfeiture (05) | [ ] Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>[ ] Partnership and corporate governance (21) |
| **Employment**<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Petition re: arbitration award (11)<br>[ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | [ ] Other petition *(not specified above)* (43) |

2. This case [ ] is  [x] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the
   factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel
   issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more
   courts in other counties, states, or countries, or in a federal
   court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [x] punitive
4. Number of causes of action *(specify):* 8 major causes of action (UCL; CLRA); Negligence with 2 sub-causes (per se; gross)
5. This case [ ] is  [x] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 7.4.25
GEORGE JARVIS AUSTIN
(TYPE OR PRINT NAME)                                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed
  under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to
  the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]
**CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, only parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel) (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
      or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner
      Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic
    relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
    harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

**For your protection and privacy, please press the Clear
This Form button after you have printed the form.**
    [ Print this form ]  [ Save this form ]    [ Clear this form ]

GEORGE JARVIS AUSTIN
2107 Montauban Court
Stockton, CA, 95210
209.915.6304
georgejarvisaustin@gmail.com; gaustin07@berkeley.edu

GEORGE JARVIS AUSTIN, IN PRO PER

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*
**07/10/2025**
**Clerk of the Court**
BY: WILMA CORRALES
Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| **GEORGE JARVIS AUSTIN** | Case No.: *__To Be Determined__* CGC-25-627090 |
| Plaintiff(s), | **OPENING COMPLAINT** |
| vs. | |
| CAPITAL ONE, FINANCIAL CORP.(3335211); *per CaliforniaSecretary of State;* Publicly traded as '"COF" www.capitalone.com, | |
| Defendant(s). | |

**Opening Complaint Claims:** *a. 50+ Unruh violations between 7.4.24-7.4.25* **b.** *Deceit-Fraud* **c.** *Unfair Business Practices* **d.** *1981 right to contract as compared to similarly situated Whites* **e.** *Breach of Contract* **f.** *Negligence & Gross Negligence* **g.** *Aiding and Abetting Defamation Per Se & Fraud*

*Minimum demand between* **$1.5- $5.5 million** *for 7.4.24-7.24.25 claims depending on timing and structure (price may appreciate in value, and cost, the longer the process with Capital One is drawn out).*

DATED: 7.4.25

s/ *George Jarvis Austin*
In Pro Per

-1-

**Introduction Summary**

Mr. George Jarvis Austin, Capital Fellows, Senate Fellows, 2012-2013 Alum, (*with fellowship*

*dual placement as a. Senate Governance and Finance Committee Consultant b. Senator Lois*

*Wolk staffer for select bills through legislative process*), Self Represented Litigant, Severely

Injured Worker at Tesla Motors, Inc. ('TSLA') (see *Austin v. Tesla Motors, Inc.* 3:23-cv-00067-

AGT filed 1.6.23-present) notes that the Rules do not expressly provide a word count limit for a

complaint, but observes the 8,400 word limit for CA Supreme Court Petition, and 14,000 word

limit for CA Appellate Brief, and thus seeks to limit his complaint to less than three times

(42,000) the Appellate brief word limit in interest of brevity,  focused language (*while including*

*all requisite precise facts, evidence, & VERY complex context*). See e.g. United States House of

Representatives Committee on Financial Services *December 7, 2022, Subcommittee on*

*Oversight and Investigations Hearing entitled, "An Enduring Legacy: The Role of Financial*

*Institutions in the Horrors of Slavery and the Need*

*for Atonement, Part Two"* **HHRG-117-BA09-20221207-SD002.pdf;**

> *"Capital One stated that in 2017 it commissioned History Associates, Inc.*
> *to review its business activity during the slavery era, also in compliance*
> *with the Chicago Ordinance. Of the 257 predecessor banks identified to be*
> *in existence prior to January 1, 1866, Union Bank of Louisiana was found*
> *to have had a connection to chattel slavery by accepting 8,149 enslaved*
> *people as collateral for loans and coming into possession of 437 enslaved*
> *people. The report included the names of enslaved people owned by Union*
> *Bank of Louisiana from its founding in 1832 until the abolition of slavery*
> *in 1865. The report also included a list of transactions whereby enslaved*
> *[Black] people were pledged as collateral for mortgages or loans. Capital*
> *One stated that it has not acquired any additional financial institutions*
> *since the 2017 report, which is confirmed by the Committee's review...."*

Because of the multi-level racially derogatory insults by Capital One ('COF') toward Mr.

Austin, *because he is Black*, Mr. Austin takes time to **1.** outline roots of these derogatory racist

practices in the *sordid US History of Banks-Financial Institutions*, and **2.** highlight why, *in 2025,*

these *ongoing* practices that harm Mr. Austin in the present, are such *deep-derogatory* harms

toward Mr. Austin.  See e.g. How Banks Played a Role in Upholding Slavery During the 19th

Century | GW Today | The George Washington University *("...Sharon Ann Murphy, the author of "Banking on Slavery: Financing Southern Expansion in the Antebellum United States" (University of Chicago Press, 2023), led a discussion at George Washington University explaining how deeply 19th-century banks in the American South were entwined with the institution of slavery..... "I was appalled by the profound brutality of literally treating humans like livestock. Understand, when the borrower defaulted, slave auctions often followed," Wilson said. "Through no fault of their own, the enslaved [Black] people might be literally sold down the river, never to see friends or family again. I knew slavery was evil, but this took my breath away....."); See also* Slavery Era Insurance Registry ; www.insurance.ca.gov/01-consumers/150-other-prog/ 10-seir/ *(".. In August 2000 the California legislature found that "Insurance policies from the slavery era have been discovered in the archives of several insurance companies, documenting .... first evidence of ill-gotten profits from slavery...")*

It is unclear which 'COF' racial insult is worse, as both call Mr. Austin a *"N\*gg\*r"-"Black Inferior"-"Brute or Buck,"* whereas on one hand **1.** COF's conduct toward Mr. Austin in violation of its explicit contract-policies-law (*Exhibits A-Z)* & presumes Mr. Austin, as a Black man, cannot read what Capital One's publicly defined contractual policy actually says (Credit card dispute process | Capital One Help Center *"... you can file a dispute at any time*.") which is direct a throwback to anti-literacy, Black Inferiority, pro-slavery policies or **2.** COF's knowing Mr. Austin can read, but showing that they are willing to break the law, explicitly breach precisely defined contract terms, CA and Federal laws just to call Mr. Austin a *"N\*gg\*r"-"Black Inferior"-"Brute or Buck"* because he is Black.  Throughout this *41,383* word complaint Mr. Austin cites heavily to the California & US Supreme Court, including very detailed citations from California Supreme Court's jurisprudence on these precise issues from 7.4.24-7.4.25.  The citations are in context of highlighted plead facts to show in context, and in the flow of precise plead fact-direct evidence, precisely why those facts are important per the Supreme Courts'

-3-

controlling precedent. *Mr. Austin will happily reduce, edit, and move more of the information to Exhibits Appendix at the Court's request, or order*, for a just, speedy, trial or settlement on the merits. The *41,383* word initial Opening Complaint is due to the complexity, historical significance, & calculated-strategic animus of issues.

Mr. Austin was harmed by Capital One (herein "COF") from **7.4.24 to 7.4.25** with COF's self disclosed-admitted **a.** 50+ Unruh violations of adverse refusals of making-performing-enforcing their contracts in the same way as similarly situated Whites **b.** Deceit-Fraud **c.** Unfair Business Practices **d.** 1981 right to make-perform-enforce contracts in the same way as similarly situated Whites **e.** Breach of Capital One's Express Contract Provision <u>Credit card dispute process | Capital One Help Center</u> *("...After you file a dispute ... here's what to expect:....Capital One will act as the "go-between" for you and the merchant, working on your behalf....How long do I have to file a dispute?.....If you want to file a dispute on our website or ...Mobile app you'll need to do so within 90 days ......Otherwise, ... you may file a dispute at any time ....."* **f.** Negligence; Negligence Per Se & Gross Negligence **g.** Aiding and Abetting Defamation Per Se & Fraud. Mr. Austin has a *minimum demand between* <u>**$1.5- $5.5 million**</u> *for these claims* and harms in this timeframe (7.4.24 - 7.4.25). Mr. Austin remains open to non-litigious Alternative Dispute Resolution options.

**OPENING COMPLAINT - San Francisco County Superior Court**

## PHYSICAL INJURY ADA ACCOMMODATION NEEDS

Mr. Austin is suffering from two separate very severe injuries creating need for ADA physical injury Accommodation needs.  As mentioned above Mr. Austin was injured while working at TSLA's Fremont Factory, and separately in a car accident injuring a different part of the body.  Both injuries are *ongoing* and make it challenging for Mr. Austin to sit, nor stand, longer than 15-30 minutes without experiencing excruciating pain, and thus will need ADA physical injury accommodations throughout the proceedings (including scheduling, use of virtual-remote options, additional time, and other accommodation).

## EXHIBITS & PRIVACY PROTECTED INFORMATION: REDACTED

Per *California's* **1.** *Constitution*'s explicit protections of privacy rights (*Article 1, sec. 1*), **2.** *Consumer Privacy Act*, and **3.** *Financial Information Privacy Act*, Mr. Austin proactively redacted exhibits, and embedded documents with related privacy protected information in accord with current law.

# TABLE OF CONTENTS

Page

INTRODUCTION-SUMMARY ............................................................................... 2

PHYSICAL INJURY ADA NEEDS ....................................................................... 5

TABLE OF AUTHORITIES .................................................................................. 12

FACTS ................................................................................................................... 17

MR. AUSTIN SOUGHT TO CONTRACT WITH COF AS SIMILAR SITUATED WHITE CUSTOMERS BETWEEN **7.4.24** TO **7.4.25** AND WAS REFUSED, DEPRIVED, DENIED 50+ INSTANCES.

Per the California Supreme Court's:

**A.**  _Bailey v. San Francisco District Attorney's Office_, No. S265223, 2024 WL 3561569 (Cal. July 29, 2024) *"The objective severity of [discrimination] should be judged from the perspective of a reasonable person in the plaintiff's position... a single racial epithet can be so offensive it gives rise to a triable issue of actionable [discrimination]"*.... In Boyer-Liberto, for example, .... *"two uses of the 'porch monkey' epithet — whether viewed as a single incident or as a pair of discrete instances of [discrimination] — were severe enough to engender a [discriminatory] ... environment."*.. the *"chosen slur" was .. as odious as the '[N-word]"*

**B.**  _Koire v. Metro Car Wash_, *"Courts ... repeatedly held ... Unruh ... [applies to] unequal treatment [like] when [B]lacks were allowed to enter business establishments but were restricted to certain portions of the premises .... [like] [B]lack ticketholders admitted to theatre but restricted to seating in segregated section [or] ...[B]lack ticketholders admitted to racetrack but denied clubhouse seating.."*

**C.**  _White v. Square_ all that's required is an *"exclusionary policy"... "on the basis of the person's membership in a protected category..."*

**D. 1.**_Greenberg v. Western Turf Asso. (1903)_ & **2.** _Pleasants v. North Beach & Mission R.R (1868),_ two early California cases directly addressing the type of overtly racist COF conduct toward Mr. Austin, whereas COF expressly refuses to serve, nor contract with Mr. Austin in, Same way as similarly situated Whites, with bare minimum contractual Function, which they knowing did to aid and abet defamatory per se statements by a third-party merchant, because Mr. Austin is Black.  The CA Supreme Court ruled, and reasserted, the rights Black, 'Colored',

**OPENING COMPLAINT  -  San Francisco County Superior Court**

or 'Negro,' Californian's have to public accommodation businesses whereas these <u>rights are taken as a given in 1903 (& 1868), California</u>: *"In the judgment of the legislature, the public had an interest to prevent race discrimination between citizens on the part of persons maintaining places of public amusement ... The complaint charges a single violation of the statute as having occurred upon the fifth day of December, 1899, & plaintiff's demand for damages is based wholly upon this one refusal to admit him..... If the railroad company wrongfully ejects such a [Black, Colored, Negro, or African American] passenger from its train, he is entitled to recoup for the value of his ticket, the expenses to which he is put in reaching his destination, injury to his feelings, and the like...."* The victorious Black or African American ticket holder, Hyman Greenberg, sued initially in one of the courts of California, and there was a verdict and judgment against the association, affirming his rights to a public accommodation, place of amusement whereas he, a. Bought a ticket b. Presented himself for entry, and c. was initially admitted then ejected, or refused admission (or denied right to contract, or service).

**What's Capital One's excuse in 2025?** *(122 years after <u>Greenberg</u> ; 157 years after <u>Pleasants</u> )*?

**CAPITAL ONE DEMONSTRATES RACIAL 'ANIMUS' VIA:**

**1.**     Subjecting Mr. Austin to a *different, and inferior*, explicitly, publicly defined contract provision  process, policy or procedure to exclude, Mr. Austin as *compared to similarly situated Whites*

**2.**     Excluding, denigrating, and segregating with racist per se violations of <u>CA Civ Code contract sections 1638-44</u> & explicit, publicly defined, COF contract provisions <u>Credit card dispute process | Capital One Help Center</u> per
**a.** *<u>CA Civ. Code 1638</u> "The language of a contract is to govern its interpretation, if the language is clear and explicit..."* **b.** *<u>CA Civ. Code 1639</u> "When a contract is reduced to writing, the intention of the parties is to be ascertained from the writing alone..."* **c.** *<u>CA Civ. Code 1644</u> " the words of a contract are to be understood in their ordinary and popular sense* **d.** *<u>CACI 300-303</u> Jury Instructions,* **e.** *1 Witkin, Summary of California Law (10th ed. 2005) Contracts, § 847 whereas "a breach is the result of an intentional act, but negligent performance may also constitute a breach, giving rise to alternative contract and tort actions..."* and **f.** *<u>Koire v. Metro Car Wash</u>, whereas "Courts ... repeatedly held ... Unruh ... [applies to] unequal treatment [like] when [B]lacks were allowed to enter business establishments but were restricted to certain portions of the premises.... [like] ... segregated section.."*

**3.**     *<u>Per se violations of fraud-deceit statute</u>*  just to 1. Discriminate against

Mr. Austin providing inferior service, and subjecting to inferior contractual rights, and 2. Willfully-Knowingly aid and abet a merchant's or companies defamatory per se statements, and actions, directly harming Mr. Austin.  Capital One not only has the ability to correct just by doing their own written self described contract duty (as Mr. Austin requested 50+ separate times), but the duty to so per Unruh, contractual, and other non-discrimination requirements showing extreme animus and malice toward Mr. Austin.

**4.** Use of, false, derogatory, per se illegal, anti-Black racial stereotypes-slurs *"N\*gg\*r"*-*"Black Inferior"*-*"Brute"* against Mr. Austin to create stigma plus adverse acts-harms, and attempt to Distract away from Capital One's self-described per se failures of contractual duties owed Mr. Austin (e.g. jimcrowmuseum.ferris.edu/caricature/homepage.htm).

**5.** Complete exclusion from certain feature of the contractual process when Capital One self describes, publicly, their own duty is to do this Process for its customers, like Mr. Austin. Credit card dispute process | Capital One Help Center (*"When you file a dispute…To file a dispute digitally, you need to file the dispute within 90 days of the transaction date…….*

*…..If 90 days have passed, you can still file a dispute by calling the number on the back of your card. ….you may file a dispute at any time…"*)

**6.** Willful violations of Capital One's explicit, precisely, defined contract Provisions Credit card dispute process | Capital One Help Center ; *"…After you file a dispute Once you submit your claim, here's what to expect:*

*….Capital One will act as the "go-between" for you and the merchant, working on your behalf…."*

*"….How long do I have to file a dispute?*

*…..If you want to file a dispute on our website or through the Capital One …Mobile app you'll need to do so within 90 days of the transaction date. Otherwise, you can file a dispute at any time by calling the number on the back of your card… you may file a dispute at any time ….."*

**7.** Willful aiding and abetting another merchant's defamatory per se statements-conduct, and defrauding Mr. Austin.  Capital One has the written self-described contract duty (as Mr. Austin requested 50+ separate times) per Unruh, contractual, and other non-discrimination requirements showing extreme animus and malice toward Mr. Austin.

**OPENING COMPLAINT  -  San Francisco County Superior Court**

**8.**      Malice & demonstrated Pretext as Capital One knows it just lied, per its own precisely publicly written contractual duties to its Customers. COF did so to aid and abet, and magnify harm, knowingly, from a merchant Mr. Austin alerted was defrauding, defaming, and violating a Host-variety of other laws. Mr. Austin didn't ask for anything special, or Extra, just the bare minimum of their publicly defined contractual duties, and they chose to insult his intelligence, and person, and explicitly lie, *Repeatedly*. Despite the facts, truth, and Capital one is subjugating, and excluding Mr. Austin from his right to contract, and ultimately public accommodation as compared to similarly situated Whites (and its own precisely defined contractual standards) per Unruh Act, 42 USC 1981, Civil Rights Act of 1964.

DECLARATION................................................................................................ 65

GUIDING LEGAL STANDARDS ................................................................... 134

California Supreme Court's White v. Square clear standards for Public Accommodation, ***prohibition on***: **a.** various iterations of anti-Black animus, **b.** use of derogatory stereotypes **c.** use of outright *"exclusionary policy"...* *"on the basis of the person's membership in a protected category"* whereas <u>Outright Refusal</u> of the entire contract, or a portion of the contract <u>Credit card dispute process | Capital One Help Center</u> , is only the *extreme, outer realm* of racial 'Animus', as California Supreme Court's <u>*Koire v. Metro Car Wash*</u> explains: *"Contrary to defendants' assertions, the scope of the Unruh Act is not narrowly limited to practices which totally exclude classes or individuals from business establishments."*

US Supreme Court's *BELL v. MARYLAND*, 378 U.S. 226 (1964), along with *Students for Fair Admissions, Inc. v. President & Fellows of Harvard* Coll., No. 20-1199, 202 (U.S. Jun. 29, 2023) clear standards for **a.** public accommodation **b.** prohibition on use of derogatory racial stereotypes **c.**   prohibition on subjecting one race to one policy-procedure to their disadvantage, and a different race to a different policy-procedure for their unfair advantage.

JURISDICTION................................................................................................ 143

VENUE ............................................................................................................. 143

CLAIMS ........................................................................................................... 144

**A.**      Unruh *50+* adverse refusals to contract with in the same way as

**OPENING COMPLAINT  -  San Francisco County Superior Court**

1    similarly situated Whites, and COF's precisely-publicly outlined most basic
     standards, *from 7.4.24 - 7.4.25.*
2        **B.**    Deceit-Fraud
3        **C.**    Unfair Business Practices- False Advertising
         **D.**    1981 right to  to contract with in the same way as similarly situated
4    Whites, and precisely outlined basic standards, *from 7.4.24 - 7.4.25.*
5        **E.**    Breach of Contract
         **F.**    Negligence, Negligence Per Se, Gross Negligence.
6        **G.**    Aiding and Abetting Defamation Per Se, and Fraud

7    CONCLUSION ................................................................................................... 170

8    CERTIFICATE OF COMPLIANCE-SERVICE

9    EXHIBITS (**A - Z**)

10

11
     **Exhibit <u>A</u>** -Declaration; Written Notice to COF agents of aiding and abetting, after already
12   providing spoken notice to at least 4 Agents,  Pristine background checks
13   **Exhibit <u>B</u>** - COF's Express Contract Provision per <u>CA Civ Code contract sections 1638-44;</u>
     <u>Credit card dispute process | Capital One Help Center;</u> *"...After you file a dispute Once you*
14   *submit your claim, here's what to expect:....Capital One will act as the "go-between" for you*
     *and the merchant, working on your behalf....How long do I have to file a dispute?.......you*
15   *can ... you may file a dispute at any time ....."; <u>CA Civ. Code 1638; CA Civ. Code 1639</u>;*
16   <u>*CA Civ. Code 1644; CACI 300-303*</u> *Jury Instructions,*

17
     **Exhibit <u>C</u>** - File a Dispute - <u>Fraud & Disputes | Capital One Help Center;</u>
18   <u>Mail_dispute_template.pdf</u>

19   **Exhibit <u>D</u>** -Confirmation of Fax receipt; Initial Faxed items dispute requests (redacted)
20   **Exhibit <u>E</u>** - Capital One's Initial Document & Document breaching contract, with
     *<u>written deceit; aids & abets fraud & defamation per se</u>*
21
22   **Exhibit <u>F</u>** - Follow Up Faxed items dispute requests after deceit (redacted)
     **Exhibit <u>G</u>** - Credit Score Importance, and Factors, Compilation
23   **Exhibit <u>H</u>** - Profiting from Black Pain and Exploitation: Compilation of
     Financial Institutions, Insurers, who financed Black Enslavement
24
25   **Exhibit <u>I</u>** - Antebellum Enslaver States uses of *<u>Anti-Literacy</u>*, anti-Black derogatory slurs-
26   stereotypes for explicit purposes of Black enslavement to insult, exploit, and deprive
     similar to COF's uses toward Mr. Austin via COF's ***"relic of slavery"*** policy
27

28

-10-

**Exhibit J** - *White v. Square* CA Supreme Court - highlighted

**Exhibit K** - Wikipedia Stereotypes of African Americans
Stereotypes of African Americans - Wikipedia

**Exhibit L** - Jim Crow Museum:: The Black Brute Caricature - The Brute
Caricature - Jim Crow Museum

**Exhibit M** - Wikipedia Criminal Stereotypes of African Americans
Criminal stereotype of African Americans - Wikipedia

**Exhibit N** - Jim Crow Museum: "N*gg*r and Caricature"
N*gg*r and Caricature - Anti-Black Imagery - Jim Crow Museum

**Exhibit O** - Department of Justice Black Criminal [Derogatory]
Stereotypes and Racial Profiling www.ojp.gov/ncjrs/virtual-library/
abstracts/Black-criminal-stereotypes-and-racial-profiling

**Exhibit P** - *Lynching of African-American Veterans after World War I - Wikipedia*

**Exhibit Q** - *lynching-in-america-targeting-Black-veterans- web.pdf*)

**Exhibit R** - James K. Vardaman - Wikipedia;

**Exhibit S** - The Black Holocaust …..| The Lynching Sites Project of Memphis

**Exhibit T** - What is the Black Holocaust? - America's Black Holocaust Museum**.**

**Exhibit U** - *Oxford Global History of Capitalism* - Mansa Musa of Mali :
Gold, Salt, and  Storytelling in Medieval West Africa
globalcapitalism.history.ox.ac.uk/files/ghocmansamusainmalipdf

**Exhibit V** - *Smithsonian Magazine* -  New Exhibition Highlights Story of
the Richest Man Who Ever Lived - Mansa Musa, emperor of Mali, who ..
disrupted Egypt's economy just by passing through; www.smithsonianmag
.com/smart-news/richest-man-who-ever-lived-180971409/ ;

**Exhibit W** – *Mansa Musa – Wikipedia* -

**Exhibit X** - *Chicago Tribune* -  The richest man ever was not named Gates
or Bezos; he was king of Mali in the Middle Ages www.chicago
tribune.com/2019/01/27/the-richest-man-ever-was-not-named-gates-or-bez
os-he-was-king-of-mali-in-the-middle-ages/ ;

**Exhibit Y** - *History*- 14th-Century African Emperor Remains the Richest
Person in History Forget today's tech billionaires… wealth of Mansa Musa
of Mali was too vast to be imagined, or equaled www.history.com/
articles/who-was-the-richest-man-in-history-mansa-musa

**Exhibit Z** - Good Credit Score and 100% on time Payments

**OPENING COMPLAINT  -  San Francisco County Superior Court**

# TABLE OF AUTHORITIES

Page(s)

**Cases**

*BELL v. MARYLAND,*

378 U.S. 226 (1964), ...........................................................................................................

*Brown v. Board of Education,*

347 U.S. 483, 494 (1954), ...................................................................................................

*White v. Square, Inc.,*

7 Cal.5th 1019, 1028 (Cal. 2019), .......................................................................................

*Bailey v. San Francisco District Attorney's Office,*

No. S265223, 2024 WL 3561569 (Cal. July 29, 2024) .........................................................

*Angelucci v. Century Supper Club* (2007)

41 Cal.4th 160, 167., ...........................................................................................................

*Albertini v Schaefer* (1979)

97 Cal App 3d 822, 829 – 830, ...........................................................................................

*Babcock v. McClatchy Newspapers* (1947)

82 Cal.App.2d 528, 539, .....................................................................................................

*Bailey v. Binyon*

(N.D.Ill. 1984) 583 F.Supp. 923, 927., .................................................................................

*Bates v. Campbell* (1931)

213 Cal. 438, 443;, ....................................................................................................

*Boyich v. Howell* (1963)

221 Cal.App.2d 801;, ...........................................................................................................

*Brown v. Grimes*

*(2011) 192 Cal.App.4th 265, 277–278.,* ...............................................................................

*Brown v. U.S. Taekwondo,*

11 Cal.5th 204, 209 (Cal. 2021) ..........................................................................................

*Candelore v. Tinder, Inc.*

*(2018)*19 Cal.App.5th 1138, 1143.........................................................................................

*California Logistics, Inc. v. State of California*

*(2008)* 161 Cal.App.4th 242, 247, .......................................................................................

*Carey v. Piphus,*

435 U.S. 247 (1978), ...........................................................................................................

-12-

*Christian Research Institute v. Alnor* (2007)

148 Cal.App.4th 71, 80 , ………............................................................................................

*Clay v. Lagiss* (1956)

143 Cal.App.2d 441, 448, ………................................................................................................

*Comcast Corp. v. Nat'l Ass'n of African Am.-Owned Media,*

140 S. Ct. 1009, 1016 (2020), .................................................................................................

*Cunningham v. Simpson* (1969)

1 Cal.3d 301, 307, ………............................................................................................................

*Dethlefsen v. Stull* (1948)

86 Cal.App.2d 499, 502, ………..................................................................................................

*Diaz v. Tesla, Inc.,*

*3:17-cv-06748, at \*1 (N.D. Cal. Apr. 13, 2022),* ..................................................................

*Doe v. City of Los Angeles*

(2007) 42 Cal.4th 531, 550, ………............................................................................................

*Edwards v. San Jose Printing & Publishing Soc.* (1893)

99 Cal. 431, ………......................................................................................................................

*EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,*

*Plaintiff, v. TESLA, INC., Case No. 23-cv-04984-JSC*

*(3.29.24 - ORDER),* ...................................................................................................................

*General Bldg. Contractors Assn., Inc. v. Pennsylvania,*

458 U.S. 375 (1982), ..................................................................................................................

*Gertz v. Robert Welch, Inc.,*

*418 U.S. 323 (1974)* ,..................................................................................................................

*Greenberg v. Western Turf Asso.*

*148 Cal. 126 (Cal. 1905),* ..........................................................................................................

*Greenberg v. Western Turf Asso.,*

*140 Cal. 357, 363 (Cal. 1903),* ..................................................................................................

*Hansberry v. Lee,*

*311 U.S. 32, 40, 61 S.Ct. 115, 117, 85 L.Ed. 22 (1940),* .......................................................

*Harris v. Capital Growth Investors XIV* (1991)

52 Cal.3d 1142, 1169., ...............................................................................................................

**OPENING COMPLAINT  -  San Francisco County Superior Court**

*Hayter Trucking Inc. v.Shell Western E & P, Inc.*
(1993) 18 Cal.App.4th 1, 15 [22 Cal.Rptr.2d 229]., ...................................................

*Heckler v. Mathews,*
465 U.S. 728, 739 (1984), ...............................................................................

*Hutson v. Owl Drug Company,*
79 Cal.App. 390 (Cal. Ct. App. 1926), ...............................................................

*In re Cox* (1970)
3 Cal.3d 205, 212, .........................................................................................

*Jackson v. Paramount Pictures Corp.*
80 Cal.Rptr.2d 1,68 Cal.App.4th 10 at p. 35, ..................................................

*Jackson v. Superior Court (Home Savings of America),*
30 Cal. App. 4th 936, 942 (1994) ....................................................................

*Knievel v. ESPN,*
393 F.3d 1068-79 (9th Cir. 2005), ....................................................................

*Koire v. Metro Car Wash,*
*40 Cal.3d 24, 219 Cal. Rptr. 133, 707 P.2d 195 (Cal. 1985)*, .............................

*Lombard v. Louisiana*
*373 U.S. 267 (1963),* .....................................................................................

*Maher v. Devlin* (1928)
203 Cal. 270, 275, .........................................................................................

*Maidman v. Jewish Publications* (1960)
54 Cal.2d 643, ..............................................................................................

*McGinest v. GTE Serv. Corp.,*
*360 F.3d 1103-16 (9th Cir. 2004),* ...................................................................

*Megarry v. Norton* (1955)
137 Cal.App.2d 581, .......................................................................................

*Monteiro v. the Tempe Union High School Dist,*
*158 F.3d 1022-34 (9th Cir. 1998),* ....................................................................

*Omni Capital Int'l v. Rudolf Wolff & Co.,*
*484 U.S. 97, 104 (1987),* ................................................................................

*Patton v. Royal Industries* (1968)
263 Cal.App.2d 760, .......................................................................................

*Pleasants v. North Beach & Mission R.R.,*

**OPENING COMPLAINT - San Francisco County Superior Court**

*34 Cal. 586 (1868),* ........................................................................................................

*Ramirez v. Plough, Inc.,*

*863 P.2d 167 (1993),* .......................................................................................................

*Regents of University of California v. Superior Court* (2013)

*220 Cal.App.4th 549, 558; …* ..........................................................................................

*Retail Credit v. Russell,*

*234 Georgia. 765, 218 S.E.2d 54 (Ga. 1975),* ...............................................................

*Robinson v. Magee*

*(1858) 9 Cal. 81,83),* .......................................................................................................

*Rodgers v. Western-Southern Life Ins. Co.* (7th Cir. 1993)

*12 F.3d 668, 675,,* ............................................................................................................

*Runyon v. McCrary,*

*427 U.S. 160 (1976),* ........................................................................................................

*Sanders v.Walsh* (2013)

*219 Cal.App.4th 855, 873 [162 Cal.Rptr.3d 188].,* ........................................................

*Sindell v. Abbott Laboratories*

*(1980) 26 Cal.3d 588, 604[163 Cal.Rptr. 132, 607 P.2d 924],* ......................................

*Slaughter v. Legal Process & Courier Service,*

*162 Cal.App.3d 1236-1247, 209 Cal.Rptr. 189 (Cal.App.1984),* ...................................

*Smith v. Maldonado* (1999)

*72 Cal.App.4th 637, 645 [85 Cal.Rptr.2d 397],* .............................................................

*Sommer v. Gabor* (1995)

*40 Cal.App.4th 1455, 1472-1473 [48 Cal.Rptr.2d235].),* ..............................................

*Sporn v. Home Depot USA, Inc.,*

*(2005) 126 Cal.App.4th 1294,* .........................................................................................

*St. Amant v. Thompson,*

*390 U.S. 727 (1968) at p. 731,* .........................................................................................

*Stevens v. Snow* (1923)

*191 Cal. 58, 63;,* ...............................................................................................................

*Students for Fair Admissions, Inc. v. President & Fellows of*

*Harvard* Coll., No. 20-1199, 202 (U.S. Jun. 29, 2023) ...................................................

*St. Louis, I.M. & S. Ry. Co. v. McWhirter,*

*229 U.S. 265 (1913),* ........................................................................................................

**OPENING COMPLAINT - San Francisco County Superior Court**

*The United States v. the Amistad,*

40 U.S. 518, 521 (1841), ................................................................................................

*TitanCorp. v. Aetna Casualty and Surety Co.*

(1994) 22 Cal.App.4th 457, 473-474 [27Cal.Rptr.2d 476].), ..........................................

*Tonini v. Cevasco* (1896)

114 Cal. 266, 271, ...........................................................................................................

*TransUnion LLC v. Ramirez,*

594 U.S. 413 (2021), ........................................................................................................

*Upasani v.State Farm General Ins. Co.*

(2014) 227 Cal.App.4th 509, 519 [173 Cal.Rptr.3d784], ................................................

*US Dominion, Inc. v. Fox News Network, LLC, C. A.*

N21C-03-257 EMD,  50 (Del. Super. Ct. Dec. 16, 2021), ...............................................

*Weinberg v. Feisel* (2003)

110 Cal.App.4th 1122, 1127, ...........................................................................................

*Western Turf Association v. Greenberg,*

204 U.S. 359 (1907), ........................................................................................................

*Williams v. Daily Review* (1965)

236 Cal.App.2d 405;, .......................................................................................................

*Young v. CBS Broadcasting, Inc.* (2012)

212 Cal.App.4th 551, 563 [151 Cal.Rptr.3d 237], ..........................................................

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**OPENING COMPLAINT  -  San Francisco County Superior Court**

## FACTS

### Mr. Austin's plead facts are to be accepted as true: Avoiding Bias

The Court *"assume[s] the truth of the allegations in the complaint"* per *California Logistics, Inc. v. State of California (2008) 161 Cal.App. 4th 242, 247; Doe v. City of Los Angeles (2007) 42 Cal.4th 531, 550.* The Court liberally construes the complaint *"with a view to substantial justice between the parties,"* drawing *"all reasonable inferences in favor of the asserted claims." Regents of University of California v. Superior Court* (2013) 220 Cal.App.4th 549, 558; *Candelore v. Tinder, Inc.* (2018)19 Cal.App.5th 1138, 1143. Throughout the complaint Mr. Austin pleads specific facts, with direct evidence, repeatedly demonstrating that Capital One acted **1.** willfully, **2.** knowingly, **3.** intentionally, **4.** deceitfully, **5-6.** to aid and abet, discriminate-defame ,and **7.** maliciously, to violate Mr. Austin rights between **7.4.24 - 7.4.25.** Because of the extreme COF's violations Mr. Austin is experiencing we begin with CACI instructions on avoiding bias: CACI No. 113. Bias: CA Civil Jury Instructions (2025) :: Justia:

> *"Each one of us has biases about or certain perceptions or stereotypes of other people. Bias is a tendency to favor or disfavor a person or group of people. We may be aware of some of our biases, though we may not reveal them to others. We may not be fully aware of some of our other biases. We refer to biases that we are not fully aware of as "implicit" or"unconscious." They may be based on stereotypes we would reject if they were brought to our attention. Implicit or unconscious biases can affect how we perceive others and how we make decisions, without our being aware of the effect of these biases on those decisions. Our biases often affect how we act, favorably or unfavorably, toward someone. Bias can affect our thoughts, how we remember, what we see and hear, and whom we believe or disbelieve.... You must not be biased ... because of .. race... ethnicity, disability, gender.. religion,... socioeconomic status...[or any other protected characteristics]"*

### Overview: COF refuses public accommodation contract 50+ times

Mr. Austin is a long-term Capital One ('COF') customer, in contract, and in good standing with COF. As of 7.2.25, and 7.3.25 Mr. Austin 1. has a 100% on time payment history, 2. is proactive in his financial relationships, and 3. is a great Capital One customer, *per Capital One.*

-17-

**OPENING COMPLAINT - San Francisco County Superior Court**

.ıl AT&T LTE          3:17 AM          @ 53% ◼

<

# 100%

0 late payments

**Excellent**          **High**
Rating                 Impact

Learn more about ratings ⓘ

Based on your credit report information from TransUnion
on Jul 02, 2025.

## You have a stellar payment history!

A 100% on-time payment history is a good
sign for lenders that you can reliably make
payments.

**Karma Pro Tip**
Keep it up! Even one late payment could hurt your
credit health, so stay mindful of your due dates.

| 📅 Today | 〰️ Credit | 💳 Cards | 💰 Loans | 🏧 Money |

.ıl AT&T LTE          3:23 AM          @ 46% ◼

<

On-time payment history

# 100%

0 late payments

**Excellent**          **High**
Rating                 Impact

Learn more about ratings ⓘ

Based on your credit report information from Equifax on
Jul 03, 2025.

## You have a stellar payment history!

A 100% on-time payment history is a good
sign for lenders that you can reliably make
payments.

**Karma Pro Tip**
Keep it up! Even one late payment could hurt your

| 📅 Today | 〰️ Credit | 💳 Cards | 💰 Loans | 🏧 Money |

Between 7.4.24 and 7.4.25 Mr. Austin sought to contract with Capital One in the same manner as Whites with full utilization of Capital One's dispute contract provision services (*as all Capital One customers are entitled to per express contract provisions*). See Credit card dispute process | Capital One Help Center *"...After you file a dispute Once you submit your claim, here's what to expect:....Capital One will act as the "go-between" for you and the merchant, working on your behalf...."   "....How long do I have to file a dispute?.....If you want to file a dispute on our website or through the Capital One ...Mobile app you'll need to do so within 90 days of the transaction date. ...Otherwise, you can file a dispute at any time by calling the number on the back of your card... you may file a dispute at any time ....."* (*Exhibit A-G*)  Each of 50+ times Mr. Austin sought use of service-contract provision for this merchant between 7.4.24-7.4.25 he was denied-refused. (*Exhibit A-G*)

Instead of being treated according to the express contract provision standards (*as

-18-

**OPENING COMPLAINT - San Francisco County Superior Court**

*precisely detailed by Capital One*), or like similarly situated Whites, Mr. Austin was denied 50+

times by Capital One. (*Exhibit A-G*)   Per *42 U.S. Code § 1981 - Equal rights under the law -"....*

*the term ...includes ...making, performance, modification, ... of contracts, and the enjoyment of*

*all benefits, privileges, terms, and conditions of the contractual relationship."*  Per Capital One's

dispute process instructions <u>Fraud & Disputes | Capital One Help Center</u> Mr. Austin went step by

step before deciding to utilize that provision, and dispute a set of fraudulent problematic charges

from the same Merchant-Vendor. (*Exhibit A-G*)   Instead of Capital One being honest, forthright,

they utilized deceit, began lying explicitly, to discriminate and treat Mr. Austin less than, or in an

inferior manner, as compared to similarly situated White Capital One Customers (*and explicit*

*standards*).  *"It has also been observed that the "truth rarely catches up with a lie"* per the US

Supreme Court in <u>*Gertz v. Robert Welch, Inc.*</u>,, but this time Mr. Austin not only **1.** caught up

with a lie by COF in real time, **2.** provided COF 50+ opportunities to self correct, but **3.** warned

them of the defamatory-defrauding conduct of the Merchant whose finance charges were the

bases of the dispute. (*Exhibit A-G*)

     Capital One was provided the opportunity to do their duty, but chose instead to explicitly

lie (deception) saying Capital One can only dispute matters within 60 days of the billing cycle

(*Exhibit A-G*), however their 1. Explicit 2. Publicly stated 3. Publicly documented 4. Precisely

spelled out (substantive-procedural) explanation of this <u>*contract provision says the exact*</u>

<u>*opposite*</u>: <u>Credit card dispute process | Capital One Help Center</u> *"....How long do I have to file a*

*dispute?.... you <u>can file a dispute at **any time**</u> ....."*  (*Exhibit A-G*)

     Per Capital One, when Mr. Austin provided all needed information, and Capital One

confirmed that the dispute was filed-begun, Capital One's next formal step was to send that

complaint to the disputed Merchant <u>Credit card dispute process | Capital One Help Center</u>

*"...After you file a dispute Once you submit your claim, here's what to expect:....Capital One*

*will act as the "go-between" for you and the merchant, working on your behalf...."*. (*Exhibit A-*

-19-

*G)* Yet, this is where COF's lies began, and their entire process was hijacked by their own discriminatory animus toward Mr. Austin. COF lied using obvious pretext (60 days) contradicting their own written policy-contract statements to attempt to cover up their discriminatory motive. (*Exhibit A-G*)

When COF made this statement toward Mr. Austin they actually made two simultaneous discriminatory, deceitful, misstatements of fact.(*Exhibit A-G*)  First, COF lied about their dispute process methodology whereas per contract provision they promise "....*Capital One will act as the "go-between" for you and the merchant, working on your behalf....*" when in fact they only pretended to file the dispute ( the initial machinations), but purposefully short-circuited the process saying that they do not dispute beyond 60 days. (*Exhibit A-G*)   Second, COF lied about their dispute process time-frame whereas per their self defined, publicly articulated, contract provision they promise *"....How long do I have to file a dispute?..... you can file a dispute at any time ...."* (*Exhibit A-G*)

Per the Unruh Act, and *Jackson v. Superior Court (Home Savings of America)* not only are Banks-Financial Companies liable under Unruh, but *"When it refuses to allow an African American [a] courtesy because of his or her race, the bank denies that person the "full and equal accommodations, advantages, privileges or services" of the bank.....We conclude that [Donald Jackson] was pursuing an accommodation, advantage or privilege of the bank within the meaning of the Unruh Civil Rights Act when he accompanied his clients to the bank to aid them in transacting their business and that he has stated a cause of action under the Unruh Civil Rights Act by alleging that he was discriminated against in the exercise of this accommodation because of his race...."* Capital One's violations of Mr. Austin's Unruh rights to accommodation contracts in the same way as similarly situated Whites  is even more direct-harmful, as **a.** Mr. Austin is COF's customer-client  and **b.** the right (*not simply a courtesy*), is an exercise of expressly stated contract provision and right, or *"accommodation, advantage or*

-20-

1  *privilege of the bank"* per COF's contract.  Yet, COF chose to **1.** Discriminate **2.** Deceive and **3.**

2  Aid and Abet Defamation per se-fraud by the Merchant's charges *(for which the contract*

3  *dispute-provisions are to be used).*  See e.g. COF 7.3.25 document (1 Example).

CapitalOne | VENTURE ONE    P.O. Box 30279
Salt Lake City, UT 84130-0279

July 03, 2025

GEORGE J AUSTIN
2107 MONTAUBAN CT
STOCKTON, CA 95210

VentureOne Credit Card
Case Number:
Creditor: Capital One N.A.

Dear GEORGE J AUSTIN,

Here's an update on your dispute with .        billed on       .     for

We have a limited amount of time to reverse a charge on our customer's accounts. Unfortunately, that
timeframe has expired                            .       If you want to dispute a charge in the future, please
let us know within 60 days of receiving the statement that shows the disputed charge.

If you still want to dispute the charge, please contact the merchant and work directly with them. At
this time, we consider your case closed. We apologize for any inconvenience. If you have questions,
please give us a call at 1-800-887-8643. We're available from 7 a.m. to 1 a.m. ET, seven days a week.

Sincerely,

Capital One | Transaction Support Center

© 2025 Capital One. Capital One is a federally registered service mark.

**OPENING COMPLAINT  -  San Francisco County Superior Court**

COF already violated Mr. Austin's Unruh rights 50+ times (*multiple times in writing, as well as verbally*). Even if they changed course, *going forward from this very moment*, COF has already <u>demonstrated tremendous animus</u>, deceitful motive, willingness to break the law, and breach of explicit contract just to harm Mr. Austin. Future corrections, though mandated by law, do not alone correct these past harms whereas COF knowingly, willfully, & purposefully harmed Mr. Austin 50+ times. (*Exhibit A-G*) For example, if COF, or a commissioned COF agent, attempted to kill Mr. Austin 50+ times, failed at killing, but was caught attempting, and tried, but then vowed going forward to never try again, COF would still be accountable for the previous attempted murders. Mr. Austin would appreciate the removal of threats to his life from COF going forward, but that doesn't excuse the already committed harms of the previous 50+ attempts in a criminal context: the same is true for COF's 50+ civil wrongs to Mr. Austin.

Per Unruh Act **§ 52:** "*((a) Whoever denies, aids or incites a denial, or makes any discrimination or distinction contrary to Section 51, 51.5, or 51.6, is <u>liable for each and every offense</u> for the actual damages, and any amount that may be determined by a jury...*" For a restaurant an Unruh violation may be in seeking to order food, like similarly situated others, but singled out for one or more protected characteristics and **a.** Denied outright failing to make public accommodation contract, **b.** charged more than similar others for the same food, or **c.** treated in an inferior manner (i.e. segregated seating, or racially derogatory-abusive comments-treatment etc.). See e.g. <u>Koire v. Metro Car Wash</u>, (holding that the Unruh Act prohibits companies from imposing unreasonable pricing differentials based on protected characteristics like Race, Gender or Disability ). See also e.g. *<u>Hutson v. Owl Drug Company's</u>* (where White worker yelled "*What did you serve the n\*gg\*r for?....[they] could have set there until tomorrow, [& still wouldn't be served].*") For Banks-Financial Institutions, like Capital One, whose duties include making-performance-enforcement of contracts per the minimum standards in the law, and according to the contract *regardless of race, sex, nor disability*, etc. an Unruh violation could

-22-

**OPENING COMPLAINT - San Francisco County Superior Court**

be **a.** Charging higher interest rates, assessing more fees, extending less credit than similarly situated Whites, or others, **b.** Inferior treatment of Black claimants (i.e. segregating them with use of different-inferior policies, practices, or procedures, or violating certain contract features, benefits, privileges, rights, etc. as compared to Whites, or others) **c.** Outright exclusion or denial and failure to make-perform-enforce a public accommodation contract in the same way as similar Whites, or exclusion from a particular contract provision (even when COF explicitly details out the provision Credit card dispute process | Capital One . (*Exhibit A-K*)

Mr. Austin was denied access to contract provision 50+ times, in the same way as similar situated Whites, *outright*, despite COF's precise and public explanation of exactly what all customers, like Mr. Austin, should expect from COF's Credit card dispute process. Mr. Austin was deprived, denied, and outright lied to (in a very insulting way like he couldn't read the provisions publicly advertised by COF) more than 50+ separate-distinct occasions from 7.4.24-7.4.25, with COF "*liable for each and every offense*." (*Exhibit A-Z*) Before Mr. Austin initiated the dispute process (that COF discriminatorily fails its duties to Mr. Austin), he alerted COF of the merchant's **a.** fraud (as basis of dispute per Capital Ones Instructions) and **b.** ongoing defamatory per se conduct, words, toward Mr. Austin which is also connected to the dispute. (*Exhibit A-G*) COF had the opportunity to **1.** do its normal duty, **2.** follow its specifically outlined contractual-promises-policy and could **3.** have done its duty to check the merchant's fraud-defamatory statements. Instead, COF did the exact opposite, failed its duties owed Mr. Austin and joined in, aiding and abetting, through its own fraud (misstatements) to deprive Mr. Austin of duties owed while breaching contract. (*Exhibit A-Z*)

Per US Dominion, Inc. v. Fox News Network, and the $787 million Dollar Settlement it produced, Defamation, and Defamation Per Se are serious, and expensive, offenses-violations of persons' reputational interest. Mr. Austin provided COF fair warning of the disputed Merchant's published usage of "*N*gg*r*"-"*Black Inferior or Criminal*"-"*Brute or Buck*" slurs- epithets, to

pair with the Merchant's fraud and urged COF to not join in, nor aid and abet, their fraud, nor their Defamatory statements-conduct.  Per *US Dominion, Inc. v. Fox News Network, LLC, C. A.* *"..Fox made the challenged statements with knowledge of their falsity or with reckless disregard of their truth.....'Actual malice' means that defendants published the false information about plaintiff 'with knowledge that it was false or with reckless disregard of whether it was false or not.'"......"a speaker cannot "purposefully avoid[]" the truth and then claim ignorance. If the plaintiff offers "some direct evidence" that the statement "was probably false," the Court can infer that the defendant "inten[ded] to avoid the truth..."* The disputed Merchant knows what they are doing is per se illegal, and wrong, knows the harmful statements-conduct they are currently engaged in is false, and defamatory per se, *but Mr. Austin had higher hopes for COF.*

However, when COF chose to **1.** breach its contract, **2.** deceive-lie about what the contract says www.capitalone.com/help-center/fraud-disputes/ dispute-credit-charge, **3.** Discriminate and Segregate with **"relic of slavery"** policy 4. Intentionally harm Mr. Austin **5.** Insult Mr. Austin's **a.** intelligence, and **b.** ability to read publicly stated contract terms-process-policy-procedure. COF did so willfully-knowing the harm being done to **a.** Mr. Austin, **b.** his customer credit rating/profile, **c.** his finances, and **d.** reputation, in violation of Unruh, and other laws. *(Exhibit A-Z)*

Per Mr. Austin's multi-year-modality, active due diligence speaking with over 100 COF agents, faxing, reading all contact, website, information provided over long term COF contractual-relationship: COF's typical dispute policy Credit card dispute process  for White similarly situated customers includes **1.** Receiving  initial customer dispute via mobile app, website, or phone if more than 90 days *(or if customer prefers phone communication)* **2.** written confirmation of receipt by COF  **3.** written explanation of the next steps, and what to expect in the dispute process **4.** Communication with the merchant by COF acting as the go between and alerting the Merchant of the dispute, and what it says **5.** Allowance of a particular amount of

time for the merchant to respond to the issues presented in the dispute **6.** The merchant may respond **7.** If the merchant's response addresses the concern substantively then COF alerts the customer **8.** If merchant response is substantive to customer's dispute, then COF provides the customer an opportunity to respond typically through Capital One's document portal with specific needed information typically specified by Capital One in a specific amount of time **9.** If the customer responds, and addresses the response from the merchant per Capital One the dispute goes in favor of the customer, and if not it goes in favor of the merchant **10.** Either way the process allows for resolution, and both sides to be heard prior to resolution. COF failed their own precisely defined duties egregiously, and obviously, as steps 3.-10 were completely skipped *(Exhibit A-G)*. COF just decided to deceive, defraud, discriminate against and lie to Mr. Austin because Mr. Austin is Black citing 60 days as the limit when the contract provision does not even reference 60 days, it cites 90 days. 90 days is only a convenience to be able to file the dispute via the app, or website, *not as a limitation as COF says explicitly: "you may file a dispute at any time ....."* *(Exhibit A-Z)·*

      COF's statements and conduct, taken in whole, are even more *pernicious* as they admit using a *"N\*gg\*r"*- *"Black Inferior "*-*"Brute or Buck"* slur stereotype epithets and apparently think either **1.** Mr. Austin can't read because he is Black or **2.** that CA laws-contract don't apply to him (i.e. No Unruh, No Equal Protection, no contract rights, etc.) because he is Black.*(Exhibits A-Z)* COF overtly advertises their duties toward customers, regardless of race, but *felt comfortable* a. falsely labeling Mr. Austin anti-Black racist slurs-stereotypes-epithets : *"N\*gg\*r"*-*"Black Inferior "*-*"Brute or Buck"* b. Depriving his rights to contract on the same basis as Whites based on racist tropes (outright admitting per their conduct-statement that they use separate policies for Blacks, like Mr. Austin, and subjecting them to an inferior or segregated policy-contract provision). COF admits it willfully fails-breaches their precise contractual duties per their publicly defined process over 50+ separate instances because Mr. Austin is a Black

**OPENING COMPLAINT - San Francisco County Superior Court**

man. (*Exhibits A-Z*)

Per Unruh-non-discriminatory, standards it is important to be mindful of both the baseline standards for 1. *any* Capital One Customer, and 2. similarly situated Whites, to identify discriminatory animus for reasonable Banks-Financial Companies with variations in (derogatory) treatment. (*Exhibit A-Z*) COF's conduct toward Mr. Austin not only shows *extreme animus and malice* toward Mr. Austin as compared to **1.** similarly situated Whites, but **2.** *any* COF customer per their explicitly defined *minimum expected standards* of COF's dispute contract provision, *willfully (and deceitfully as they knowingly lied to Mr. Austin just to deprive him of his rights 50+ times).* Relevant to Unruh, and public accommodation, standards: Mr. Austin **1.** Is an African American-Black man (protected group) **2.** is a COF customer per contract provision **3.** suffered adverse actions (*50+ refusals from 7.4.24 - 7.4.25, because of Mr. Austin's race, derogatory racial stereotypes*) **4.** Continues to provide opportunity for COF to self-correct. COF is in the public accommodation CA Banking-Finance business *Capital One San Francisco Office*. COF continues to demonstrate at least *8 forms of demonstrated animus* (below) whereas White customers are treated demonstrably better, and Mr. Austin was treated in an extreme-inferior manner. (*Exhibit A-Z*) Per White v. Square, all that's required for Unruh standing is encountering *"exclusionary policy"*... *"on the basis of the person's membership in a protected category"* and COF takes this very basic requirement to the extreme with malicious, deceitful, willful, and outright exclusion per se illegal policies-conduct, AND aids and abets merchant's defamatory-fraudulent conduct.

Although not required for contract's dispute provision, Mr Austin **a.** has a pristine, clean & clear background **b.** Has great-strong character (*eligible for any employment, or position*), **c.** takes healthy pride and joy in his African-American-Black heritage **d.** Does not degrade himself, nor accept substandard treatment (from anyone) **e.** Is a good person **f.** Has good credit, timely pays his debts in top 1%, above 99.66% of others., per Credit Karma and **g.** Is a straight A (and

-26-

A+) student (last 9 semesters) *Exhibit A-Z.* COF refuses, denies, or deprives contracting in the same way as similarly situated White from 7.4.24 - 7.4.25 with use of *"N\*gg\*r"*-*"Black Inferior"*-*"Brute or Buck"* slurs-epithets. *(Exhibit A-Z)* COF's 50-100 (50+) Unruh violations between 7.4.24-7.4.25 due to willful, knowing, deceitful, malicious COF conduct at minimum equate to-toggle between $600,000 - $1,200,000 (50-100 x $4000 x 3 (treble damages). See **§ 52:***"((a) Whoever denies, aids or incites a denial, or makes any discrimination or distinction contrary to Section 51, 51.5, or 51.6, is <u>liable for each and every offense</u> for the actual damages, and any amount that may be determined by a jury, or a court sitting without a jury, up to a maximum of three times the amount of actual damage but <u>in no case less than four thousand dollars ($4,000).</u>"*

*<u>Escalating</u> Harms: Defamation & Demonstration of COF Animus-Deceit, backstory as of 7.4.25*

Mr. Austin's credit profile is extremely important to him as it directly affects his cost of capital, liquidity, access to capital, cash reserves, and cash flow, metrics directly. (*Exhibit A-K)* It is important to note at the outset that Capital One's 50+ contracting refusals violating Unruh, *because Mr. Austin is Black* is only the most recent COF demonstrated animus-deceit, toward Mr. Austin. Within the last few years COF demonstrated several deceptive misdeeds. There were at least four separate instances where Mr. Austin relied on, acted upon, explicitly false information from COF agents to his detriment.

COF's wrong-false-deceitful information caused Mr. Austin losses of over *<u>100+ credit score points</u>* as a collective set of injuries. Per US Supreme Court's *<u>Gertz v. Welch</u>* quoted by Georgia's Supreme Court in *<u>Retail Credit v. Russell</u>* **1.**the potential damage to Mr Austin is clear when *"facing a commercial Goliath with the power to destroy"*, and **2.**COF's liability, per CA's defamation statutes, is apparent whereas: *"We cannot agree to this weighing of the scales against the individual who stands alone facing a commercial Goliath with the power to destroy — not*

-27-

**OPENING COMPLAINT - San Francisco County Superior Court**

1   *necessarily through malice but perhaps merely from carelessness — his credit rating,*

2   *commercial advantages, insurance protection and employment, all through the publication of*

3   *erroneous reports concerning his affairs .... An individual living in a world more and more*

4   *dominated by large commercial entities is less able to bear the burden of the consequences of a*

5   *false credit or character report than the agency in the business of selling these reports. Gertz v.*

6   *Welch, ... recognized "the strength of the legitimate state interest in compensating*

7   *private individuals for wrongful injury to reputation..."*

8

9   Mr. Austin is meticulous.  Typically, at a pre-scheduled time of year (i.e. his annual-

10  quarterly budgeting-planning) he calls Capital One, and other financial institutions he has

11  ongoing relationships with, and gets precise days, dates, and cut off times for each account that

12  has any type of regularly scheduled (potential) payment to plan ahead for cash flow needs.  The

13  repeatedly false information from COF included providing the wrong statement close dates *at*

14  *least 4 times* by Capital One agents (typically on weird exceptions to their general rules).  Even

15  when Mr. Austin reminded COF, asked ahead of time to consider holidays, or special payment

16  scheduled days (like Sundays), COF still provided false information *(each time harming Mr.*

17  *Austin as information provided to Credit Bureau was false based on false information provided*

18  *by COF 1. to Mr. Austin 2. then to the Bureaus about Mr. Austin)*.  At least 3 times Mr. Austin

19  has reported these deceitful COF errors to Capital One for them to contact the Credit Bureaus

20  and alert them that COF was the cause of  error *(typically causing a higher than accurate credit*

21  *usage percentage which is a significant factor in credit scoring ;Exhibit A-G)*, but they refused to

22  do so, ultimately creating deceitful issues, then blaming-harming Mr. Austin for COF's deceit.

23  Because of the complexity in the rest of Mr. Austin's life he intends to keep his financial

24  life on autopilot-simple.  Over multiple-year timeframe, with 20+ separate COF agents, Mr.

25  Austin ensured exact days, times, payment date, billing cycle closing dates for each account

26  *(sometimes re-calling several times to ensure accurate information after COF deceit)*.  Mr.

27

28

-28-

Austin meticulously monitors, maintains, and builds his credit profile to continue his upward credit/financial trajectory. (*Exhibit A-Z*)  When COF is both the cause of the error, and the propagator of the subsequent false information the injury is doubly dubious  (*like a teacher purposefully telling a student the wrong information for a test they created, and are proctoring, and then reporting the incorrectly provided information to a third party for negative consequences to the student, failing to correct per their own errors, as if the student independently committed the error*). Although some adjustments are made by the next month's reporting, with proactive efforts from Mr. Austin, not all of the incorrect reporting bounces back on Mr. Austin's credit rating.  The errors cost-harm Mr. Austin's time, full points potential, and moreover momentum-points for consistency and maintaining certain usage percentages, combined with 100% on time payments, and other missed opportunity points. COF's deceit, & *remaining uncorrected errors*, sabotages.



Mr. Austin is in a growth period: has a lot of irons in the fire.  Mr. Austin simultaneously operates in separate roles for entrepreneurial projects, investment, and direct working roles with, and for, a variety of companies, organizations that he maintains great relationships

with.  Because some of the entrepreneurial projects have varying payment, and maturation

timeframes (*similar to some of his investments, although some are more liquid*), cash flow

planning, runway, and liquidity are essential to Mr. Austin.  This season in Mr. Austin's life

commands flexibility-humility (*enough to work in a variety of roles, regardless of title*) to ensure

income is sustained at the needed levels to achieve the targets, and goals set for the rest of Mr.

Austin's life-projects.  Thankfully, he has been blessed with certain opportunities that have

provided regular incentive bonuses, to add to some of the more consistent forms of

income.    Several entrepreneurial projects-businesses are at varying levels of

development.  Because of Mr. Austin's varying roles, liquidity, payment schedules, and

timeframes, actively managing Mr. Austin's credit profile is very important as it helps facilitate

access to capital, credit, and liquidity needed for success.  Healthy management cheapens the

cost of capital whereas COF's deceit, causing credit profile-reputational injury causes more

expensive capital, and reduces liquidity in the short, and long run (& additional headaches-

stress).

   For entrepreneurial projects, particularly early stage, access to capital, cash flow, runway,

and burn rates, are critical to a new project or businesses' success rate.  How the Burn Rate Is a

Key Factor in a Company's Sustainability ("*...Burn rate refers to the rate at which a company*

*spends its supply of cash over time. It's the rate of negative cash flow, usually quoted as a*

*monthly rate .... Analysis ...signals the need for future financing.*" ) ; What is Cash Runway &

How to Calculate it | Finmark ("*.. For a pilot, runway is critical in both takeoff and landing.*

*Unsurprisingly, runway is also incredibly important for startups, as the amount of runway you*

*have can make or break your startup taking off...*"); Startup Runway: Reducing Cash Burn &

Extending Your Runway ("*...A frequent reason cited for startup failure is running out of cash.*

*Therefore, it is crucial for founders to closely monitor the rate at which cash is being spent (cash*

*burn) and how long the company's cash reserves will last (cash runway)....*")

**OPENING COMPLAINT  -  San Francisco County Superior Court**

Thankfully, Mr. Austin is blessed to maintain great relationships with a variety of organizations and businesses that he works with, has ownership in, or works for, (*when advantageous for new skills, development, or exposure &*) to help raise, shorter term liquid capital, cash. Mr. Austin has learned, sometimes the hard way (personal experiences) that privacy non-disclosure is key for early-stage success of projects and business-contractual relationships he is working on, with, or for. Mr. Austin has experienced certain persons' and entities who have gone out of their way to attempt to sabotage 1. not only lucrative contracts, but 2. the tone and interdependent symbiosis between colleagues, partners and teammates. He learned to keep key business relationships private until fully ripened, developed and ready for outside undeserved adversity-animosity (*even if he is Blessed to avoid that type of negativity*). On that note, Mr. Austin has learned to take additional steps to create space between vendors, merchants, payment systems, to create extra layers of privacy.

However, Mr. Austin's proactiveness, and strategic preparations, don't mitigate all the harms caused by COF's reputation-credit profile damages from 1. Providing false-deceitful information on the front end 2. Reporting false information to third parties based on the false information COF provided. All could have been avoided if COF provided the truth on the front end. Moreover, harms could have been somewhat mitigated if COF self-corrected, on the back end. But, COF chose to fail duties owed on the front, AND back end. Below is one (1) of the at least four (4) examples in recent history of Capital One agents literally telling Mr. Austin the wrong billing closing date causing immediate-harms (*and then being unwilling to fix their own unforced errors*). For each of COF's errors the relied upon false information provided by COF agents could have resulted in a missed payment (magnifying harm), if Mr. Austin had not proactively made additional safety payments. COF's deceit still caused harm per false utilization ratios which account for approximately 30% of a person's credit score. Everything You Need To Know About Credit Utilization Ratio | Bankrate ("... Your credit utilization ratio accounts for 30

-31-

percent of your FICO score…"); Credit Utilization Ratio: What to Know |Capital One; www.capitalone.com/ learn-grow/ money- management/credit-utilization-and-credit-score/ ("…FICO®, ….says that debt accounts for 30% of its score….")

For this particular example, harm occurred Five (5) days after COF's false, fraudulent, deceptive, contract breaching conduct and defamatory statement sent-reported to third party credit agencies (after COF agents actually acknowledged the statement (i.e. the utilization ratios) were false, and in error, based solely upon the false information provided by COF on the front end). The injury was immediate, pronounced, (*hurting Mr. Austin's credit scores by 26-27 points for that one COF error*) immediately degrading the category of his credit-risk profile, harming his opportunities to obtain best-cheapest credit-capital possible. It is of note that at this precise time his scores, after working with experts in credit score planning-management, was poised to likely jump 40 points in the upward direction, but for COF's willful deceit, defamation, and failure to correct (*below*). Because of the timing (**i.e. 5 days later**) and explicit reference to defamatory, fraudulent, and discriminatory (failure to correct) conduct per the credit score (**i.e. "We found 1 change to your …. Credit report" - Credit Karma**) it is easy to isolate the exact factor (i.e. COF's deceit, then defamatory report) for the financial injury to Mr. Austin.

**OPENING COMPLAINT - San Francisco County Superior Court**



Mr. Austin's overall access to both business credit (*especially early stages*), and personal

credit is harmed, and have suffered concrete injuries with some of my other financial

relationships who explicitly pointed to COF's false or deceitful information for their financial

decisions.   Harm to a person's credit profile, and good name, especially in the financial

-33-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

marketplace is an especially tangible, concrete, and serious injury.  See e.g. Knievel v. ESPN, 393 F.3d 1068, 1079 (9th Cir. 2005) (*"Shakespeare's Iago said it best: Good name in man and woman, dear my lord, Is the immediate jewel of their souls. Who steals my purse steals trash; 'Tis something, nothing; 'Twas mine, 'tis his, and has been slave to thousands; But he that filches from me my good name Robs me of that which not enriches him, And makes me poor indeed. William Shakespeare, Othello, Act III, scene iii (1604)."*)  See e.g. www.consumerfinance.gov/about-us/blog/common -errors-credit-report-and-how-get-them-fixed/#:~:text= Errors%20on%20your%20 credit%20reports,could%20be%20costing%20you%20money. (*"..Errors on your credit reports can lower your credit score, which could hurt your ability to get new lines of credit or make the terms of credit more expensive. Ultimately, these errors could be costing you money....."*) ; The real problem with credit reports is the astounding number of errors | Brookings (*"... More than one in five consumers have a "potentially material error" in their credit file that makes them look riskier than they are. Lenders respond to this incorrect data by offering you higher interest rates, less favorable terms, or denying credit if the error makes you look too risky....With money on the line, you might assume that the credit reporting system would fix the problem. In reality, it is the opposite..."*)

Whether operating as an individual, or business, or even in a larger context of a country's or organization's standing in the global financial markets, a credit score, or credit rating, can have a tremendous impact on the costs of doing business-partnerships-investments, etc. (*Exhibit A-G*).  The fairly recent 2023 downgrading of the U.S. credit rating demonstrates how much of impact, or harm, can be done. (*Exhibit G*)  See  www.npr.org/2023/08/02/1178215888/fitch-downgrade-credit-rating- deficits-debt-economy :

*"...Fitch just downgraded the U.S. credit rating — how much does it matter? - In the financial world, it's akin to the gold standard: AAA, three letters meant to denote the safest possible investment.  The U.S. had proudly held to that top-notch debt rating for decades, reflecting its status as the world's biggest — and safest — economy, one that has*

-34-

*never defaulted on its debt obligations. But on Tuesday, Fitch Ratings cut the U.S. debt by one notch, from AAA to AA+, partly in response to how the federal government handled the debt crisis two months ago. That move mirrored a similar downgrade by S&P in 2011, also following a debt ceiling standoff in Congress. The U.S. loses its top AAA rating from Fitch over worries about the nation's finances… Fitch cited alarm over the country's deteriorating finances and expressed major doubts about the government's ability to tackle the growing debt burden because of the sharp political divisions, exemplified by the brinkmanship over the debt ceiling that brought the government close to a disastrous default. Treasury Secretary Janet Yellen issued a blistering rebuke of Fitch's decision, The Dow Jones Industrial Average fell more than 300 points….*

*……What are credit ratings? At its most basic, credit ratings are meant to denote how safe it is to invest in the debt issued by a country or a company, their creditworthiness. The ratings are similar to the credit score familiar to anybody who has incurred any kind of debt, like on credit cards….And just like your personal score, a credit rating helps determine how much interest a country or company will need to pay when they sell a bond or a security……So what happens if the U.S. loses its AAA rating?*

*…The first time it happened in 2011, the U.S. took it pretty badly……..")*

;www.cfainstitute.org/en/membership/professional-development/refresher-readings/fundamentals-credit-analysis :

*"… With bonds outstanding worth many trillions of US dollars, the debt markets play a critical role in the global economy. Companies and governments raise capital in the debt market to fund current operations; buy equipment; build factories, roads, bridges, airports, and hospitals; acquire assets; and so on…By channeling savings into productive investments, the debt markets facilitate economic growth….Credit analysis has a crucial function in the debt capital markets—efficiently allocating capital by properly assessing credit risk, pricing it accordingly……"*

Mr. Austin is 1. nearly a 15-year member of the San Francisco-Marin County Chartered Financial Analyst ('CFA') Society, 2. a 'CFA' Institute scholarship award winner, and 3. is blessed to learn directly, and informally, from some of the brightest minds in Finance, particularly in the Bay Area (*see August 23rd email*). COF's conduct is harmful for Entrepreneurial Customers like Mr. Austin whose credit profile, accurate information, is tied directly to cash flow, liquidity and access to capital. In US financial terms, a good (financial) name is partially associated with credit scores-ratings. When harm, through reporting to at least

**OPENING COMPLAINT - San Francisco County Superior Court**

one third party, is made material and concrete, it creates an injury in fact per the US Supreme

Court's *Ramirez v. TransUnion*.  The damage done to Mr. Austin is not merely theoretical, but

practical and affects his cash flow, runway, planning-management in tangible-harmful ways.

---------- Forwarded message ----------

"...From: **Linda Lam** <candidates@cfasanfrancisco.org>
Date: Thu, Aug 23, 2012 at 6:38 PM
Subject: CFA (Chartered Financial Analyst) Institute Scholarship
To: gaustin07@berkeley.edu

Dear George,

Congratulations on being selected as a recipient of the **CFA Institute Scholarship,** a program sponsored by the CFASF.  Recipients were chosen on the basis of financial need, academic ability, leadership potential and professional career goals.

***Exam Scholarship Information:***

The CFA Program enrollment fee (if applicable) is waived and the registration fee is discounted. Scholarship recipients pay only curriculum and shipping cost plus any applicable taxes and import duties.

Please contact me at candidates@CFASanFrancisco.org or (415) 381-0807 to confirm acceptance of your scholarship.  After receiving your acceptance, I will forward the appropriate paperwork/instructions for you to complete.

Sincerely,

Linda Lam
CFASF Candidate Education
www.CFASanFrancisco.org "

----------------------------------------------------------------------

Attentiveness to COF's current 50+ Unruh violations-misdeeds heightens because of

COF's previous conduct-failures of duty owed Mr. Austin. COF's repeated-egregious failures of

duties owed is like *Sporn v. Home Depot USA, Inc.*  In 2002, a Home Depot Customer reported

fraud by another party ("John Doe" a 3rd party fraudster) applying for credit in his name and

Home Depot refused to correct, investigate, nor take appropriate actions, *negligently*, to prevent

harm to the complaining customer.  See Sporn v. Home Depot USA, Inc., (*Appeal Court not only*

*affirmed the trial Court's $930,000.00 Default Judgment against Home Depot due to Home*

-36-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

*Depot's negligence with regard to "John Doe" (fraudster) using Sporn's identity to obtain credit from Home Depot." Sporn alleged that the company, Home Depot, made monthly credit inquiries of Equifax, a credit reporting agency, and because of these frequent inquiries, he was unable to obtain "the best rates of interest." As a result of defendant's conduct, plaintiff claimed he suffered physical and emotional distress, personal and business embarrassment, lost business opportunities, and lost creditworthiness.*)

Because the reported illegal fraudulent actions by Home Depot harmed the customer's credit profile when they negligently refused to take action, after *Sporn* made the complaint, he sued and was awarded $1,300,000.00 in 2003 [apparently Default judgment combined with sanction awards] (*approximately $2,270,000.00 per 2025 valuation*). Worse, COF themselves have engaged in multiple levels of fraud (*outright deceit: telling Mr. Austin wrong information about both 1. Dates 2. explicit contract duties*), to harm their own long-term consumer's credit rating. COF violates reasonable standards of care, Unruh, contract (breach), aids and abets defamation per se (*and disputed Merchant's fraud*) and other laws. Even after providing COF repeated (over 50+) opportunities to self-correct they preferred to break the law, egregiously, maliciously, and willfully.

CA Banks-Finance Companies are liable per Unruh

Unruh is part of COF's "minimum standards per *Jackson v. Superior Court (Home Savings of America)* , "When it refuses to allow an African American [a] courtesy because of his or her race, the bank denies that person the "full and equal accommodations, advantages, privileges or services" of the bank…" (Exhibit A-G). Mr. Austin perceives at least *Eight (8)* distinct types of animus violating Unruh. COF is **1.** Subjecting Mr. Austin to a *different, and inferior*, contract provision process, policy or procedure to exclude, as *compared to similarly situated Whites* **2.** Excluding, denigrating, and segregating, Mr. Austin from precisely outlined contract provisions rights **3.** *Per se violations of fraud-deceit statute* to a. Discriminate providing

-37-

OPENING COMPLAINT - San Francisco County Superior Court

inferior service; subjecting to inferior contractual rights, b. Willfully-Knowingly aid and abet a merchant's or companies defamatory per se conduct directly harming Mr. Austin. **4.** Direct Use of, and aiding and abetting merchant's use of, false, derogatory, per se illegal, anti-Black racial stereotypes-slurs _"N\*gg\*r"_-_"Black Inferior"_-_"Brute"_ against Mr. Austin **5.** Complete exclusion from certain features of the contractual process. <u>Credit card dispute process</u> **6.** Willful violations of COF's explicit, precisely, defined contract Provisions <u>Credit card dispute process</u>; **7.** Willful aiding and abetting another merchant's defamatory-fraudulent conduct while violating COF's written publicly-described contract, Unruh, etc. duties **8.** Malice & demonstrated Pretext. COF knows it just lied, per its own precisely publicly written contractual duties to its Customers, and did so to aid and abet, and magnify harm, knowingly, from a merchant harming, defrauding, defaming, and violating Mr. Austin.  Mr. Austin didn't ask for anything special, or Extra, just the bare minimum of their publicly defined contractual duties, and they chose to insult his intelligence, and person, with repeated lies. COF excludes-segregates Mr. Austin from his right to public accommodation-contract per Unruh Act, 42 USC 1981, Civil Rights Act of 1964.

<div align="center">

<u>COF promises explicit contract standard but delivers <i>"relic of slavery"</i></u>

</div>

Capital One holds itself out as a law abiding, Banking-Financial Institution committed to non-discrimination <u>2024 Code of Conduct</u> *"Harassment and Discrimination ... Capital One is committed to maintaining a work environment that is free from all forms of unlawful discrimination and harassment. .... does not tolerate harassment or discrimination in any form against any ... third party, customer, or client based on: Race, color, national origin, or citizenship; Age; Religion; Physical or mental disability, or genetic information; Sex... Veteran status..... Any other status protected by applicable law in each of the countries in which we operate. with publicly stated specific contract provisions."*   The precise contract provision <u>www.capitalone.com/ help-center/fraud-disputes/dispute-credit-charge/</u> is for all customers regardless of race, or other protected characteristics. (*Exhibits A-Z*)  However, COF treats Blacks

<div align="center">

-38-

**OPENING COMPLAINT - San Francisco County Superior Court**

</div>

1   like Mr. Austin the exact opposite of the typical open communicative, proactive, approximately

2   10 step normal process per COF customer contract. Per *§ 1981* COF's violation of contract

3   rights "*includ[e]...performance, modification... and the enjoyment of all benefits, privileges,*

4   *terms, and conditions of the contractual relationship*" with **1.** Segregationist behavior per *Koire*

5   *v. Metro Car Wash*, "*Courts ... repeatedly held ... Unruh ... [applies to] unequal treatment*

6   *[like] when [B]lacks were allowed to enter business establishments but were restricted to certain*

7   *portions of the premises .... [like] [B]lack ticketholders admitted to theatre but restricted to*

8   *seating in segregated section [or] ...[B]lack ticketholders admitted to racetrack but denied*

9   *clubhouse seating..*"and **2.** outright exclusion from contract provision per *White v. Square,*

10  whereas all that's required for Unruh standing is encountering *"exclusionary policy"... "on the*

11  *basis of the person's membership in a protected category*" via "*relic of slavery*" policy per 1964

12  Supreme Court's *Bell v. Maryland.* COF fails to contract with Mr. Austin on the same basis as

13  Whites based on anti-Black derogatory assumptions with at least *8 forms of demonstrated*

14  *animus (Exhibits A-Z).*

15      Mr. Austin has the right to make contracts & receive non-discriminatory public

16  accommodations per CA legal standards, regardless of race. See CIV § 51 ("*All persons within*

17  *the jurisdiction of this state are free and equal, and no matter what their sex, race, color,*

18  *religion, ancestry, ... disability ... are entitled to the full and equal accommodations,*

19  *advantages, facilities, privileges, or services in all business establishments of every kind*

20  *whatsoever*"); CIV § 51.5 ("*No business establishment of any kind whatsoever shall*

21  *discriminate against, boycott or blacklist, or refuse to buy from, contract with, sell to... any*

22  *person in this state on account of any characteristic listed ...*") ; 42 U.S.C. § 1981: ("*Statement*

23  *of equal rights - All persons within the jurisdiction of the United States shall have the same right*

24  *in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and*

25  *to the full and equal benefit of all laws and proceedings for the security of persons and property*

**OPENING COMPLAINT - San Francisco County Superior Court**

*as is enjoyed by [W]hite citizens.")*  See BELL v. MARYLAND, 378 U.S. 226 (1964):

**"The Black Codes were a substitute for [anti-Black] slavery;**

**Segregation was a substitute for the Black Codes**

**The discrimination in these sit-in cases is a *relic of slavery*.**

The Fourteenth Amendment says "No State shall make or enforce any law which shall
abridge the privileges or… immunities of citizens of the United States."

…makes every person who is born here a citizen;

there is no second or third or (4th) class of citizenship…*Schneider v. Rusk,*

We deal here with incidents of national citizenship…*Slaughter-House Cases,* …concerning the federal rights resting on the Thirteenth, Fourteenth, and Fifteenth Amendments:

". . . the one pervading purpose found in them all, lying at the foundation of each, and without which none of them would have been even suggested;

we mean the freedom of the slave race,

the security and firm establishment of that freedom, …protection of the newly-made freeman…citizen from the oppressions of those who had formerly exercised unlimited dominion over him.

It is true that only the fifteenth amendment, in terms, mentions the [N]egro by speaking of his color and his slavery. But it is just as true that each of the other articles was addressed to the grievances of that race, and designed to remedy them as the fifteenth."…

When we deal with Amendments touching the liberation of people from slavery…

…. we deal with Amendments whose dominant purpose was to guarantee the freedom of the slave race & establish a regime where national citizenship has only one class.

The manner in which the right to be served in places of public accommodations is an incident of national citizenship & of the right to travel is summarized in H.R. Rep.No. 914, Pt. 2, 88th Cong., 1st Sess., pp.7-8 :

"An official of the National Association for the Advancement of Colored People, testified before the Senate Commerce Subcommittee as follows: "

**OPENING COMPLAINT - San Francisco County Superior Court**

`For millions of Americans this is vacation time. Swarms of families load their automobiles and trek across country. I invite the members of this committee [378 U.S. 226, 251] to imagine themselves darker in color and to plan an auto trip from Norfolk, Va., to the gulf coast of Mississippi, say, to Biloxi. Or one from Terre Haute, Ind., to Charleston, S. C., or from Jacksonville, Fla., to Tyler, Tex.

"`How far do you drive each day?

Where and under what conditions can you and your family eat?

Where can they use a restroom?

Can you stop driving after a reasonable day behind the wheel or must you drive until you reach a city where relatives or friends will accommodate you and yours for the night?

Will your children be denied a soft drink or an ice cream cone because they are not White?'

"In response to Senator Pastore's question as to what the Negro must do, there was the reply:

"`Where you travel through what we might call hostile territory you take your chances.
You drive and you drive and you drive. You don't stop where there is a vacancy sign out at a motel at 4 o'clock in the afternoon and rest yourself; you keep on driving until the next city or the next town where you know somebody or they know somebody who knows somebody who can take care of you.

"`This is the way you plan it. "`Some of them don't go.'

"Daily we permit citizens of our Nation to be humiliated and subjected to hardship and abuse solely because of their color."

As stated in the first part of the same Report, p. 18:
"Today, more than 100 years after their formal emancipation, Negroes, who make up over 10 percent of our population, are by virtue of one or another type of discrimination not accorded the rights, privileges, and opportunities which are considered to be, and must be, the birthright of all citizens." ...

When one citizen because of his race, creed, or color is denied the privilege of being treated as any other citizen in places of public accommodation, we have classes of citizenship, one being more degrading than the other. That is at war with the one class of citizenship created by the Thirteenth, Fourteenth, & Fifteenth Amendments.          ...........

-41-

**OPENING COMPLAINT - San Francisco County Superior Court**

As stated in *Ex parte Virginia*, 100 U.S. 339, 344 -345, where a federal indictment against a state judge for discriminating against Negroes in the selection of jurors was upheld:

> *"One great purpose of these amendments was to raise the colored race from that condition of inferiority and servitude in which most of them had previously stood, into perfect equality of civil rights with all other persons within the jurisdiction of the States. They were intended to take away all possibility of oppression by law because of race or color.......*"

As my Brother GOLDBERG says, it is a "civil" right, not a "social" right, with which we deal.

Here it is a restaurant refusing service to a Negro. ...But so far as principle and law are concerned it might just as well be a hospital refusing ... admission to a sick or injured Negro ...,

or a drugstore refusing antibiotics to a Negro,

or a bus denying transportation to a Negro,

or a telephone company refusing to install a telephone in a Negro's Home....."

COF promises one thing per explicit contractual duties, but practices the exact opposite with a *"relic of slavery"* policy per the 1964 US Supreme Court's <u>*BELL v. MARYLAND*</u> astute analysis (with COF's 50+ refusals-denials between 7.4.24 to 7.4.25). Capital One admits that it intentionally excludes Mr. Austin while advertising that he should expect to be included, and would be included *'but for'* race, or derogatory racial stereotypes: <u>Credit card dispute process |</u> *"...After you file a dispute ... <u>here's what to expect:</u>....Capital One will act as the "go-between" for you and the merchant, working on your behalf.."""....How long do I have to file a dispute.....
..<u>you can file a dispute at any time</u>."* COF admits that their reason for complete exclusion from contract provision process is because of COF's own use, and aiding and abetting the disputed Merchant's use, of derogatory racial, anti-Black male, stereotypes-slurs-epithets (*Exhibits A-Z*). COF continues to operate per targeted anti-Black segregationist policy despite repeated complaints, attempts to get COF to self-correct, highlighting COF's own express contract-policy provision statements-explanations that they are in violation of the law (*Exhibits A-Z*).

-42-

**OPENING COMPLAINT - San Francisco County Superior Court**

1

<u>Profiting from Black Pain Financing Black Enslavement: US Banks *Sordid History*, Informing</u>
<u>Present Exploitative Tendencies</u>

2

3       COFs choices to treat Mr. Austin per this *"relic of slavery"* policy, *because he is Black*,

4   did not originate in a vacuum. *(Exhibits A-Z).* Both Financial Institutions-Banks, and Insurers,

5   ideally play a key role in providing liquidity, financing development of industries, promoting

6   entrepreneurship, enhancing quality of life, and other benefits.*(Exhibits G-I).* In the US both

7   Banks-Financial Institutions, and Insurers, have a *sordid history* of financing Black Enslavement,

8   and even took enslaved Black People themselves, to profit directly, from Black pain and

9   exploitation. *(Exhibits A-Z).* See **<u>How Banks Played a Role in Upholding Slavery During the</u>**

10  **<u>19th Century | GW Today | The George Washington University</u>** *("...Sharon Ann Murphy, the*

11  *author of "Banking on Slavery: Financing Southern Expansion in the Antebellum United States"*

12  *(University of Chicago Press, 2023), led a discussion at George Washington University*

13  *explaining how deeply 19th-century banks in the American South were entwined with the*

14  *institution of slavery.....  "I was appalled by the profound brutality of literally treating humans*

15  *like livestock. Understand, when the borrower defaulted, slave auctions often followed," Wilson*

16  *said. "Through no fault of their own, the enslaved people might be literally sold down the river,*

17  *never to see friends or family again. I knew slavery was evil, but this took my breath away.....")*

18
19

20  **<u>Review of Banking on Slavery: Financing Southern Expansion in the Antebellum United</u>**
    **<u>States by Sharon Ann Murphy - *Wharton Initiative on Financial Policy and Regulation*</u>**
        *("In 2005, J.P. Morgan Chase revealed that two of its predecessor*

21      *banks—legacies of earlier acquisitions and reorganizations—had been*

22      *complicit in financing American slavery.....*

23      *...the banks had "accepted approximately 13,000 slaves as collateral for*

24      *loans," .... ended up owning approximately 1,250 of them" when borrowers*
        *failed to repay their debts.*

25
        *....Murphy's book demonstrates the fundamental entanglement of banking firms and*

26      *slavery in the antebellum South... she walks readers through downtown New Orleans in*
        *the early 1840s, guiding ...through the banking offices and slave markets which*

27      *jostled for space in the Crescent City's commercial heart. What is more surprising  than*

28

-43-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

*the physical proximity of these institutions....is the number and variety of banking firms operating in the bustling capital of slavery's capitalism....*

*.....Murphy's point is not simply that southern banks financed slavery, but that southern bankers developed new financial practices and forms of business organization to accommodate traditional banking to the specific needs of the slave economy...... She focuses on southern banks specifically because although northern banks provided trade finance for slave-grown crops like cotton and sugar, only southern banks lent directly against the land and human property necessary for large-scale plantation agriculture.....")*

### *Lloyd's, marine insurance and slavery - Lloyd's*

*"...Marine insurance ... facilitated the 'expansion of Europe', the explosion of European traders, soldiers and colonists into the wider world from the 15th century onwards who established new empires for the major European powers and ultimately founded a global system of capitalism.....*

*... the rise of Lloyd's from the original coffeehouse... to the establishment of New Lloyd's (1771) and the subsequent consolidation of its position as the leading market for marine insurance coincided with the emergence of Britain in the 18th century as the largest slave-trading power and the development of the British transatlantic colonies as a major slave-system....*

*...The slave-economy was one of the major markets for British marine insurance.  ....the premia were higher on long-distance voyages, those to Africa, the East Indies and the Americas, so in financial terms these lines of insurance predominated. The slave-economy was clearly a principal feature in the British financial construct and by extension also significant to its marine insurers.....*

*...Originally, the pattern of organisation for commerce built on slavery was truly a triangular trade, a single ship leaving Britain carrying goods for exchange on the west coast of Africa, carrying the captive Africans purchased there across the Atlantic on the 'Middle Passage', and selling the survivors in the Americas in exchange for slave-grown produce, especially sugar and tobacco but also rum, coffee, indigo, spices and mahogany, which were brought back to Britain to fuel the consumer revolution of the eighteenth century..... But as the system grew, the triangular trade became more of a metaphor.  The slave-ships still fulfilled the first two legs.... an important bilateral trade between Britain and the trans-Atlantic colonies developed, shipping plantation supplies to the colonies and returning with slave-grown produce in custom-built 'West Indiamen', ships .....*

*....It is estimated that slavery-related business overall accounted for between one-third and 40 per cent of premium income in the second half of the 18th*

**OPENING COMPLAINT  -  San Francisco County Superior Court**

*century. The insurance of the slave-voyages themselves accounted for an estimated 5-10% of total marine insurance premia. Of more financial importance to the insurance business were the ships sailing directly from Britain to the Caribbean and back, accounting for some 30% of total marine insurance premia paid.....*

*....One index of the overlap of Lloyd's and slavery is the analysis of the list of named subscribers to New Lloyd's in 1771. Of the 77 surviving names, at least eight are known to have invested directly in slave-trading voyages, while a further seven were themselves slave-owners or lenders or annuitants secured on enslaved people ....*

*....The British slave-trade ended in 1807. British colonial slavery itself was abolished only in 1834. Lloyd's entanglement in slavery did not end with Britain's abolition of slavery. Cotton grown by enslaved people in the southern United States became a key driver of Britain's industrialisation from the 1790s onwards, and the insurance of the shipping of raw cotton to Britain and of manufactured cotton products to markers worldwide remained an important part of Lloyd's business, until the abolition of slavery in the United States in 1865 and in South America, with Brazil in 1888. The legacies of slavery in the colonial systems have continued to the present day....*

*....Lloyd's is not alone in beginning only recently to come to terms with its historical connections to slavery. The insurance of slave-ships and, under complex policies, of the captive Africans on board them, however, has an especial resonance and entails a specific responsibility of acknowledgement and repair, of which this fact sheet is one small part....."*

This is *not some nebulous-irrelevant past*, but *COFe's hands are in part of that dirty pot of oppressive anti-Black regime* of Black exploitation, grift, human trafficking, rape and untold harms to enslaved Black human beings. *(Exhibit A-Z)* Per the US Legislature, <u>Congress, specifically the United States House of Representatives Committee on Financial Services</u> *December 7, 2022, Subcommittee on Oversight and Investigations Hearing entitled, "An Enduring Legacy: The Role of Financial Institutions in the Horrors of Slavery and the Need for Atonement, Part Two"* **HHRG-117-BA09-20221207-SD002.pdf;**

-45-

**OPENING COMPLAINT - San Francisco County Superior Court**

*"Capital One stated that in 2017 it commissioned History Associates, Inc. to review its business activity during the slavery era, also in compliance with the Chicago Ordinance.....*

*....Of the 257 predecessor banks identified to be in existence prior to January 1, 1866, Union Bank of Louisiana was found to have had a connection to chattel slavery by accepting 8,149 enslaved people as collateral for loans and coming into possession of 437 enslaved people.....*

*.....The report included the names of enslaved people owned by Union Bank of Louisiana from its founding in 1832 until.. abolition of slavery in 1865..... The report also included a list of transactions whereby enslaved people were pledged as collateral for mortgages or loans. [COF] stated that it has not acquired any additional financial institutions since the 2017 report, which is confirmed by the Committee's review."*

Per BBC's ***The hidden links between slavery and Wall Street***:

**"***Stacey Toussaint, the boss of Inside Out Tours, which runs the NYC Slavery and Underground Railroad tour, says people are often surprised by how important slavery was to New York City...."They don't realise that enslaved people built the wall after which Wall Street is named," she says....By some estimates, New York received 40% of US cotton revenue through money its financial firms, shipping businesses and insurance companies earned.... Slavery thrived under colonial rule. British and Dutch settlers relied on enslaved people to help establish farms and build the new towns and cities that would eventually become the United States......Enslaved people were brought to work on the cotton, sugar and tobacco plantations. The crops they grew were sent to Europe or to the northern colonies, to be turned into finished products. Those finished goods were used to fund trips to Africa to obtain more slaves who were then trafficked back to America.*

*...This triangular trading route was profitable for investors.....To raise the money to start many future plantation owners turned to capital markets in London - selling debt that was used to purchase boats, goods and eventually people..... Later in the 19th Century, US banks and southern states would sell securities that helped fund the expansion of slave run plantations.....To balance the risk that came with forcibly bringing humans from Africa to America insurance policies were purchased. These policies protected against the risk of a boat sinking, and the risks of losing individual slaves once they made it to America.*

*...Some of the largest insurance firms in the US - New York Life, AIG and Aetna - sold policies that insured slave owners would be compensated if the slaves they owned were injured or killed...By the mid 19th Century, exports of raw cotton accounted for more than half of US oversees shipments. What wasn't sold abroad was sent to mills in*

**OPENING COMPLAINT - San Francisco County Superior Court**

*northern states including Massachusetts and Rhode Island to be turned into fabric....The money southern plantation owners earned couldn't be kept under mattresses or behind loose floorboards..... American banks accepted their deposits and counted enslaved people as assets when assessing a person's wealth...."*

The California Legislature, and Executive Branch, have also explicitly delved in this sordid History of Financial Companies, and Insurers, profiting directly, from Black Exploitation, Enslavement, and Pain: Slavery Era Insurance Registry ; www.insurance.ca.gov/01-consumers/150-other-prog/ 10-seir/ (*".. In August 2000 the California legislature found that "Insurance policies from the slavery era have been discovered in the archives of several insurance companies, documenting .... first evidence of ill-gotten profits from slavery..."*) ;See also www.insurance.ca.gov/01- consumers/150-other-prog/ 10-seir/ slavery-era-report.cfm (*"..SB 2199: Slavery Era Insurance Policies ... authored by former Senator Tom Hayden (D-Los Angeles). ... adds sections 13810 through 13813 to the ... (CIC).....(c) ...Commissioner and the Department of Insurance are entitled to seek information from... files of insurers licensed and doing business in this state.....")* ;  *(Exhibit A-Z)*

<u>COF uses derogatory slurs-stereotypes tied to literacy, Black enslavement to insult, exploit, & deprive Mr. Austin via **"relic of slavery"** policy</u>

The great-legendary, Frederick Douglass, helps articulate the deep level of pain, and insults, COF' conduct, and usage of derogatory slurs-stereotypes tied to *anti-literacy, Black exploitation, pain, and enslavement to insult, exploit,& deprive* Blacks like Mr. Austin, via "relic of slavery" policies, per Blessings of Liberty and Education | Teaching American History

> *"In the old slave times, they Colored people were expected to work without thinking......*
>
> *...They were commanded to do as they were told..... They were to be hands—only hands.... ...not heads..... Thought was the prerogative of the master...... Obedience was the duty of the slave..... I, in my ignorance, once told my old master I thought a certain way of doing some work I had in hand was the best way to do it..... ...He promptly demanded, <u>"Who gave you the right to think?"</u>....*
>
> *... man is only potentially great.....*
>
> *....As a mere physical being, he does not take high rank, even among the beasts of the field. He is not so fleet as a horse or a hound, or so strong as an ox or a mule...*

-47-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

*...His true dignity is not to be sought in his arm, or in his legs, but in his head......*

*....Here is the seat and source of all that is of especially great or practical importance in him. There is fire in the flint and steel, but it is friction that causes it to flash, flame and burn, and give light where all else may be darkness. There is music in the violin, but the touch of the master is needed to fill the air and the soul with the concord of sweet sounds....*

*...There is power in the human mind, but education is needed for its development.....*

*....Some know the value of education, by having it. I know its value by not having it....*

*....It is a want that begins with the beginning of human existence, and continues through all the journey of life. Of all the creatures that live and move and have their being on this green earth, man, at his birth, is the most helpless and the most in need of instruction. He does not know even how to seek his food......Yet this little helpless weakling, whose life can be put out as we put out the flame of a candle, with a breath, is the lord of creation....*

*....Though in his beginning, he is only potentially this lord, with education he is the commander of armies; the builder of cities; the tamer of wild beasts; the navigator of unknown seas; the discoverer of unknown islands, capes and continents, and the founder of great empires, and capable of limitless civilization.....*

*...But if man is without education, although with all his latent possibilities ...he is, but a pitiable object; a giant in body, but a pigmy in intellect..... Without education, he lives within the narrow, dark and grimy walls of ignorance. He is a poor prisoner without hope. The little light that he gets comes to him as through dark corridors and grated windows.... The sights and sounds which reach him, so significant & full of meaning to the well-trained mind, are to him of dim and shadowy and uncertain importance......*

*....He sees, but does not perceive. He hears, but does not understand. The silent and majestic heavens, fretted with stars, so inspiring and uplifting, so sublime and glorious to the souls of other men, bear no message to him. They suggest to him no idea of the wonderful world in which he lives, or of the harmony of this great universe, and hence impart to him no happiness.....*

> *....Education, on the other hand, means emancipation. It means light and liberty....*

*....It means the uplifting of the soul of man into the glorious light of truth, the light only by which men can be free. To deny education to any people is one of the greatest crimes against human nature. It is to deny them the means of freedom and the rightful pursuit of happiness, and to defeat the very end of their being. They can neither honor themselves nor their Creator. Than this, no greater wrong can be inflicted....*

*....It is sometimes said that we have done enough for the Negro; that we have given him his liberty and we should now let him do for himself. This sounds well, but that is all. I do not undervalue freedom from chattel slavery...... It was a great and glorious triumph of justice and humanity.......*

*....It was the first of long years of labor, agitation and sacrifice. But let us look at this emancipation and see where it left the Negro, and we shall see how far it falls short of the plainest demands of justice and of what we owe the Negro.....*

*....To find an adequate measure of compensation for any wrong, we must first ascertain the nature and extent of the wrong itself.....*

*...The mere act of enslaving the Negro was not the only wrong done him, nor were the labors and stripes imposed upon him, though heavy and grievous to bear, the sum of his wrongs. They were, indeed, terrible enough; but deeper down and more terrible still were the mental and moral wrongs which enter into his claim for a slight measure of compensation....*

**OPENING COMPLAINT  -  San Francisco County Superior Court**

*....For two hundred and forty years the light of letters was denied him, and the gates of knowledge were closed against him.....*

*.....He was driven from time to eternity in the darkest ignorance. He was herded with the beasts of the field, was without marriage, without family, without schools and without any moral training, other than that which came by the slave driver's lash......*

*.....People who live now and talk of doing too much for the Negro, think nothing of these things, and those who know them, seem to desire to forget them especially when they are made the basis of a claim for a larger measure of justice to the Negro.....*

*.....They forget that for these terrible wrongs there is no redress and no adequate compensation......*

*.....The enslaved and battered millions have come, suffered, died and gone with all their moral and physical wounds into eternity. To them no recompense can be made....*

*If the American people could put a school-house in every valley of the south a church on every hill-top; supply with a teacher and preacher each respectively, and welcome the descendents of the former slaves to all the moral and intellectual benefits of the one and the other, without money and without price,.....*

*…..such a sacrifice would not compensate their children for the terrible wrong done to their fathers and mothers by their enslavement and enforced degradation....”*

COF's ***"relic of slavery"*** **a.** excludes from explicit-publicly defined COF contract provision & is a literal throwback pro-slavery, pro-exploitation, anti-literacy, anti-Black (*whether Enslaved or Free Blacks*) public policies in ante-bellum slave states *(Exhibit A-K)* AND b. *denigrates Mr. Austin* as Denzel Washington's Professor Melvin B. Toles articulates in <u>*The Great Debaters*</u> *"Denigrate, that's a word for you.... From Latin word "Niger", to defame, to "blacken...." It is always there, isn't it? Even in the dictionary.  Even in the speech of a Negro professor. Somehow Black is always acquainted with failure....".*  This type of COF anti-literacy, anti-Black, ***"relic of slavery"*** insult, and usage of derogatory slurs-epithets-stereotypes against Mr. Austin is not only deeply offensive, but runs deep into the American Enslavement Saga per "<u>*Illegal to Read"*</u> | <u>National Museum of African American History & Culture.</u> the 1831 North Carolina Legislature, passed the *North Carolina Slave Code, 1831,* (with similar Slave State Legislation in Connecticut, Georgia, Missouri, Mississippi, New York, Ohio, Pennsylvania, South Carolina, & Virginia) making it a crime to teach enslaved Blacks to read: *"Whereas the teaching of slaves to read and write, has a tendency to . . . produce insurrection and rebellion . . . any free person*

-49-

*who shall hereafter teach or attempt to teach any slave within this state to read or write . . . shall be liable to indictment....." (Exhibit A-Z)*

Per <u>Anti-literacy laws in the United States Facts for Kids</u> *"Anti-literacy laws were rules in many parts of the United States that made it illegal to teach enslaved people or even free Black people how to read or write. These laws were common in states where slavery was allowed, both before and during the American Civil War.....Laws Against Learning in the States Between 1740 and 1834, many states passed laws against teaching Black people to read and write. These states included Alabama, Georgia, Louisiana, Mississippi, North Carolina, South Carolina, and Virginia. South Carolina was the first to pass such a law in 1739. It said that teaching enslaved people to read or write could lead to a large fine and time in prison....."* *(Exhibit A-Z)*; Per <u>Literacy By Any Means Necessary: The History of Anti-Literacy Laws in the U.S – Oakland Literacy Coalition</u> :

> *"Anti-Literacy Laws and Abolitionist Frederick Douglass... ..Confederate states...that passed anti-literacy laws included South Carolina, North Carolina, Georgia, Louisiana, Mississippi, Virginia, and Alabama.....*
>
> *....Due to fear following the Stono Rebellion, the largest slave uprising in South Carolina in 1739, Blacks were prohibited from learning to read. Plantation owners feared that literate slaves could write and use forged documents to gain their freedom. However, many of the enslaved used this method to obtain their freedom.....*
>
> *....Slave owner Hugh Auld describes this fear in this exchange with his wife, Sophia Auld, after he discovered her teaching a young Frederick Douglass how to read:....*
>
> *....."He should know nothing but the will of his master and learn to obey it. As to himself, learning will do him no good, but a great deal of harm, making him disconsolate and unhappy. If you teach him how to read, he'll want to know how to write, and this accomplished, he'll be running away with himself...." (Douglass, 2017, p. 14).*
>
> *..Knowledge acquired by a slave was like a death knell to a slave owner. In order to destroy any semblance of humanity, plantation owners kept enslaved Black people in the dark. The majority of enslaved people didn't even know the year they were born or their lineage. It was a purposeful removal of identity in an effort to perpetuate the slave mentality. Several confederate states jointly imposed literacy restrictions on the enslaved using legislation that went beyond the shackling of bodies and extended into the shackling of minds. In their attempts to shackle our intellect, they failed to factor in the resilience of a people who endured centuries of brutal dehumanization and forced assimilation. A paradigm shift occurs in the thinking processes of enslaved people who gain knowledge. Their thinking moves from a slave mentality to a mentality of liberation, thus making them "unfit to be [enslaved]," as Frederick Douglass stated...."*

**OPENING COMPLAINT - San Francisco County Superior Court**

Per Literacy as the path to freedom: How slaveowners purposefully kept enslaved people illiterate - Reading Partners (*"Slavery and illiteracy in the United States....Slavery is "the practice or institution of holding people as chattel involuntarily and under [the] threat of violence."... The institution of antebellum slavery was also facilitated by slave owners using non-physical methods of dehumanization against enslaved people. One of these many methods included maintaining a lack of literacy, or instilling illiteracy, among enslaved people......*

*Literacy as a threat to slave owners.....Slave owners often restricted their slaves' knowledge of the smallest, most inconspicuous information, such as an enslaved person's age, birth parents, or even family origin. White slaveholders did not want their slaves to know anything about or understand their personal identity.....This information was the first step towards literacy, which slaveholders feared would empower enslaved people to recognize the dehumanization and manipulation that they were being subjected to......"*



ANTI-LITERACY LAWS

In Virginia, should free negroes or their children assemble at a school, to learn reading or writing, any justice of the peace may dismiss the school, with twenty stripes on the back of every pupil.'—Jay's Inquiry p. 23.

'In Louisiana, the penalty for instructing a free black in a SUNDAY SCHOOL is, for the first offence, five hundred dollars; for the second offence, DEATH.—p. 24.

BOSTON, THE LIBERATOR APRIL 26, 1839.

Per Slaves Are Prohibited to Read and Write by Law | North Carolina Law (1830-31) :

**"...AN ACT TO PREVENT ALL PERSONS FROM TEACHING SLAVES TO READ OR WRITE, THE USE OF FIGURES EXCEPTED**

*Whereas the teaching of slaves to read and write, has a tendency to excite dis-satisfaction in their minds, and to produce insurrection and rebellion, to the manifest injury of the citizens of this State: Therefore, Be it enacted by the General Assembly of the State of North Carolina, and it is hereby enacted by the authority of the same, That any free person, who shall hereafter teach, or attempt to teach, any slave within the State to read or write, the use of figures excepted, or shall give or sell to such slave or slaves any books or pamphlets, shall be liable to indictment in any court of record in this State having jurisdiction thereof, and upon conviction, shall, at the discretion of the court, if a white man or woman, be fined not less than one hundred dollars, nor more than two hundred dollars, or imprisoned; and if a free person of*

-51-

*color, shall be fined, imprisoned, or whipped, at the discretion of the court, not exceeding thirty nine lashes, nor less than twenty lashes.*

*II. Be it further enacted, That if any slave shall hereafter teach, or attempt to teach, any other slave to read or write, the use of figures excepted, he or she may be carried before any justice of the peace, and on conviction thereof, shall be sentenced to receive thirty nine lashes on his or her bare back.*

*III. Be it further enacted*, That the judges of the Superior Courts and the justices of the County Courts shall give this act in charge to the grand juries of their respective counties...."

Per <u>April 7, 1831: Virginia Literacy Ban Enacted - Zinn Education Project</u>: *"...Following the publication of David Walker's Appeal in 1829 and numerous uprisings of the enslaved, states across the South began to pass or amend existing anti-literacy laws to prevent future insurrections and thwart the struggle for Black education.....On April 7, 1831, the Virginia General Assembly revised its laws governing slavery in what was called "An Act to amend the act concerning slaves, free negroes and mulattoes." As Encyclopedia Virginia describes, the amended law decreed that "all meetings of free negroes or mulattoes, at any school house, church, meeting-house or other place for teaching them reading or writing, either in the day or night, under whatsoever pretext, shall be considered as an unlawful assembly..... Between 1800 and 1835, the majority of southern states enacted legislation that made it a crime to teach enslaved individuals to read and write....."*

**OPENING COMPLAINT - San Francisco County Superior Court**

corporation court, until the case shall be finally disposed of by the superior court to which the writ of error is returnable.

5. All acts and parts of acts coming within the purview of this act shall be and the same are hereby repealed: *Provided always,* That nothing in this act contained shall be construed to repeal any act heretofore made, for so much thereof as may relate to any offence committed or done, or claim which may have accrued, before the commencement of this act. *Repealing clause.*

6. This act shall be in force from and after the first day of May next. *Commencement.*

---

CHAP. XXXIX.—AN ACT to amend the act concerning slaves, free negroes and mulattoes.

[Passed April 7, 1831.]

1. *Be it enacted by the general assembly,* That all free negroes and mulattoes, who shall be convicted of remaining in this commonwealth contrary to law, and who shall become liable to be sold according to the provisions of former laws and of this act, shall be publicly sold by the sheriff or sergeant, at the front door of the court-house of the county or corporation, on a court-day in pursuance of notice of such sale, posted at such court-house door, at the court held in the preceding month. *Free negroes and mulattoes remaining in state contrary to law, to be sold.* *Notice of sale required.*

2. *Be it further enacted,* That the several superior courts of law, as well as the county and corporation courts, shall have jurisdiction of all prosecutions against free negroes and mulattoes, offending in manner aforesaid, and may try and determine the same according to law. *Jurisdiction in such prosecutions given to superior as well as county courts.*

3. *Be it further enacted,* That it shall be the duty of all commissioners of the public revenue, once in every year, to present to the grand juries of the several courts aforesaid, a list of all free negroes and mulattoes, who, in the opinion of such commissioners, may have remained within the commonwealth, contrary to law, upwards of twelve months from the time of their emancipation. *Commissioners of revenue to present free negroes, &c. so remaining in state.*

4. *Be it further enacted,* That all meetings of free negroes or mulattoes, at any school-house, church, meeting-house or other place for teaching them reading or writing, either in the day or night, under whatsoever pretext, shall be deemed and considered as an unlawful assembly; and any justice of the county or corporation, wherein such assemblage shall be, either from his own knowledge, or on the information of others, of such unlawful assemblage or meeting, shall issue his warrant, directed to any sworn officer or officers, authorising him or them, to enter the house or houses where such unlawful assemblage or meeting may be, for the purpose of apprehending or dispersing such free negroes or mulattoes, and to inflict corporal punishment on the offender or offenders, at the discretion of any justice of the peace, not exceeding twenty lashes. *Meetings for teaching free negroes, &c. reading or writing, prohibited.* *Justice to issue warrant to apprehend and disperse such persons.* *Punishment.*

5. *Be it further enacted,* That if any white person or persons assemble with free negroes or mulattoes, at any school-house, church, meeting-house, or other place for the purpose of instructing such free negroes or mulattoes to read or write, such person or persons shall, on conviction thereof, be fined in a sum not exceeding fifty dollars, and moreover may be imprisoned at the discretion of a jury, not exceeding two months. *Penalty on white persons for assembling with free negroes to instruct them in reading and writing.*

---

OPENING COMPLAINT - San Francisco County Superior Court

The heart of Black *anti-literacy* laws in pro-enslaver Southern states was fear that 1. Black people could read-understand the system that they operated in just as well, *or better than* the White enslavers (competitive advantage) 2. Black people would read the promises of the country, states, and counties they resided in, *realize that those promises do in fact apply to them, and assert their rights* to the same freedom, rights, and privileges as their White counterparts 3. Black would gain *self-knowledge, self-mastery, power, economic-technological-political development for themselves*, AND others in an interdependent manner which *forces respect of their rights on equal footing* as Whites, who sought through every mechanism to create an unequal, White Supremacist, corrupt, system to Exploit, and Enslave Black people.  Many of the most pernicious Whites, who promulgated racist propaganda of Blacks *actually knew Black people were just as capable, if not more capable* than the Whites who sought to keep exploiting them for Blacks riches, labor, and various forms of wealth.  They feared Black education because they already knew the only way to keep Exploiting was to keep Black People illiterate, and ignorant of *who Black people really are, what they have already accomplished, and what Black people are capable of doing.*

These diabolical White Supremacist tactics were designed precisely to *"Keep the body, take the mind"* as Denzel Washington's character *Professor Melvin B. Tolson* described in the Great Debaters: *"I'll take the affirmative: ..... Take the meanest, most restless n\*gg\*r. Strip him of his clothes in front of the remaining male n\*gg\*rs, female n\*gg\*rs, and n\*gg\*r infants, tar and feather him, tie each leg to a horse facing an opposite direction, set him on fire, and beat both horses until they tear him apart in front of male, female and nigger infants......*

*.....Bullwhip and beat the remaining n\*gg\*r males within an inch of their life. Do not kill them but put the fear of God in them, for they can be useful for future breeding.....Anybody know who Willie Lynch was? Anybody? Raise your hand. No one? ..... He was a vicious slave owner in the West Indies. The slave-masters in the colony of Virginia were having trouble controlling their*

-54-

**OPENING COMPLAINT - San Francisco County Superior Court**

*slaves, so they sent for Mr. Lynch to teach them his methods. The word "lynching" came from his last name. His methods were very simple, but they were diabolical.....*

*.....Keep the slave physically strong but psychologically weak and dependent on the slave master...... Keep the body, take the mind.....I and every professor on this campus are here to help you to find, take back, and keep your righteous mind..."*

Anti-Black, Ante-Bellum, domestic, and international, *terrorists-enslaver* practices emerged from a *duplicitous, diabolical,* mindset that said on one Hand *'all men are created Equal'*, and are entitled to the rights, privileges, and protections of this document upon which we are founding our entire country.  However, when Enslaved Black People raised their hand and said "Me Too" (*as many fought in the founding American Revolutionary War Black Founders Big Idea 2: Black Soldiers and Sailors in the Revolutionary War: 'Museum of the American Revolution': www.amrevmuseum.org/Black-founders-big-idea-2-Black-soldiers-and-sailors-in-the-revolutionary-war* ) perverse White Supremacists males, and females, said  'Nope,' and created all sorts of *backward logic, propaganda, and knowing falsehood* to attempt to justify what they knew was wrong from the very beginning.  see e.g. *Thomas Jefferson's Attitudes Toward Slavery | Monticello*: www.monticello.org/slavery/jefferson-slavery/jefferson-s-attitudes-toward-slavery/ (*"Thomas Jefferson wrote that "all men are created equal," and yet enslaved more than six-hundred people over the course of his life.  Although he made some legislative attempts against slavery and at times bemoaned its existence, he also profited directly from the institution of slavery....Throughout his entire life... Jefferson was publicly a consistent opponent of slavery. Calling it a "moral depravity" and a "hideous blot," he believed .. slavery presented the greatest threat to the survival of the new American nation.....At the time of the American Revolution, Jefferson was actively involved in legislation ... he hoped would result in slavery's abolition. In 1778, he drafted a Virginia law that prohibited the importation of enslaved Africans.  In 1784, he proposed an ordinance that would ban slavery in the Northwest*

*territories....Although Jefferson continued to advocate for abolition, ... slavery was becoming more entrenched. The [enslaved] population in Virginia skyrocketed...Jefferson... assumed... abolition of the slave trade would weaken slavery and hasten its end. Instead, slavery became more widespread and profitable....by the 1800s, Virginia's most valuable commodity and export was neither crops nor land, but [enslaved Black People]...."*

The false, *"N\*gg\*r"-"Black Inferior"-"Brute"* derogatory racial slurs epithets-stereotypes, and White Supremacist propaganda were tools of their oppressive, immoral, *ill gotten gain-trade.* COF operates from this (*now per se illegal*) enslaver, or segregationist, framework as COF publicly advertises <u>Credit card dispute process</u> precise COF terms, methodology, and promises. However, 50+ times *COF told Mr. Austin* in word-deed, *'Nope,' Black man, this publicly advertised provision does not apply to you* because you are Black whereas per **1.** *White v. Square* all that's required is an *"exclusionary policy"... "on the basis of the person's membership in a protected category..."* and per **2.** *Koire v. Metro Car Wash,* *"Courts ... repeatedly held ... Unruh ... [applies to] unequal treatment [like] when [B]lacks were allowed to enter business establishments but were restricted to certain portions of the premises .... [like] [B]lack ticketholders admitted to theatre but restricted to seating in segregated section [or] ...[B]lack ticketholders admitted to racetrack but denied clubhouse seating.."*

COF's anti-Black, pro-slavery, anti-literacy, derogatory slurs-insults toward Mr. Austin via both conduct, and words is so insulting that they cut directly to the heart of the history of Black enslavement, Black exploitation, and Black disenfranchisement in every sphere of American life, decade after exploitative decade: <u>Voting Rights Act of 1965 - Definition, Summary & Significance | HISTORY</u> *" The voting rights bill was passed in the U.S. Senate by a 77-19 vote on May 26, 1965. After debating the bill for more than a month, the U.S. House of Representatives passed the bill by a vote of 333-85 on July 9 1965.....Johnson signed the Voting*

1    *Rights Act into law on August 6, 1965, with Martin Luther King Jr. and other civil rights leaders*

2    *present at the ceremony.........The act banned the use of literacy tests...."*

3       It is unclear which insult is worse, as both call Mr. Austin a *"N\*gg\*r"*-*"Black Inferior"*-

4    *"Brute or Buck,"* whereas on one hand **1.** COF's conduct toward Mr. Austin in violation of its

5    explicit contract-policies-law *presumes Mr. Austin, as a Black man, cannot read* COF's publicly

6    defined contractual policy-promises (Credit card dispute process *"... you can file a dispute at any*

7    *time."*) a throwback to anti-literacy, Black Inferiority, pro-slavery policies or **2.** COF's knowing

8    Mr. Austin can read, but showing that they are willing to break the law, explicitly breach

9  

10    precisely defined contract terms, CA and Federal laws just to call Mr. Austin a *"N\*gg\*r"*-

11    *"Black Inferior"*-*"Brute or Buck"* because he is Black.

12

13    <u>Fear of Blacks' Equal footing, Exploiting the Vulnerable: Creating White Supremacist *'Pimp'*</u>
     <u>& Black *'Whore' Stockholm* dependency, racially abusive, relationship targeting</u>

14         <u>Black men & women with ***"relic of slavery"*** policies</u>

15       COF's conduct toward Mr. Austin (*outright lies; pretext; just to discriminate, segregate,*

16    *denigrate*) reflects a deep seated fear of white supremacists, played out over, and over again, for

17    centuries. The fear behind White Supremacists racist *diabolical* actions is because of their own

18    misdeeds, and fear of inadequacy. White Supremacists fear creating a fair environment, with

19  

20    equal footing, whereas Blacks could fully develop their talents, spirits, minds, power, economics,

21    and political presence influence like Douglass said in <u>Blessings of Liberty and Education |</u>

22    <u>Teaching American History</u> *"with education he is the commander of armies; the builder of*

23    *cities; the tamer of wild beasts; the navigator of unknown seas; the discoverer of unknown*

24    *islands, capes and continents, and the founder of great empires, and capable of limitless*

25  

26    *civilization..."* whereas the reasons created for manifold White Supremacist terrorist, anti-Black

27    conduct, torture, exploitations were just pretext (to cover their true motives).  Dr. Carter G.

28    Woodson, founder of Black History Month, highlighted the purposeful deprivation of traditional,

and self-knowledge of Black People (like Douglass speaks to above) to create a false inferiority complex, in the minds of Blacks (*as well as others: like a White Supremacist Pimp*) used diabolically to wipe the historical memory, and collective consciousness of some of the most prolific people in the history of the world per *The Miseducation of the Negro:* *"You might study the history as it was offered in our system from the elementary school throughout the university, and you would never hear Africa mentioned except in the negative. You would never thereby learn that Africans first domesticated the sheep, goat, and cow, developed the idea of trial by jury, produced the first stringed instruments, and gave the world its greatest boon in the discovery of iron. You would never know that prior to the Mohammedan invasion about 1000 A.D. these natives in the heart of Africa had developed powerful kingdoms which were later organized as the Songhay Empire on the order of... the Romans ... boasting ..similar grandeur."*

Shawn Carter, better known by his iconic stage persona *'Jay Z,'* and via his union as husband to *'Beyonce'* Giselle Knowles-Carter, and father to their children, had a very insightful line regarding Black Exploitation (*whereas Black men and women were treated like "hoes" or "whores" by White enslaver "pimps" who exploited Blacks for their wealth, gold, other precious metals & natural resources, sex, labor, knowledge, knowhow, skills, intellectual property, etc. and even their own children during the enslavement era*). See e.g. Stockholm Syndrome in the Pimp-Victim Relationship - The New York Times (*"...Pimps prey on [the] vulnerable....[men or women] using a cunning mix of violence and tenderness to alternately degrade and then elevate them. The result is that these [vulnerable....men or women] become psychologically attached to their pimps, and do not turn against them out of a dependency that is equal parts fear and misplaced affection."*)

Frederick Douglass explains his personal experience of this enforced *White enslaver Pimp, psychological manipulation-dependency exploitative,* relationship per Blessings of Liberty and Education | Teaching American History *"In the old slave times, they Colored people were*

*expected to work without thinking……They were commanded to do as they were told….. Thought*

*was the prerogative of the master…… Obedience was the duty of the slave….. I, in my ignorance,*

*once told my old master I thought a certain way of doing some work I had in hand was the best*

*way to do it…He promptly demanded, <u>"Who gave you the right to think?"…"</u>*  El Hajj Malik El

Shabazz, better known as *'Malcolm X' (born Malcolm Little, and early known as Detroit Red*),

highlighted how this Exploitative *Stockholm Syndrome*, White Supremacist Pimp, Black Whore,

Relationship targeting both Black men, and women, developed, and expressed itself, in the Black

Enslavement Context:

> *" To understand this, you have to go back to what [the] young brother here referred to as the house Negro and the field Negro—back during slavery. There was two kinds of slaves. There was the house Negro and the field Negro….*
>
> *…The house Negroes - they lived in the house with master, they dressed pretty good, they ate good 'cause they ate his food—what he left. They lived in the attic or the basement, but still they lived near the master; and they loved their master more than the master loved himself……*
>
> *…..They would give their life to save the master's house quicker than the master would. The house Negro, if the master said, "We got a good house here," the house Negro would say, "Yeah, we got a good house here." Whenever the master said "we," he said "we." That's how you can tell a house Negro…..*
>
> *…..If the master's house caught on fire, the house Negro would fight harder to put the blaze out than the master would. If the master got sick, the house Negro would say, "What's the matter, boss, we sick?" [You hear that?] ….We sick! He identified himself with his master more than his master identified with himself…..*
>
> *…And if you came to the house Negro and said, "Let's run away, let's escape, let's separate," the house Negro would look at you and say, "Man, you crazy. What you mean, separate?…..*
>
> *Where is there a better house than this? Where can I wear better clothes than this? Where can I eat better food than this?" That was that house Negro. In those days he was called a "house n\*gg\*r…"*
>
> *- **Malcolm X, El Hajj Malik El Shabazz,** born Malcolm Little (aka Detroit Red)*

That exploitative anti-Black pattern emerged in a variety of industries, but Jay-Z's line

focuses on the Music Industry.   In 2001's *Izzo (H.O.V.A.),* Jay-Z insightfully framed the issue of

exploitation of Blacks, and their labor, genius, and entrepreneurship, as well as the compensation

**OPENING COMPLAINT  - San Francisco County Superior Court**

due for that exploitation: *"Label owners hate me I'm raisin the status quo up....I'm ....chargin' .... for what they did to the Cold Crush.....Pay us like you owe us for all the years that you "hoed" us....We can talk, but money talks so talk mo' bucks...."*  10 years later, *Jay Z,* and *Kanye* Omari West, known presently as *'Ye,'* collaborated on an equally insightful set of points in 2011's *'Who Gon Stop Me'* whereas *'Ye'* on the hook began with highlighting the portion of the Black Holocaust Experience *(Exhibit A-Z* ; <u>*What is the Black Holocaust? - America's Black Holocaust Museum*</u>)  we, as Black People, are currently experiencing post enslavement-colonial era, post Civil War-Reconstruction Era, post Jim Crow: *"This is something like [our] Holocaust...Millions of our people lost....Bow our heads and pray to the Lord..."*   *Jay Z* follows up on his point(s) 10 years earlier highlighting the power of self education, and literacy (ability to read, power to contract, negotiate from a position of self-mastery-power, and self knowledge, and teamwork, interdependence, initially with Dame Dash, when contracting to get what one deserves regardless of race, or formal educational titles): *"Graduated to the MoMA... And I did all of this without a diploma....Graduated from the corner..... Y'all can play me for a motherf\*ckin' fool if you wanna....Street-smart and I'm book-smart..."* <u>*5 Billionaires Who Don't Have High School Diplomas - Business Insider*</u> *("Jay-Z, hip-hop's first billionaire, never graduated from high school. The [Entrepreneur, Entertainer, Musician-Rapper, Artist, Writer] does, however, publicly encourage people to value education [particularly self-education via reading-literacy....")*

Per <u>*Vibe*</u>, and *Jay Z's Interview with Gayle King*, <u>Jay-Z Claims He Read On A 12th-Grade Level As A 6th Grade Student</u> ; <u>www.vibe.com/news/entertainment/ jay-z-claims-read-12th-grade-level-6th-grade-student-1234812921/</u>." *("..."Miss Loudon was my sixth grade teacher. In the sixth grade, I was reading on a 12th grade level," he revealed, sharing that the positive reinforcement boosted his esteem. "That excited me. .."*).  In a freestyle, Jay-Z spells out a bit more the power of literacy, knowing oneself as a Black man, mastering oneself, remaining

authentic to who you are, and *converting* some of that energy into tangible riches: *"...I got the*

*Forbes on my living room floor... And I'm still talking to the poor, ....I want more....TIME's most*

*influential, was impressive....'Specially since I wasn't in the artist section....Had me with the*

*builders and the titans....Had me right with Rupert Murdoch.....Billionaire boys and some dudes*

*you never heard of.....Word up on Madison Ave is I'm a cash cow.....,Word down on Wall Street,*

*homie, you get the cash out... IPO Hov, no need for reverse merger...The boy money talk no*

*need to converse further....The baby blue Maybach like I own Gerber..."*

What Jay-Z says without saying it directly, is that literacy, self-knowledge, and

confidence, provided key tools for him to build with, despite a hyper exploitative, racist, and

discriminatory general and specific business environment whereas artists-entertainers,

particularly Black artists, typically have been used for their talents, with contracts designed to

*keep them in debt, broke, and exploited.*   Prince Compares Record Contracts To Slavery In Rare

Meeting With Media : The Two-Way : NPR (*"...Music icon Prince is worried about the future of*

*the music business for artists, and his top priority can be summed up in one word:*

*Freedom...."Record contracts are just like — I'm gonna say the word – slavery," Prince told a*

*group of 10 journalists Saturday night, during a meet and greet at his Paisley Park Studios in*

*Minneapolis. "I would tell any young artist ... don't sign....He talked about how his deal with Jay*

*Z still gave him the freedom to collaborate with other artists on songs which might appear*

*elsewhere, stressing the importance of artists controlling as much of the revenue from their work*

*as possible...."Once we have our own resources, we can provide what we need for ourselves," he*

*said. "Jay Z spent $100 million of his own money to build his own service. We have to show*

*support for artists who are trying to own things for themselves."...He advocated seeing artists*

*paid directly from streaming services for use of their music...")*

Jay-Z (per literacy, self-knowledge, confidence, self-mastery), learned to flip, and

leverage, his value adds to enrich not only others like label Owners, (i.e. *"Label owners hate me I'm raisin the status quo up....I'm ....chargin' .... for what they did to the Cold Crush....Pay us like you owe us for all the years that you "hoed" us....We can talk, but money talks so talk mo' bucks...."),* but himself, his family, and community through a fair contract. The equally legendary *Cee Lo Green's* (Thomas DeCarlo Callaway-Burton's) *Wake Up Show* freestyle highlights this principle, and power of literacy, with a *"piece of poetry"* written from the perspective of those who oppress, and exploit Blacks, like those White Supremacist Whites in slave holding Southern States who feared the power of Blacks' literacy, and self-knowledge: *"But be more aware that the truth is there....I tell you all the time but you n*gg*s don't dare....But not all of you.... ...There are a few that get into themselves and books on shelves....And learn something new....And once they know, they become so powerful....But many don't have the means nor the inspiration to go....To school.....But educated about what?....It seems to me that thus far, you've only learned about who we [Whites] are....Isn't that funny, you'll give a school all your money...For what you think you need but it's never guaranteed....The misled mislead you..."*

Like the principle of conversion of energy from dormant or potential, to kinetic, *even the negative that others actually meant for evil can be flipped*, with the right type of self-knowledge, spiritual understanding, key tools like literacy whereas like Joseph, Prince of Egypt, said in Genesis to his brothers who knowingly sold him out, into enslavement, and left him for dead: *"As for you, you meant evil against me, but God meant it for good, to bring it about that many people should be kept alive, as they are today...."* Joseph, Prince of Egypt, and his father's favorite, chose to forgive his brothers, in that specific context, *though he had the power to destroy* and wipe them off of the face of the Earth (*and based on what they did to him likely deserved that sentence, in that brutal environment*), but his forgiveness was extended fully only after they repented for their wrongs against him. Black people, sold into the most brutal US

chattel enslavement, with their humanity, rich history, wealth, language, family, and other valuables stripped from them, have yet even to be apologized to, nor has full repentance, or even real apology, ever been made for the knowing wrongs committed against them by White Supremacist racist exploiters *(& others who helped them enslave, degrade & disenfranchise Blacks)*, generation after brutal-exploitative, generation.

*As a practicing Christian, who loves everyone, and seeks to live my values not just on the Sabbath, but everyday. I seek to apply the principle of doing unto others as I would have done to me.* Mr. Austin seeks simply to Love the Lord with all his heart, mind, soul & energy and Love his neighbors *(as he Loves himself)*.

> "He who is slow to anger is better than the mighty,
> And he who rules his spirit than he who takes a city."
> - **Proverbs 16:32**

> "But the fruit of the Spirit is love, joy, peace, forbearance,
> kindness, goodness, faithfulness, gentleness, and self-control."
> - **Galatians 5:22-23**

Mr. Austin doesn't worship money, or the things money can buy for all flows from the Most High. He does not worship things that flow from the *'lust of the flesh, the lust of the eye, or the pride of life'*. Mr. Austin does not worship power, prestige, position, the false idol of White Supremacy, Racial Bigotry, or Hate, nor anything man made, temporal, or non-eternal. Mr. Austin engages good faith with Capital One through his values as an American Citizen, man, human being, a Christian, & Black person; not to have rights violated, disrespected, discriminated against, segregated, insulted, and deceived. Although each of COF's 50+ discrete adverse discriminatory insults-denials was intended by COF to belittle, denigrate, mentally, economically, and emotionally harm Mr. Austin, through *ongoing* extreme conduct for any law-abiding California Financial Institution-Bank, he kept his peace, patience, and _literally_ prayed for COF and their wayward agents (as this process is not only racist, derogatory, and annoying, but time consuming for Mr. Austin). Mr. Austin then 1. took the opportunity  to take concerted

-63-

action as Abolitionist, Genius, Freedom Fighter, Polyglot, Polymath and Autodidact Fredick

Douglass wisely said: *"I prayed for freedom for twenty years but received no answer until I*

*prayed with my legs"* and 2. took heed of overtly stated wisdom, and admonition, in the Book of

James verse 2:26 *"For as the body without the spirit is dead, so faith without works is dead."*

For many being repeatedly called an "n-word" (by both the disputed Merchant's words

and conduct, COF acting in concert) 50+ separate instances between 7.4.24-7.4.25 while

knowing COF is going out of their way to disparage-denigrate them might discourage, or break

their Spirit, *but not me*. I, Mr. George Jarvis Austin subscribe to the philosophy outlined by *The*

*Last Poets* that "*Blessed are those who struggle, Oppression is worse than the grave, better to*

*die for a noble cause than to live and die [en-slaved],.... And though we have faced*

*insurmountable odds. Yet the will to resist [Oppression] remains....*" The Book of *James*,

chapter 1 verse 12 puts it in a slightly different way: "*Blessed is the man who endures trial,*

*because, having been approved, he will receive the crown of life..."*

COF diabolically seeks to act like segregationists, or their forefather enslavers, through

aiding and abetting, and COF's use of derogatory racist stereotypes-slurs to deprive the most

basic Constitutional, and California rights that they deceptively hold themselves out as

following. Thus, Mr. Austin takes legal, responsible-thoughtful action to correct this *ongoing*

per se illegal Capital One conduct (see e.g. *§ 52:* "*((a) Whoever denies, aids or incites a denial,*

*or makes any discrimination or distinction contrary to Section 51, 51.5, or 51.6, is liable for*

*each and every offense)*, heeding Frederick Douglass' wisdom to (take action) *"pray with [his]*

*legs."* See <u>BELL v. MARYLAND</u> *"Th[is] discrimination ... is a relic of slavery."*

`

-64-

Signed Declaration under penalty of perjury

I, Mr. George Jarvis Austin, declare-certify, under penalty of perjury of the laws California (and the US), that these *specific, precise facts, cross referenced with filings, documents, exhibits, direct evidence*, are true and correct *(and as I Mr. Austin personally experienced)* per **a.** Cal. Evid. Code § 410 ("Direct evidence") and **b.** CACI No. 202. Direct ... Evidence Judicial Council of California Civil Jury Instructions. *(Exhibits A-Z).* Mr. Austin is Self-Represented, and cites to various forms of <u>*direct evidence*</u> as part of the record *(including direct evidence as Mr. Austin personally saw, felt, touched, heard, spoke, smelled, read, etc.)* under California-Federal law. *(Exhibits A-Z);* CACI No. 202. Direct...Evidence :: Civil Jury Instructions..(2025): Justia *("Evidence can come in many forms. It can be testimony about what someone saw or heard....")*

-65-

**OPENING COMPLAINT - San Francisco County Superior Court**

<u>Mr. Austin is a high performing, accomplished, highly sought, student</u>

Mr. Austin is a high achieving, highly recruited, accomplished, high potential, admitted Georgetown (and other elite institutions) student who happens to be a Black man.  Mr. Austin is a person of great character, pristine, clean & clear background, identified as top 5% out of over 20,000 competitive students, admitted to <u>100%</u> of all *top tier* undergraduate schools (including UCLA and Berkeley he applied to), did well at Berkeley, which he selected, and graduated.  <u>www.forbes.com/sites/ madisonfernandez/2021/09/08/why- berkeley -is-number-one/;</u>. <u>UC Berkeley No.1 on Forbes' list of America's top colleges - Berkeley News</u>). See also e.g. Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll., No. 20-1199, 202 (U.S. Jun. 29, 2023) : ("*California amended its State Constitution to prohibit race-conscious college admissions in 1996...University of California, Berkeley, a top public university not just in California but also nationally...UC Admits Largest, Most Diverse Class Ever, But It Was Harder To Get Accepted, L. A. Times, July 20, 2021*")

Mr. Austin has straight As, & A+'s the last nine semesters.  Mr. Austin regularly scores in the top 1% of standardized testing for multiple exams, above 99% of test takers, (including the LSAT).  Mr. Austin is highly recruited for both professional and law schools.   Mr. Austin was awarded highest scholarship honors in multiple top tier institutions as incentives for enrollment, as well as free application offers to nearly every T-14 institution, by those institutions, due solely to Mr. Austin's proven, documented, successful academic & professional track record, and accomplishments. Mr. Austin Earned and Won in a top 10 out of 820+ paid Fellowships per Vault and Forbes, in the CA Senate with the most competitive entry *(less than 4% acceptance rate nationwide, my year, for that program)*, as 1 of 18 selected winners (and 1 of 2 *winners* out of that area) …. Mr. Austin declined automatic job offer as part of the elite program selection process as I had already given my word to another commitment.

**OPENING COMPLAINT  - San Francisco County Superior Court**

"The now-25-year-old, along with fellow Stockton native George Austin, is receiving the opportunity to be at the forefront of state politics for 11 months starting in October after being chosen to be among 18 Senate Fellows as part of the state's Capital Fellows Program….. But being chosen for the program is no easy task…..

The Capital Fellows program has twice been named one of the top 10 best internships alongside the likes of NASA, the Smithsonian Institution and Google Inc. Vault.com, a career-planning website that gave the Capital Fellows that top 10 placing out of 821 internship programs, …"It's a rigorous program," Bunch said. "It's like a yearlong training for them, but they're not only doing an internship, they're also taking graduate courses."…There were more than 1,300 applications for the program each of the past two years. Only 64 people are chosen for the entire program."

- **www.recordnet.com/story/news/2012/09/08/just-one-fellows/49419856007/**

Mr. Austin was accepted into multiple top tier law schools (including T-14), offered highest scholarship award honors from a variety of schools including, previous VP, Kamala Harris' alma mater (in San Francisco), & more recently was chosen as most outstanding student, & top ten business student ever (selected by professor with over 20 years' experience).

-67-

**OPENING COMPLAINT - San Francisco County Superior Court**



January [REDACTED] 2025

[REDACTED] George J Austin:

The Department has determined that you are entitled to settlement relief for the loans taken out on or after 1/1/2013 associated with your enrollment at Georgetown University ("Relevant Federal Student Loan(s)") based on your allegations regarding the school's misconduct. [REDACTED] Department of Education will do the following:

- discharge your Relevant Federal Student Loan(s);
- provide a refund for any payments made to the Department of Education on your Relevant Federal Student Loans including Relevant Federal Student Loan debt that you previously paid off; and

Sincerely,

U.S. Department of Education
Federal Student Aid

**Federal Student Aid**

830 First Street, NE, Washington, D.C. 20002

**OPENING COMPLAINT - San Francisco County Superior Court**



# Unique

## GEORGETOWN LAW

Combining a world-renowned faculty, a dedication to intellectual stimulation and community, and a location in the heart of the nation's capital, Georgetown is a unique place to study law.

### Legal Education in its Fullest Sense

Georgetown Law seeks not only to impart the tools of the lawyer's trade, but also to foster reflection and inquiry into the nature of law and the role and responsibility of lawyers in a global society. The goal is education in its fullest sense — not only mastery of "black letter law," but a sense of the philosophical, political, social and ethical dimensions of law, the awakening of an abiding curiosity about its nature and purposes, and the instilling of a sense of responsibility for its development and direction.

### A Dynamic Intellectual Community

Georgetown nurtures the very highest standards of scholarly inquiry, intellectual rigor and ethical behavior in a way that respects each student's individuality and fosters his or her particular interests and career goals. The result is a dynamic intellectual community, in which students have an unprecedented range of academic opportunities both inside and outside the classroom.

### An Unparalleled Vantage Point

Located in Washington, D.C., within blocks of the U.S. Congress that enacts laws, the Supreme Court that interprets them, and the administrative agencies that enforce them, Georgetown provides an unparalleled vantage point from which its faculty and students explore the dynamic legal processes of our nation and world.

"What law school in the country is better positioned to deal with the way the profession is going than Georgetown? We have connections to the corporate bar and criminal justice, and we have extensive clinics. We have been oriented to government and politics for decades. Wherever the legal market is going, what law school has more beachheads there than we do? This is a good place to be."

Daniel R. Ernst, Professor of Law

OPENING COMPLAINT - San Francisco County Superior Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



GEORGETOWN UNIVERSITY LAW CENTER

*Office of the Dean of Students*

February 28, 2019

George Austin
CA

Dear George,

Per your request, please find enclosed copies of the two Georgetown Law admissions brochures of which we are aware that include an image of you.

Sincerely,

Mitch Bailin
Associate Vice President and Dean of Students

-70-

OPENING COMPLAINT  -  San Francisco County Superior Court



RULES COMMITTEE

RESOLUTION

By
President pro Tempore of the Senate Darrell Steinberg
RELATIVE TO COMMENDING

*George Austin*

WHEREAS, George Austin was selected from a highly competitive group of outstanding college and university graduates from California and throughout the nation, and was appointed as 2012-2013 California Senate Fellow; and

WHEREAS, George Austin, from Stockton, graduated from the University of California, Berkeley with a Bachelor of Arts degree in Sociology; and

WHEREAS, through his service to the Senate Committee on Governance and Finance, George Austin had the unique opportunity of acquiring a deeper understanding of the legislative process and public policy formation, while also providing assistance to Senate Members, legislative committees, and their constituencies; and

WHEREAS, The California Senate Fellows program, established in 1973 and sponsored jointly by the Senate and California State University, Sacramento, enables 18 individuals to become full-time Senate staff members at the State Capitol for 11 months and receive six units of university graduate credit; and

WHEREAS, As a result of his outstanding service as a Senate Fellow, George Austin is better prepared to provide valuable leadership and contributions to educational institutions, local, regional, state, and national enterprises, and professional, business, and community endeavors in the State of California and the nation; now, therefore, be it

RESOLVED BY THE SENATE RULES COMMITTEE, That George Austin, a 2013-2013 California Senate Fellow, be commended for his exemplary service on behalf of the Members of the Senate, and extended best wishes for every success in his future endeavors.

Senate Rules Committee Resolution No. 24 adopted this 12th day of August, 2013.

-71-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

1
2
3
4
5
6
7
8



9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**OPENING COMPLAINT - San Francisco County Superior Court**

●▮▮ll AT&T   LTE                    **10:00 AM**                   ◉ ✳ 54% ▮▬

🔒 mail-attachment.googleusercontent.com

### 2012-13
## CALIFORNIA SENATE FELLOWS



**About you**
**Name:** George Austin

**Hometown:** ▬▬▬▬

**Hobbies/Interests:** Basketball, Golf, Boxing, Cooking, Kayaking, Travel

**Favorite book(s)/movie(s)/TV show(s)/music:** Finding Forester, Goodwill Hunting, Godfather Trilogy, Coming to America, The Golden Child, Batman Begins, Dark Knight, Dark Knight Rises, Hoop Dreams, Above the Rim, Wedding Crashers, Lord of the Rings 1 & 2, Matrix 1 & 2, Ray, Hangover

The West Wing, Doug, Bloomberg Enterprise, Charlie Rose, The Mentor, Bloomberg Game Changers, Cosby Show, The Wire, Martin

Gospel, R & B, Hip-Hop, Country

The Alchemist, Purpose Driven Life, Autobiography of Malcolm X, Developing the Leader Within – John C. Maxwell, How to Win Friends and Influence People Dale Carnegie, Think and Grow Rich Napoleon Hill, 7 Habits of Highly Effective People

**Birthday:** April 12

**3 strange/unique but interesting facts about you:**
1.  Up until I was sixteen my shoes size was always 1 or 2 sizes larger than my age (i.e at twelve years old I wore a size fourteen)
2.  In one day I met Oprah Winfrey, Prince, Usher, Anthony Hamilton and Barack Obama
3.  I've lived in four states

### Education
**College/University:** University of California, Berkeley

**Degree:** BA

**Major:** Sociology

**Advanced degrees:** Georgetown Law School- JD (deferred, begin 2013)

---

### 2012-13
## CALIFORNIA SENATE FELLOWS

### Goals & Work/Relevant Experience
**Activities or Work Experience after College:**
*   Riordan MBA Fellows Anderson School of Business (UCLA)
*   Chartered Financial Analyst Level 1 Candidate December 2012
*   Chartered Financial Analyst Society Scholarship Recipient
*   HAAS School of Business, Arts, Science & Engineering Program (Berkeley)

**Occupational Goals/Interests:** Business/ Law/Entrepreneurship/Finance/Education

**Policy Interests:** Economy, Finance, Appropriations, Energy, Transportation, Economic Development, Trade (International and Domestic), Tax, Banking, Insurance

-73-

**OPENING COMPLAINT - San Francisco County Superior Court**

.ıll AT&T LTE          11:14 AM          @ ⊁ 29% ▮

🔒 mail.google.com          ↻

Google+ | **Gmail** | Calendar | Web          more

'Mega...

**California State Senator, Fifth District**

**Lois Wolk News**

**FOR IMMEDIATE RELEASE**

**CONTACTS:**          Melissa Jones, (916) 651-4005

July 18, 2012

                    Melissa.Jones@sen.ca.gov

**Stockton residents accepted to prestigious
Capitol fellowship**

*George Austin and Faith Lane selected for 2012-2013
Senate Fellowship Program*

SACRAMENTO– Stockton residents George Austin
and Faith Lane have been accepted to the prestigious
Senate Fellows Program at the State Capitol, where

‹          ›          ⏏          📖          ❐

OPENING COMPLAINT  - San Francisco County Superior Court

●ı◍ AT&T  LTE              11:15 AM              @ ✳ 29% ▭

🔒 mail.google.com                 ↻

Google+    **Gmail**    Calendar    Web              more

'Mega...                    

### Stockton residents accepted to prestigious Capitol fellowship

*George Austin and Faith Lane selected for 2012-2013 Senate Fellowship Program*

SACRAMENTO– Stockton residents George Austin and Faith Lane have been accepted to the prestigious Senate Fellows Program at the State Capitol, where they will work for 11 months as a full-time staffer in a Senate office.

"I am grateful to be selected and very excited for the opportunity to grow, learn more about our system of government, and most importantly, to serve," said Austin, a graduate of the University of California at Berkeley.

"I feel honored to be given this opportunity," said Lane, a graduate of the University of California at Santa Barbara. "Following my term as a Senate Fellow, I hope use my knowledge acquired through the program to better my home in the Central Valley."

‹     ›     ⬆️     📖     🗔

**OPENING COMPLAINT - San Francisco County Superior Court**



Senate Governance and Finance Committee
August 14, 2013

OPENING COMPLAINT - San Francisco County Superior Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**OPENING COMPLAINT  -  San Francisco County Superior Court**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**OPENING COMPLAINT - San Francisco County Superior Court**

**SENATE GOVERNANCE & FINANCE COMMITTEE**
Senator Lois Wolk, Chair

BILL NO: AB 458                    HEARING: 8/14/13
AUTHOR: Wieckowski              FISCAL: Yes
VERSION: 2/19/13                 TAX LEVY: Yes
CONSULTANT: Austin

*INCOME TAXES: DEDUCTIONS: PUNITIVE DAMAGES*

*Repeals authority to deduct punitive damages on personal and corporate tax filings.*

### Background and Existing Law

Current law authorizes individuals and corporations to file tax deductions for the payment of monetary damages in legal cases. Under existing law plaintiffs can seek "punitive" or "exemplary" damages in legal cases where the defendant is guilty of "oppression, fraud, or malice." "Malice" means conduct which is intended by the defendant to cause injury or despicable conduct that is carried on with a willful and conscious disregard of the rights or safety of others. "Oppression" means despicable conduct that subjects a person to cruel and unjust hardship in conscious disregard of that person's rights. "Fraud" means an intentional misrepresentation, deceit, or concealment of a material fact known to the defendant with the intention on the part of the defendant of thereby depriving a person of property or legal rights or otherwise causing injury.

California courts hold that punitive damages punish the defendant and deter similar conduct. The goal of deterrence of similar conduct is both for the specific defendant who may repeat or continue offensive behavior and to other potential parties who may commit similar offenses. Punitive damages are not intended to compensate a plaintiff unlike compensatory damages, which are intended for compensation.

The Book of Approved Jury Instructions (BAJI) provides that a jury should consider two factors to determine the amount of punitive damages to award:
- The reprehensibility of the defendant's conduct.
- The amount of punitive damages, which will have a deterrent effect on the defendant in the light of defendant's financial condition.

In addition, a defendant may ask that a jury be instructed to consider that the punitive damages bear a reasonable relation to the injury, harm, or damage actually suffered by the plaintiff.

-79-

**OPENING COMPLAINT - San Francisco County Superior Court**

5046.

**Environmental Quality**—(9)—Hill (Chair), Gaines (Vice Chair), Calderon, Corbett, Fuller, Hancock, Jackson, Leno and Pavley. Chief Consultant: Rachel Machi Wagoner. Consultants: Rebecca Newhouse and Joanne Roy. Assistant: Sue Kumpulainien. Phone: (916)651–4108. Room 2205.

**Governance and Finance**—(7)—Wolk (Chair), Knight (Vice Chair), Beall, DeSaulnier, Emmerson, Hernandez and Liu. Staff Director: Gayle Miller. Consultants: George Austin, Toby Ewing, Colin Grinnell, Samantha Lui and Brian Weinberger. Assistants: Marisa Lanchester and Krimilda McKenzie. Phone: (916) 651–4119. Room 408.

**Governmental Organization**—(11)—Wright (Chair), Vacant (Vice Chair), Berryhill, Calderon, Cannella, Correa, de León, Galgiani, Hernandez, Lieu and Padilla. Staff Director: Arthur Terzakis. Consultant: Paul Donahue. Assistant: Brenda K. Heiser. Phone: (916)651–1530. 1020 N Street, Room 584.

**Health**—(9)—Hernandez (Chair), Anderson (Vice Chair), Beall, de León, DeSaulnier, Monning, ... Pavley and Wolk. Staff Director: Melanie Moreno. Consultants: Scott Bain, Vincent D. Mar... Tanya Robinson-Taylor and Katie Trueworthy. Assistants: Dina Lucero and Alex Norring. ... (916)651–4111. Room 2191.

**Human Services**—(6)—Yee (Chair), Berryhill (Vice Chair), Emmerson, Evans, Liu and Wright. ... Consultant: Mareva Brown. Consultant: Sara Rogers. Assistant: Mark A. Teemer Jr. Phone: ...651–1524. 1020 N Street, Room 521.

WEDNESDAY, JUNE 26, 2013     9

## STANDING COMMITTEES OF THE SENATE

**Agriculture**—(5)—Galgiani (Chair), Cannella (Vice Chair), Berryhill, Lieu and Wolk. Consultant: Anne M. Megaro. Assistant: Jone McCarthy. Phone: (916)651-1508. 1020 N Street, Room 583.

**Appropriations**—(7)—de León (Chair), Walters (Vice Chair), Gaines, Hill, Lara, Padilla and Steinberg. Staff Director: Mark McKenzie. Consultants: Robert Ingenito, Marie Liu, Brendan McCarthy, Jolie Onodera, Maureen Ortiz and Jacqueline Wong-Hernandez. Assistants: Jennifer Douglas and Larissa Pitts. Phone: (916)651-4101. Room 2206.

**Banking and Financial Institutions**—(9)—Correa (Chair), Berryhill (Vice Chair), Beall, Calderon, Hill, Hueso, Roth, Torres and Walters. Staff Director: Eileen Newhall. Assistant: Rae Flores. Phone: (916)651-4102. Room 405.

**Budget and Fiscal Review**—(16)—Leno (Chair), Emmerson (Vice Chair), Anderson, Beall, Berryhill, Block, DeSaulnier, Hancock, Jackson, Monning, Nielsen, Price, Roth, Torres, Wright and Wyland. Staff Director: Keely Bosler. Deputy Staff Director: Mark Ibele. Consultants: Michelle Baass, Kim Connor, Catherine Freeman, Jennifer Troia, Joe Stephenshaw and Brady Van Engelen. Assistants: Glenda Higgins and Mary Teabo. Phone: (916)651-4103. Room 5019.

**Business, Professions and Economic Development**—(10)—Lieu (Chair), Emmerson (Vice Chair), Block, Corbett, Galgiani, Hernandez, Hill, Padilla, Wyland and Yee. Chief Consultant: Bill Gage. Consultants: G.V. Ayers, Le Ondra Clark and Sarah Mason. Assistant: Kathleen Sullivan. Phone: (916)651-4104. Room 2053.

**Education**—(9)—Liu (Chair), Wyland (Vice Chair), Block, Correa, Hancock, Hueso, Huff, Monning and Torres. Staff Director: Daniel Alvarez. Principal Consultants: Kathleen Chavira, Lenin Del Castillo and Lynn Lorber. Assistants: Barbara Montero and Vanessa Cisneros. Phone: (916)651-4105. Room 2083.

**Elections and Constitutional Amendments**—(5)—Torres (Chair), Anderson (Vice Chair), Hancock, Padilla and Yee. Chief Consultant: Darren Chesin. Consultant: Frances Tibon-Estoista. Assistant: Maria Lerma. Phone: (916)651-4106. Room 2203.

**Energy, Utilities and Communications**—(11)—Padilla (Chair), Fuller (Vice Chair), Cannella, Corbett, de León, DeSaulnier, Hill, Knight, Pavley, Wolk and Wright. Chief Consultant: Kellie Smith. Principal Consultant: Jacqueline Kinney. Assistant: Melanie Cain. Phone: (916)651-4107. Room 5046.

**Environmental Quality**—(9)—Hill (Chair), Gaines (Vice Chair), Calderon, Corbett, Fuller, Hancock, Jackson, Leno and Pavley. Chief Consultant: Rachel Machi Wagoner. Consultants: Rebecca Newhouse and Joanne Roy. Assistant: Sue Kumpulainen. Phone: (916)651-4108. Room 2205.

**Governance and Finance**—(7)—Wolk (Chair), Knight (Vice Chair), Beall, DeSaulnier, Emmerson, Hernandez and Liu. Staff Director: Gayle Miller. Consultants: George Austin, Toby Ewing, Colin Grinnell, Samantha Lui and Brian Weinberger. Assistants: Marisa Lanchester and Krimilda McKenzie. Phone: (916) 651-4119. Room 408.

—(11)—Wright (Chair), Nielsen (Vice Chair), Berryhill, Calderon,

DIAGRAM OF SENATE CHAMBER SHOWING MEMBERS AND SEATING ARRANGEMENT—2013–2014 REGULAR SESSION
Senatoris Est Civitatis Libertatem Tueri—It is the Duty of the Senators to Protect the Liberty of the People
ORDER OF BUSINESS
SENATE PUBLICATIONS

## STANDING COMMITTEES OF THE SENATE

**Agriculture**—(5)—Galgiani (Chair), Cannella (Vice Chair), Berryhill, Lieu and Wolk. Consultant: Anne M. Megaro. Assistant: Jone McCarthy. Phone: (916)651–1508. 1020 N Street, Room 583.

**Appropriations**—(7)—de León (Chair), Walters (Vice Chair), Gaines, Hill, Lara, Padilla and Steinberg. Staff Director: Mark McKenzie Consultants: Robert Ingenito, Marie Liu, Brendan McCarthy, Jolie Onodera, Maureen Ortiz and Jacqueline Wong–Hernandez. Assistants: Jennifer Douglas and Larissa Pitts. Phone: (916)651–4101. Room 2206.

**Banking and Financial Institutions**—(9)—Correa (Chair), Berryhill (Vice Chair), Beall, Calderon, Hill, Hueso, Roth, Torres and Vidak. Staff Director: Eileen Newhall. Assistant: Rae Flores. Phone: (916)651–4102. Room 405.

**Budget and Fiscal Review**—(16)—Leno (Chair), Emmerson (Vice Chair), Anderson, Beall, Berryhill, Block, DeSaulnier, Hancock, Jackson, Monning, Nielsen, Roth, Torres, Wright, Wyland and vacancy. Staff Director: Keely Bosler. Deputy Staff Director: Mark Ibele. Consultants: Michelle Baass, Kim Connor, Catherine Freeman, Jennifer Troia, Joe Stephenshaw and Brady Van Engelen. Assistants: Glenda Higgins and Mary Teabo. Phone: (916)651–4103. Room 5019.

**Business, Professions and Economic Development**—(10)—Lieu (Chair), Emmerson (Vice Chair), Block, Corbett, Galgiani, Hernandez, Hill, Padilla, Wyland and Yee. Chief Consultant: Bill Gage. Consultants: G.V. Ayers, Le Ondra Clark and Sarah Mason. Assistant: Kathleen Sullivan. Phone: (916)651–4104. Room 2053.

**Education**—(9)—Liu (Chair), Wyland (Vice Chair), Block, Correa, Hancock, Hueso, Huff, Monning and Torres. Staff Director: Daniel Alvarez. Principal Consultants: Kathleen Chavira, Lenin Del Castillo and Lynn Lorber. Assistants: Barbara Montero and Vanessa Cisneros. Phone: (916)651–4105. Room 2083.

**Elections and Constitutional Amendments**—(5)—Torres (Chair), Anderson (Vice Chair), Hancock, Padilla and Yee. Chief Consultant: Darren Chesin. Consultant: Frances Tibon–Estoista. Assistant: Maria Lerma. Phone: (916)651–4106. Room 2203.

**Energy, Utilities and Communications**—(11)—Padilla (Chair), Fuller (Vice Chair), Cannella, Corbett, de León, DeSaulnier, Hill, Knight, Pavley, Wolk and Wright. Chief Consultant: Kellie Smith. Principal Consultant: Jacqueline Kinney. Assistant: Melanie Cain. Phone: (916)651–4107. Room 5046.

**Environmental Quality**—(9)—Hill (Chair), Gaines (Vice Chair), Calderon, Corbett, Fuller, Hancock, Jackson, Leno and Pavley. Chief Consultant: Rachel Machi Wagoner. Consultants: Rebecca Newhouse and Joanne Roy. Assistant: Sue Kumpulainen. Phone: (916)651–4108. Room 2205.

**Governance and Finance**—(7)—Wolk (Chair), Knight (Vice Chair), Beall, DeSaulnier, Emmerson, Hernandez and Liu. Staff Director: Gayle Miller. Consultants: George Austin, Toby Ewing, Colin Grinnell, Samantha Lui and Brian Weinberger. Assistants: Marisa Lanchester and Krimilda McKenzie. Phone: (916) 651–4119. Room 408.

**Governmental Organization**—(11)—Wright (Chair), Vacant (Vice Chair), Berryhill, Calderon, Cannella, Correa, de León, Galgiani, Hernandez, Lieu and Padilla. Staff Director: Arthur Terzakis. Consultant: Paul Donahue. Assistant: Brenda K. Heiser. Phone: (916)651–1530. 1020 N Street, Room 584.

**Health**—(9)—Hernandez (Chair), Anderson (Vice Chair), Beall, de León, DeSaulnier, Monning, Nielsen, Pavley and Wolk. Staff Director: Melanie Moreno. Consultants: Scott Bain, Vincent D. Marchand, Tanya Robinson–Taylor and Katie Trueworthy. Assistants: Dina Lucero and Alex Norring. Phone (916)651–4111. Room 2191.

**Human Services**—(6)—Yee (Chair), Berryhill (Vice Chair), Emmerson, Evans, Liu and Wright. Chief Consultant: Mareva Brown. Consultant: Sara Rogers. Assistant: Mark A. Teemer Jr. Phone: (916)651–1524. 1020 N Street, Room 521.

OPENING COMPLAINT – San Francisco County Superior Court



OPENING COMPLAINT  -  San Francisco County Superior Court

.ııl AT&T LTE    5:37 PM    ⊙ ☑ 18%⎑
AA    🔒 mail.yahoo.com    ↻



**Congratulations on Scholarship**    ☆

canadag@uchastings.edu
To GAUSTiN07@YAHOO.COM
Apr 11, 2012 at 3:09 PM

Dear George,

Congratulations once again on your admission to the University of California Hastings College of the Law Class of 2015. **It gives me great pleasure to offer you a $15,000 Chancellor's Renewable Scholarship Award.** Based on your outstanding academic record and impressive accomplishments, I believe you are truly deserving of this award, which will amount to **$45,000** during your three years at Hastings.

🗑    ⬆    ➡    ⬅    •••
Delete  Move to  Forward  Reply  More

‹    ›    ⬆    📖    ❐

---

.ııl AT&T LTE    5:37 PM    ⊙ ☑ 18%⎑
AA    🔒 mail.yahoo.com    ↻

The Chancellor's Scholarship Award was established to help students of exceptional promise afford their legal education, and is Hastings' largest individual scholarship. While a demonstration of financial need is required for this scholarship, this award is renewable for up to six semesters as long as you continue to demonstrate need.

Please also keep in mind that this scholarship is given in addition to our general need based grants, which will become available beginning mid-March provided you promptly complete your FAFSA and Financial Aid Supplement. We anticipate awarding grants that will range between $7,500 and $11,500 this year.

🗑    ⬆    ➡    ⬅    •••
Delete  Move to  Forward  Reply  More

‹    ›    ⬆    📖    ❐

---

.ııl AT&T LTE    5:37 PM    ⊙ ☑ 17%⎑
AA    🔒 mail.yahoo.com    ↻



become available beginning mid-March provided you promptly complete your FAFSA and Financial Aid Supplement. We anticipate awarding grants that will range between $7,500 and $11,500 this year.

I look forward to welcoming you to the Hastings community this fall, and hope this scholarship award will make your years as a student and alum even more rewarding. If you have any questions, please contact me directly canadag@uchastings.edu.

Sincerely,

Greg Canada
Assistant Dean of Admissions

🗑    ⬆    ➡    ⬅    •••
Delete  Move to  Forward  Reply  More

‹    ›    ⬆    📖    ❐

-85-

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15
16
17
18
19
20
21
22
23
24
25
26
27
28



-86-

**OPENING COMPLAINT  -  San Francisco County Superior Court**



**OPENING COMPLAINT – San Francisco County Superior Court**







**OPENING COMPLAINT - San Francisco County Superior Court**

## Checkr

Report completed on Oct 14, 2021 11:15 PM UTC

Consumer Report for        Requestor Company                                Status
**George Jarvis Austin**    **ABC Legal Services**
gaustin07@berkeley.edu

California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

**Report Summary**

| | | |
|---|---|---|
| SSN Trace | Oct 12, 2021 | Complete |
| Sex Offender Search | Oct 12, 2021 | Complete |
| Global Watchlist Search | Oct 12, 2021 | Complete |
| National Search | Oct 12, 2021 | Complete |
| Federal Search | Oct 12, 2021 | Complete |
| County Searches | Oct 14, 2021 | Complete |



-89-

**OPENING COMPLAINT – San Francisco County Superior Court**



**Report information**

First name
George

Middle name
Jarvis

Last name
Austin

Date of birth
XXXX

Phone number
(209) 915-6304

Zipcode
95210

Email
gaustin07@berkeley.
edu

Social Security
Number
XXX-XX-

Driver license
-

Previous driver
licenses
-

Created at
Oct 12, 2021 9:40 AM
UTC

Completed at
Oct 14, 2021 11:15 PM
UTC

**SSN Trace**                                                    Complete

**Sex Offender Search**

**Global Watchlist Search**

**National Search**                                              Complete

**Federal Search**                                              Complete

**County Searches**

**San Joaquin, CA**

**District Of Columbia, DC**

## Checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com - (844) 824-3257

-90-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**∎⋯il AT&T  5G E**          **8:38 PM**          **32% ▭**

🔒 outlook.office.com          ↻

Microsoft Outlook
✕ Microsoft Corporation          OPEN
INSTALLED

< Inbox (99+)          ∧  ∨

Ashley Alejos
Fri 12/20/2019 3:57 PM

Show all 3 recipients

**To:** George Austin [C]; DeliveryVolunteers;...

Thank you so much for your kind note George. We appreciate your support and look forward to having you back!

George Austin [C]
Great to meet you & Thank you ...  12/20/2019

<  >          ⬆          📖          ❐

**OPENING COMPLAINT  –  San Francisco County Superior Court**

.11 AT&T 5G E          8:37 PM          32% 🔋

🔒 outlook.office.com          ↻

❌    Microsoft Outlook
     Microsoft Corporation          OPEN
     INSTALLED

< Inbox (99+)          ∧ ∨

# Paul Allen

Sat 12/28/2019 12:05 PM

**To:** George Austin [C];

Thanks so much George!  It was a great pleasure meeting you, sir.   Really appreciate your help and willingness to support our team! Seriously, we couldn't do it without you.

Really appreciate the notice, and yes if you're able to support at any time between 9:30 am—8:00 pm on the next four days, please don't hesitate to simply drop-by at any time!  Our team is in desperate need of great people such as yourself, and would love the support.  J

Thanks again!

-Paul

<    >    ⬆    📖    🗐

-93-



California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español claros y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.



**OPENING COMPLAINT  –  San Francisco County Superior Court**





**OPENING COMPLAINT  -  San Francisco County Superior Court**





**OPENING COMPLAINT  -  San Francisco County Superior Court**

TESLA

**Manual Timecard**

Payroll Department
Phone: 510-249-3520
Fax: 650-412-2541
E-mail: payroll@tesla.com

REQUIRED info below:

Print Employee Name :

Print Manager Name:

Employee Phone :

Cost Center :

Employee ID :

Reason for Manual TimeSheet(Required)

1. FORGOT TO PUNCH
2. BADGING ISSUES/ERRORS
3. COULD NOT ENTER HOURS ☑
4. PTO REQUEST NOT PAID
5. HOURLY TO SALARY CONVERSION

Use Military Time or enter AM/PM. Ex. 13:00 or 1:00 PM

different cost center/project code, please
(required field) will not be processed.

**OPENING COMPLAINT  –  San Francisco County Superior Court**

## Checkr

Report completed on Oct 14, 2021 11:15 PM UTC

Consumer Report for
**George Jarvis Austin**
gaustin07@berkeley.edu

Requestor Company
**ABC Legal Services**

Status


**California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.**

**Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.**

### Report Summary

| | | |
|---|---|---|
| SSN Trace | Oct. 12, 2021 | Complete |
| Sex Offender Search | Oct. 12, 2021 | Complete |
| Global Watchlist Search | Oct. 12, 2021 | Complete |
| National Search | Oct. 12, 2021 | Complete |
| Federal Search | Oct. 12, 2021 | Complete |
| County Searches | Oct. 14, 2021 | Complete |

**OPENING COMPLAINT  -  San Francisco County Superior Court**



**Report information**

| First name | Middle name | Last name | Date of birth |
|---|---|---|---|
| George | Jarvis | Austin | XXXX |

| Phone number | Zipcode | Email | Social Security Number |
|---|---|---|---|
| (209) 915-6304 | 95210 | gaustin07@berkeley.edu | XXX-XX- |

| Driver license | Previous driver licenses |
|---|---|
| - | - |

| Created at | Completed at |
|---|---|
| Oct 12, 2021 9:40 AM UTC | Oct 14, 2021 11:15 PM UTC |

**SSN Trace** — Complete

**Sex Offender Search** — Clear

**Global Watchlist Search** — Clear

**National Search** — Complete

**Federal Search** — Complete

**County Searches** — Clear

San Joaquin, CA — Clear

District Of Columbia, DC — Clear

## Checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com - (844) 824-3257

**OPENING COMPLAINT - San Francisco County Superior Court**

<u>COF won't self-correct from multiple formal complaints</u>

Mr. Austin called, faxed, formally complained, to COF repeatedly, over 50+ times. (*Exhibits A-I*).   COF *continues to deprive* his public accommodation rights to contracts on the same basis as Whites per their explicitly defined contractual duties-policy-provision (*Exhibits A-Z*).  COF has yet to self correct.

<u>COF's pattern-conduct changed once Mr. Austin 1. Identified himself as Black 2. Alerted COF of the merchant's fraudulent, defamatory per se, and discriminatory conduct because he is Black.</u>

Shortly after Mr. Austin 1. Identified himself as Black 2. Alerted COF of the merchant's disputed ongoing fraudulent, defamatory per se, and discriminatory conduct because he is Black COF's pattern, communication, attitude, and conduct changed toward Mr. Austin (*Exhibits A-Z*), almost making an immediate about face from publicly explained written contract provision, what was explained on the phone (in line with that written contract provision) to a. derogatory, b. insulting, and c. racial stereotype-slur using ( *"Black Brutes or Bucks"*- *"N\*gg\*r"* - *"Black Inferior"*" to deprive & demean Mr. Austin on 50+ occasions from *7.4.24 -7.4.25*.  Per *Nazir v. United Air Lines, Inc.* (2009) 178 Cal.App.4th 243 discrimination *"is a quintessential question of fact for the jury, which, among other things, "must be assessed from the perspective of a reasonable person belonging to the [plaintiff's] racial or ethnic group."*

***Before** **Mr. Austin 1. Identified himself as Black 2. Alerted COF of the merchant's disputed ongoing fraudulent, defamatory per se, and discriminatory conduct because he is Black*, COF **1.** openly communicated, and explained the typical process **2.** Previously completed the entire dispute process (so Mr. Austin knows first-hand how it is supposed to occur), **3.** confirmed receipt-acceptability of all dates-amounts of charges from the particular Merchant to be disputed, **4.** confirmed he all the disputes were in cue, and in process of going through the typical 10 step process for White COF customers **5.** informed: he will receive a portal document for each of the separate disputes with a specific reference number for each dispute, **6.** openly

welcomed Mr. Austin to dispute this, and asked if he had any other disputes that needed to be completed along with this series of charges from that merchant. (*Exhibits A-K*).  ***After Mr. Austin 1. Identified himself as Black 2. Alerted COF of the merchant's disputed ongoing fraudulent, defamatory per se, and discriminatory conduct because he is Black,*** *(through uploads self-description, photos-identification, etc.*) COF **1.** Hijacked the normal 10 step process, **2.** refused to contract as done with Similarly situated Whites on this portion of the contract provision,, **3.** deprived contract Rights, and failed to explain why they are presently advertising one thing, that all customers should expect, but practicing a discriminatory policy-procedure nor effectively communicating as to the sudden change in tone, approach, and standard publicly defined operating procedure. Credit card dispute process | Capital One Help Center ; www.capitalone.com/help-center/fraud-disputes/dispute-credit-charge/

Mr. Austin followed up, asked questions, faxed, called, complained, researched illegal COF's failures-of-duties, and contractual breach, per their own precisely stated contract-policies.  In the abundance of caution Mr. Austin resent all required information for the dispute, along with direct request for contracting in the same way as similarly situated White COF customers for this contract provision at least 40+ additional times between 7.4.24-7.4.25. (*Exhibit A-K*). Aware that *COF 1. had broken their explicit, precise, contract-word* (*www.capitalone.com/help-center/fraud-disputes/dispute-credit-charge/*), *2. shifted their conduct after discovering Mr. Austin is Black, and 3. chose to aid, and abet, and rely on derogatory racial epithets-slurs usage as basis for disparate treatment of Black customers, like Mr. Austin,* Mr. Austin became more diligent.*(Exhibit A-K).*      Per Capital One's own public-statements, *'but for'* Mr. Austin's race he would have received contracting in the same way as similarly situated Whites, per the typical 10 step process for White COF customers. *(Exhibits A-Z).*

COF doesn't hide, and readily admits, their repeated animus toward Mr. Austin, IN WRITING *(although they should be ashamed). (Exhibits A-Z)*  Per the California Supreme

Court's *Bailey v. San Francisco District Attorney's Office*, *"The objective severity of [discrimination] should be judged from the perspective of a reasonable person in the plaintiff's position"* and thus Mr. Austin began the facts section with key background, biographical, and contextual information, to show, and make clear, Why COF's discriminatory treatment-conduct is so extremely offensive to Mr. Austin, specifically as a Black man in this context. (Exhibits A-Z) Further, COF's conduct would be considered extreme, and insulting, for any *"reasonable person"* in Mr. Austin's shoes as COF repeatedly violates-fails the absolute bare 'minimum standards' for any COF customer *www.capitalone.com/help-center/ fraud-disputes/dispute-credit-charge/* let alone for similarly situated *Whites. Bailey v. San Francisco District Attorney's Office,* No. S265223, 2024 WL 3561569 (Cal. July 29, 2024):

> "...The objective severity of [discrimination] should be judged from the perspective of a reasonable person in the plaintiff's position. (Miller, supra, 36 Cal.4th at p. 462, 30 Cal.Rptr.3d 797, 115 P.3d 77; Oncale v. Sundowner Offshore Services, Inc. (1998) 523 U.S. 75, 78, 118 S.Ct. 998, 140 L.Ed.2d 201 (Oncale).) We acknowledge, as has the Ninth Circuit before us, that "[r]acially motivated comments or actions may appear innocent or only mildly offensive to one who is not a member of the targeted group," but "intolerably abusive or threatening when understood from the perspective of a plaintiff who is a member of the targeted group." (McGinest v. GTE Service Corp. (9th Cir. 2004) 360 F.3d 1103, 1116 (McGinest).) We must therefore consider allegations of [racial discrimination] "from the perspective of a reasonable person belonging to the racial or ethnic group of the plaintiff." (Id. at p. 1115; accord, Nazir v. United Airlines, Inc. (2009) 178 Cal.App.4th 243, 264, 100 Cal.Rptr.3d 296 (Nazir).) This allows us to "recognize forms of discrimination that are real and hurtful, and yet may be overlooked if considered solely from the perspective of an adjudicator belonging to a different group than the plaintiff." (McGinest, at p. 1116.).."

*Bailey v. San Francisco District Attorney's Office,* and a host of other controlling precedent, makes clear *"a single racial epithet can be so offensive it gives rise to a triable issue of actionable [discrimination]... ..We join the chorus of other courts in acknowledging the odious and injurious nature of the N-word in particular, as well as other unambiguous racial epithets."* **COF breaks normal, publicly defined, contractual duties, policy-protocol-procedures just to repeatedly, egregiously, and overtly, be racist-discriminatory against Mr. Austin.** (Exhibits A-Z)

-103-

**OPENING COMPLAINT - San Francisco County Superior Court**

<u>Mr. Austin conducted due diligence-research</u>

Over a multi-year, multi-incident, multi-layered due diligence with Capital One *(Exhibits A-Z)* COF told me repeatedly in word & deed that Mr. Austin's race was the reason for COF's refusal to contract with Mr. Austin in the same way as similarly situated Whites.   Mr. Austin's due diligence included asking, faxing, calling, inquiring, complaining, researching, reading everything on Capital One's website, & within Capital One's customer portals, and speaking with likely over 100+ agents total over a multi-year timeframe.

Mr. Austin's Due diligence shows 1. Typical COF's dispute contract provision process for Whites <u>Credit card dispute process</u> is approximately ten steps **2.** Failure of steps 3-10, hijacking the process, illuminates disparate-derogatory treatment toward Mr. Austin **3.** COF deprived contract rights 50+ times between 7.4.24-7.4.25, **4.** COFs deprivations were intentional, despite confirming receipt of all required information  **5.** COF's adverse acts were based on Self admitted derogatory racist stereotypes *"<u>Black Inferior</u>"- "<u>N\*gg\*r</u>"- "<u>Black Brute</u> -<u>Buck</u> "* shown in word, and deeds. *(Exhibits A-Z).*  COF shows at least 8 forms of animus. COF's statements and conduct, taken in whole, are even more *pernicious* as they admit and apparently think either **1.** Mr. Austin can't read because he is Black or **2.** that CA laws-contract don't apply to him (i.e. No Unruh, No Equal Protection, no 1981 rights, etc.) because he is Black. *(Exhibits A-Z).*

### At least Eight (8) types of COF Demonstrated Animus

### 1. Subjecting to a different-inferior process, policy-procedure

COF's first demonstrated type of racial animus is subjecting Mr. Austin to a *'different-inferior'*, contract making process-policy-procedure to exclude Mr. Austin as *compared to similarly situated Whites* (50+ separate times).  Per <u>*Koire v. Metro Car Wash,*</u> complete exclusion is not required for liability to ensue, subjecting Black customers to inferior policies-procedures triggers liability whereas *"Courts ... repeatedly held ... Unruh ... [applies to] unequal treatment [like] when [B]lacks were allowed to enter business establishments but were*

-104-

1    *restricted to certain portions of the premises .... [like] [B]lack ticketholders admitted to theatre*

2    *but restricted to seating in segregated section [or] ...[B]lack ticketholders admitted to racetrack*

3    *but denied clubhouse seating..." (Exhibits A-K).*

4    COF is treating him as an inferior **1.** per COF's explicit contract instructions on what to

5    expect with 50+ discrete adverse refusals-actions between 7.4.24-7.4.25, **2.** for the exact set of

6    contractual duties explicitly told to expect being done by COF, **3.** because he is a Black male (*as*

7    *compared to the similarly situated Whites, who **a.** suffer no adverse actions **b.** Receive promised*

8    *contractual promises-duties **c.** experience COF conduct that confirms to CA legal*

9    *requirements.*  When Mr. Austin a Black or African American COF customer in contract,

10   seeking to contract according to precisely defined COF duties, and instructions, received COF

11   written confirmation *(Exhibits -G)*, COF refused to contract in the same way as they do to

12   Whites because he was African-American or Black.

13   COF's typical <u>Credit card dispute process-policy</u> for White similarly situated customers

14   includes **1.** Receiving the initial customer's dispute via mobile app, or website, or via phone if

15   more than 90 days (*or if prefers phone*) **2.** written confirmation of receipt by COF  **3.** written

16   explanation of the next steps: what to expect in the dispute process **4.** Communication with the

17   merchant by COF acting as the go between and alerting the Merchant of disputes contents  **5.**

18   Time allowance for merchant to respond to dispute **6.** Merchant's potential response **7.** COF

19   alerting customer if  merchant's response is substantive-sufficient then **8.**  COF provides

20   customer an opportunity to respond with specific needed information typically specified by

21   COF  **9.** dispute in favor of the customer if customer response addresses the merchant response,

22   or goes in favor of the merchant if does not per COF **10.**  Resolution, either way per the

23   predefined written process. For Black customers like Mr. Austin, COF fails their own precisely

24   defined duties egregiously, and obviously, as steps 3.-10 were *completely skipped,* and each of

25   the corresponding COF duties (as described above per each step), was breached-violated *(Exhibit*

-105-

**OPENING COMPLAINT - San Francisco County Superior Court**

*A-K).*  COF just decided to deceive, defraud, discriminate against and lie to Mr. Austin because Mr. Austin is Black citing 60 days as the limit when the contract provision does not even reference 60 days, it cites 90 days.  90 days is only a convenience to be able to file the dispute via the app, or website, *not as a  limitation as COF says explicitly: "you may file a dispute at any time ....."*  (Exhibit A-G).

COF admits Mr. Austin, as a COF customer a. is owed contract provision process, "anytime", b. did exactly what contract provision instructs in writing, c. received initial COF verbal and written confirmation all required information for the process was provided by Mr. Austin *.(Exhibits A-Z)* Yet, COF fails every policy outlined above because Mr. Austin is Black. Mr. Austin sought to be treated the same way as typical policy for Whites.  However, COF treats Blacks the exact opposite with 1. outright exclusion via "relic of slavery" policy 2. refusal to contract the same as Whites 3. Use of derogatory anti-Black epithets-slurs *(Exhibits A-Z).*  COF's first form of animus shows via COF's anti-Black extreme exclusionary policy *(willing to lie about contract provision while simultaneously publicly advertising that they are lying per the advertise provision)*, and subjecting Mr. Austin to a different policy as compared to similarly situated Whites, as California Supreme Court's *Koire v. Metro Car Wash* explains: *"Contrary to defendants' assertions, the scope of the Unruh Act is not narrowly limited to practices which totally exclude classes or individuals from business establishments."*

### 2. Excluding, Denigrating, Segregating

COF's second demonstrated type of racial animus is via excluding, denigrating, and segregating, Mr. Austin along with extreme per se violations of <u>CA Civ Code contract sections 1638-44</u> & explicit, publicly defined, COF <u>Credit card dispute process</u> contract provisions per **a.** *<u>CA Civ. Code 1638</u> "The language of a contract is to govern its interpretation, if the language is clear and explicit..."* **b.** *<u>CA Civ. Code 1639</u> "When a contract is reduced to writing, the*

**OPENING COMPLAINT - San Francisco County Superior Court**

*intention of the parties is to be ascertained from the writing alone...*" **c.** *CA Civ. Code 1644* "

*the words of a contract are to be understood in their ordinary and popular sense* **d.** *CACI 300-*

*303 Jury Instructions,* **e.** *1 Witkin, Summary of California Law (10th ed. 2005) Contracts,  § 847*

whereas *"a breach is the result of an intentional act, but negligent performance may also*

*constitute a breach, giving rise to alternative contract and tort actions..."* and **f.** *Koire v. Metro*

*Car Wash,* whereas *"Courts ... repeatedly held ... Unruh ... [applies to] unequal treatment*

*[like] when [B]lacks were allowed to enter business establishments but were restricted to certain*

*portions of the premises.... [like] [B]lack ticketholders admitted to theatre but restricted to*

*seating in segregated section..."* Yet, COF's outright refusal to make contract (at the same time

of the segregated contract provision treatment) is akin to the most extreme type of racial-

discriminatory conduct whereas per White v. Square, all that's required for Unruh standing is

encountering *"exclusionary policy"*... *"on the basis of the person's membership in a protected*

*category."* COF outright excludes Mr. Austin from the precisely, publicly, defined, and

explained contract provision : *showing extreme animus.*

### 3. Per Se violations of *fraud-deceit statutes*

COF's third type of animus is tied not just to COF's violations of their publicly defined contract

standards with similarly situated Whites, but also *Per se violations of fraud-deceit*

*statute.* *(Exhibits A-Z)* COF violates these very basic minimum statutory standards just to 1.

Discriminate against Mr. Austin providing inferior service, and subjecting to inferior contractual

rights, and 2. Willfully-Knowingly aid and abet a merchant's or companies defamatory per se

statements, and actions, directly harming Mr. Austin.  Capital One not only has the ability to

correct just by doing their own written self described contract duty (as Mr. Austin requested 50+

separate times), but the duty to so per Unruh, contractual, and other non-discrimination

requirements showing extreme animus and malice toward Mr. Austin.  *(Exhibits A-Z)*

**OPENING COMPLAINT - San Francisco County Superior Court**

## 4. Use of false, derogatory racial stereotypes-slurs

COF's fourth demonstrated type of racial animus is evidenced in COF's admitted direct use of false, *but widely recognized*, anti-Black derogatory racial stereotypes-slurs epithets, *"Black Brute"*- *"N*gg*r"* - *"Black Inferior".* and and aiding and abetting the disputed Merchant's use of, *"Black Criminal"* *"Black Brute"*- *"N*gg*r"* slur-epithets against Mr. Austin to 1. deprive his right to contract in the same way as Whites 2.create stigma plus adverse acts-harms, and 3. Attempt to distract from COF's per se failures of duties owed Mr. Austin.  For both Finance Companies-Banks, and Insurers, use of derogatory anti-Black, racist stereotypes for Exploitative purposes, to profit due to Black pain is not new, and part of a long sordid history. *(Exhibits A-Z)*  For COF it appears *old habits die hard, or not at all*, as segregationists segregate, and haters hate.  Financiers-Banks-Insurers use of anti-Black derogatory stereotypes in Financiers is well documented *(Exhibits A-Z)*    The process should be the same regardless of race, but COF went out of its way via words, and subsequent conduct to not only fails its duties owed Mr. Austin per publicly defined-advertised contractual provisions, but simultaneously calls Mr. Austin *"Black Brute"*- *"N*gg*r"* - *"Black Inferior"* See e.g. <u>Bailey v. San Francisco District Attorney's Office,</u>

> *"..."a single racial epithet can be so offensive it gives rise to a triable issue of actionable [discrimination]"...*
>
> *.... In Boyer-Liberto, for example, .... "two uses of the 'porch monkey' epithet — whether viewed as a single incident or as a pair of discrete instances of [discrimination] — were severe enough to engender a [discriminatory] ... environment." .... the "chosen slur" was "about as odious as the use of the '[N-word].' ".... "Far more than a 'mere offensive utterance,' the '[N-word]' is pure anathema to African-Americans." .....*

**OPENING COMPLAINT  -  San Francisco County Superior Court**

*....... "It is beyond question that the use of the '[N-word]' is highly offensive and demeaning, evoking a history of racial violence, brutality, and subordination." (McGinest, .... We join the chorus of other courts in acknowledging the odious and injurious nature of the N-word in particular, as well as other unambiguous racial epithets. (See Alcorn.... [observing... "particularly abusive and insulting" nature of the N-word]..."*

During enslavement period it was illegal for enslaved Black People to **1.** Read **2.** Assert their full humanity, and Constitutional & States rights **3.** Defend oneself, ones family, or one's property from racial abuse by Whites **4.** Vote, **5.** Assert oneself politically, socially, or economically. All was seen as a threat to false idols of White Supremacy.(*Exhibits A-Z*) COFs use of *"Black Criminal or Inferior"*- *"Black Brute or Buck"*- *"N\*gg\*r"* racial epithets are not only well known, prohibited, derogatory stereotypes-slurs epithets-caricatures, particularly against Black men, but reflect a *White supremacist, enslaver, segregationist,* mindset hell bent on denigrating Blacks, like Mr. Austin (even if they have to lie, and aid and abet fraud-defamation to do so). (*Exhibits G-Z*) COF's usage, aiding and abetting usage, creates instant stigma-harm, especially when combined with deprivations- -refusals of service, customer contracts, and public accommodation. *" 'The use of the "[N-word]" automatically separates the person addressed from every non-black person; this is discrimination per se.' " Rodgers v. Western-Southern Life Ins. Co.* , quoting *Bailey v. Binyon*

Per *303 Creative LLC v. Elenis*, (a public Accommodation business'] 1. *"services "[cannot be] refused, withheld from, or denied,"* 2. cannot make *"an individual ... unwelcome"* 3. *"may not refuse to serve customers based on race [or derogatory stereotypes], .. [Nor].. hang a sign that says, "No Blacks")*. Per *Lombard v. Louisiana,* similar to *White v. Square* it is equally illegal to have an invisible "No Blacks" sign or policy to practice a segregationist policy against Black claimants. Per *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.,* COF's conduct a. treats Blacks as 'inferior' or 'less worthy' (*presuming derogatory stereotypes-epithets to deprive contract provision*), b. treats

**OPENING COMPLAINT - San Francisco County Superior Court**

1    Whites as 'superior' or more worthy *while presuming derogatory stereotypes for Blacks, like Mr.*

2    *Austin, to deprive* is doubly offensive to the Constitution of the United States because COF's

3    *"systems ... fail to comply with the Equal Protection Clause's [co-existent with 1981's &*

4    *[Unruh's]) twin commands that race may never be used as a "negative" and that it may not*

5    *operate as a [derogatory] stereotype...."* COF's contract provision structures *"are zero-sum,*

6    *and a benefit provided to some"* whereas Whites are presumed 'superior' or more worthy *"but*

7    *not to others necessarily advantages the former at the expense of the latter... Such stereotyping*

8    *can only "cause[] continued hurt and injury"*

9

10       <u>COF's conduct & use of slurs caricatures are rooted in "N\*gg\*r" epithet.</u>

11   <u>N\*gg\*r-Caricature-Anti-Black-Imagery-Jim…Crow Museum;</u>
     (...jimcrowmuseum.ferris.edu/caricature/homepage.htm....)

12       "....There is a direct and strong link between the word *n\*gg\*r* and anti-Black caricatures.
         …it is usually directed against Black people ….

13
         …The Brute caricature depicts Black men as angry, physically strong, animalistic, and
14       prone to wanton violence [and criminality]....

15       ... *N\*gg\*r* may be viewed as an umbrella term - a way of saying that Black people have
         the negative characteristics of the Coon, Buck, Tom, Mammy, Sambo, Picaninny, and
16       other anti-Black caricatures. *N\*gg\*r*, **like the caricatures it encompasses and implies,
         belittles Black people, and [attempts to] rationaliz[e] their mistreatment....**"

17
     <u>**Stereotypes of African Americans - Wikipedia**</u>
18   ( ....en.wikipedia.org/wiki/Stereotypes_of_African_Americans....)
         "...The Mandingo is a stereotype of a sexually insatiable Black man, invented by White
19       [enslavers] to advance the idea that Black people were not civilized but rather
         "animalistic" by nature…..
20
         …The supposedly inherent physical strength, agility, and breeding abilities of Black men
21       were lauded by white enslavers and auctioneers in order to promote the [en]slave[d
         persons] they [*entrapped, stole, tortured, and sold*].....
22
         …Since then, the **'Mandingo'-['Brute' - 'Buck']** stereotype has been used to socially
23       and legally justify spinning instances of interracial affairs between Black men and White
         women into tales of uncontrollable and largely one-sided lust ….
24
         …This stereotype has also sometimes been conflated with the 'Black brute' or 'Black
25       buck' stereotype, painting the picture of an 'untameable' Black man with voracious,
         violent sexual urges ….
26
         …**The term 'Mandingo' is a corrupted word for the Mandinka peoples of West
27       Africa,** presently populating Mali, Guinea, and the Gambia….

28

                                        -110-

....in recent history, Black men are stereotyped as being deadbeat fathers and dangerous criminals.....There is a frequent stereotype in America that African Americans are frequently stereotyped as being hypersexual, athletic, uncivilized, uneducated and violent.

....Stereotypes of African Americans are misleading beliefs about the culture of people with partial or total ancestry from any Black racial groups of Africa whose ancestors resided in the United States since before 1865. These stereotypes are largely connected to the racism and the
discrimination faced by African Americans. These beliefs date back to the slavery of Black people during the colonial era and they have evolved within American society over time....

....The first significant display of stereotypes of African Americans was in the form of minstrel shows. Minstrel shows boomed at the beginning in the nineteenth century; these shows were theatrical plays that used white actors who performed in blackface and wore torn attire to portray African Americans in order to **lampoon and disparage Black communities**...

Throughout history, more stereotypes became popular to dehumanize African American communities further....

.... nineteenth century stereotypes, such as the sambo, are now considered to be derogatory and racist. The "Mandingo" and "Jezebel" stereotypes portray African-Americans as hypersexual...

...Black brutes or Black bucks are stereotypes for Black men, who are generally depicted as being highly prone to behavior that is violent and inhuman. They are portrayed as hideous, terrifying predators who target helpless victims, especially white women.....

.....In the post-Reconstruction United States, **"Black buck" was a racial slur for Black men** who refused to bend to the law of White [Supremacy] and were seen as irredeemably violent, rude, and lecherous....."

As an interesting historical aside Mansa Musa, a West African Black man, is the richest person who ever lived (*originating in the region described above of the Mandinka peoples of West Africa, presently populating Mali, Guinea, Gambia, etc.*).  But, beyond Mansa Musa's vast wealth, in the 1300s, his reputation-character is sung about in the history books, *even by his enemies*, for being both generous, and one of the most noble rulers of his time.  At the time he donated-gave so much (gold and valuables) that it disrupted the markets of Europe & Mali's continental direct trading partners. *(Exhibits O-S)*

-111-

**OPENING COMPLAINT - San Francisco County Superior Court**





**OPENING COMPLAINT – San Francisco County Superior Court**

(23 years ago, in 2002) Nas creatively articulates this tragic, exploitative, murderous, and genocidal experience of Black peoples in *I Can* : *"Be – be–fore we came to this country .... We were kings and queens, never porch monkeys .... There was empires in Africa called Kush; Timbuktu, where every race came to get books .... To learn from Black teachers, who taught Greeks and Romans; Asians, Arabs, and gave them gold, when Gold was converted to money, it all changed....They heard about the gold, the teachings, and everything sacred; Africa was almost robbed naked; Slavery was money, so they began making slave ships..."*

Who Are the Mandinka?|HISTORY

"…The Mandinka (also known as the Mandingo and Malinke, among other names) are a West African people spread across parts of Guinea, Ivory Coast, Mali, Senegal, the Gambia and Guinea-Bissau.

....the Mandinka are the best-known ethnic group of the Mande peoples, all of whom speak different dialects of the Mande language. They are descendants of the great Mali Empire that flourished in West Africa from the 13th through the 16th centuries.

Beginning in the 16th century, …….Mandinka were captured, enslaved and shipped to the Americas. Of the …. Africans who landed in America as a result of the slave trade, historians believe….24 percent…. were Senegambians, from the region of West Africa comprising the Senegal and Gambia Rivers and the land between them; many were Mandinka and Bambara (another Mande ethnic group).

In the 20th century, the author Alex Haley made the Mandinka famous [in the US] when he traced his "Roots" back to the village of Juffure in the Gambia, where his great-great-great-great-grandfather, Kunta Kinte, was captured and sold into slavery in the United States……"

The Black Holocaust …..| The Lynching Sites Project of Memphis

""The total number of [enslaved Black People] imported is not known. It is estimated that nearly **900,000** came to America in the 16th Century, **2.75 million** in the 17th Century, **7 million** in the 18th, and over **4 million** in the 19th – perhaps 15 million in total. Probably every [en-slaved person] imported represented, on average, five corpses in Africa or on the high seas. The American slave trade, therefore, meant the elimination of **at least 60 million** Africans from their fatherland."

**OPENING COMPLAINT - San Francisco County Superior Court**

<u>What is the Black Holocaust? - America's Black Holocaust Museum</u>
The four hundred-year history of captured Africans ... Holocaust.... include:
- Dehumanization and vilification
- Forced marches and migrations
- Slave (forced, unpaid) labor
- Stolen property
- Mass incarceration
- Torture;    Medical experimentation
- Discrimination in law and custom
- Ethnic cleansing (race riots, pogroms)
- Lynchings and other forms of terrorism
- Mass murder
- Long-lasting psychological effects (Post-Traumatic Stress Disorder) on survivors – and their descendants.

As <u>*Stereotypes of African Americans - Wikipedia*</u> explained above *"<u>Black Brutes</u> or <u>Bucks</u>"* are targeted-racist-propagandist racial slurs particularly for Black men who have self-respect, and refuse White Supremacy, Black inferiority, and racist abuse.  Although, these racist slurs-caricatures gained prominence during the Reconstruction Era, after the Civil War, and enshrinement of the 13th, 14th, and 15th Amendments, because Black men and women, asserted their rights, in a public fashion, after decades and centuries of De Jure subjugation, and racist abuse, the roots of these epithets emerged during the enslavement period.  The derogatory fear embedded in the *"<u>Black Brute</u> or <u>Buck</u>"* stereotype is carefully crafted racist propaganda which seeks to subvert the very healthy urge in every human being, including Black men (and woman), to stand up for themselves, and what's right, by any means necessary against evil forces seeking to disempower, subjugate, disenfranchise, enslave, racially abuse, or ultimately murder the spirit, or body, of a person.  This propagandist stereotype-caricature-slur is geared primarily at Black men (with variations applied to Black women), who stand up, and take action, against racist abuse.  This slur attempts to justify the abuse itself, and convert strength, self-knowledge, wisdom, and healthy assertiveness-self-defense (*i.e. a lawsuit, political, legal or economic, or other needed actions based on context*), into weakness, fear, self-doubt, docile ignorance, and foolishness by preemptively criminalizing God given rights (*when Black men assert them for their own, and Black people's own, benefit*).

-114-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

1    **"Cinque** : Ens. : [ Covey translating for Cinque in Mende]  You are a chief.
**President John Quincy Adams** : I was a chief. Yes….

2    **Cinque** : [in Mende]  Is he going to help? He has far many more questions than answers….

3    **President John Quincy Adams**: Cinque, look. I'm being honest with you. Anything less would be disrespectful…

4    **Cinque:** (speaking in Mende / Ens. Covey translating) We won't be going in there alone.
**President John Quincy Adams**: Alone? Indeed not. We have right at our side. We have righteousness at our side.

5    We have Mr Baldwin over there.

6    **Cinque:** (speaking in Mende / Ens. Covey translating) I meant my ancestors. I will call into the past, far back to the
beginning of time….. I will reach back and draw them into me. And they must come, for at this moment, I am the

7    whole reason they have existed at all." https://m.youtube.com/watch?v=y8Jkls3xgvg

8      -   **Cinque (Djimon Hounsou) and President John Quincy Adams (Anthony Hopkins) conversation
before winning Supreme Court Argument, and Case:** *The United States v. the Amistad, 40 U.S. 518
(1841), Amistad,* **Movie by Steven Spielberg**

9

10    The Sixth US President - John Quincy Adams (*only 1 of 2 non enslaver early US presidents*) -

11   highlights this very point, in his own way, while arguing before the *pre-Civil War, pre-*

12   *Reconstruction Amendments*, US Supreme Court in defense of Cinque, and the other captured,

13   tortured, and enslaved Mende (Mandinka) "Africans", who mutinied the *La Amistad* slave

14   ship,  fought back, *as Freedom fighters should do*, when enslavers attempted to put them into

15   American Slavery, and the Enslavement phase of the <u>*Black Holocaust*</u> (*Exhibit Q-T*).  In that

16   context, President Adams, argued that Cinque, and other enslaved Mende people, were free men

17   who had been illegally captured and sold into slavery, and not only were right in taking over the

18   ship, and doing whatever was necessary to do so (provided the context), ultimately freeing

19   themselves, but their actions were aligned, and in the very Spirit of the foundation of the United

20   States *"founded on the great principles of the Revolution, as proclaimed in the Declaration of*

21   *Independence."* See <u>*The United States v. the Amistad.*</u>

22

23   *"…The case was argued for the United States, by Mr. Gilpin, the Attorney General, and by Mr.
Baldwin, and Mr. [President John Quincy] Adams…*

24

25   *…This case is not only one of deep interest in itself, as affecting the destiny of the unfortunate
Africans, whom I represent, but it involves considerations deeply affecting our national
character in the eyes of the whole civilized world, as well as questions of power on the part of*

26   *the government of the United States, which are regarded with anxiety and alarm by a large
portion of our citizens.*

27

28

**OPENING COMPLAINT - San Francisco County Superior Court**

1    *It presents, for the first time, the question whether that government, which was established for
2    the promotion of JUSTICE, which was founded on the great principles of the Revolution, as
3    proclaimed in the Declaration of Independence, can, consistently with the genius of our
      institutions, become a party to proceedings for the enslavement of human beings cast upon our
4    shores, and found in the condition of freemen within the territorial limits of a FREE AND
      SOVEREIGN STATE?....*

5    *The Constitution as it now stands will be searched in vain for an expression recognising
      human beings as merchandise or legitimate subjects of commerce. In the case of New York v.
6    Miln, 11 Peters, 104. 136, Judge Barbour, in giving the opinion of the Court, expressly
      declares, in reference to the power "to regulate commerce" conferred on Congress by
7    the Constitution, that "**persons are not the subjects of commerce.**"....*

8    *....The United States, as a nation, is to be regarded as a free state. And all
9    men **being presumptively free .....**"*

10                    COF's Conduct is akin to Calling Mr. Austin a "N*gg*r" 50+ times.

11            COF's per se illegal, extremely harmful, ongoing, targeted anti-Black segregationist (*or

12   its enslaver forefather*), Klu Klux Klanner, "**relic of slavery**" policy-conduct (per *BELL v.*

13   *MARYLAND*)  toward Mr. Austin is *akin* to calling Mr. Austin a "n*gg*r" (www.dictionary.com

14   /browse/n*gg*r) or 'n-word' each time they utilize derogatory stereotypes-slurs to deprive.   In

15   *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*,  it was alleged that
16
17   student applicants of different races were treated differently, *derogatorily differently*, because of

18   race in the application process whereas the majority opinions emphasized that use of

19   "derogatory" racial stereotypes are prohibited, as per se illegal, under Equal Protection, and

20   1981, coextensively.  The 2023 US Supreme Court's majority in *Students for Fair Admissions,*

21   *Inc.* makes clear utilizing one policy for one race, and another policy for a different race, that

22   treats either as superior or inferior, is prohibited. COF, especially as a public accommodation

23   business expressly violates the standards expressed by both the *Students for Fair Admissions,*
24
25   *Inc. v. President & Fellows of Harvard Coll.* majority, and dissenting, opinions.

26   Similarly, Mr. Austin, meeting all requirements for making contract, receiving service from

27   public accommodation business, was 1. subjected to an inferior contract policy (as compared to

28   Whites) 2. treated derogatorily differently by COF 3. mis-treated based on derogatory *"Black*

-116-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

*Brutes* or *Bucks*"- "*N\*gg\*r*" - "*Black Inferior or Criminal*" racial stereotypes 4. completely excluded from contract provision because of those very stereotypes-slurs. In fact, COF is so *racist* they go out of their way, breaking normal, explicitly defined, public, contract policy-procedure just to call Mr. Austin a "*N\*gg\*r*", and deprive his rights, over 50+ occasions *7.4.24-7.4.25*. See N\*GG\*R Definition (www.dictionary.com/browse/n\*gg\*r) ;

*Monteiro v. the Tempe Union High School Dist.* :

> "....alleged that her ... daughter and other similarly situated African-American students attended a school where they were called "n\*gg\*rs" by [W]hite children, ....

> ...It does not take an educational psychologist to conclude that being referred to by one's peers by the most noxious racial epithet in the contemporary American lexicon, being shamed and humiliated on the basis of one's race, and having the school authorities ignore or reject one's complaints would adversely affect a Black child's ability to obtain the same benefit .... as ... white counterparts...."

; *Bailey v. San Francisco District Attorney's Office*,

> "... we begin in a place of agreement with the Court of Appeal: "a single racial epithet can be so offensive it gives rise to a triable issue of actionable [discrimination]."

> Identifying the types of isolated incidents that may create a [discriminatory] environment ... courts have recognized that use of "an unambiguous racial epithet such as the 'N-word' " may suffice. (EEOC Compliance Manual, supra, at p. 15–37 & fn. 130, citing Spriggs v. Diamond Auto Glass (4th Cir. 2001) 242 F.3d 179, 185 (Spriggs); see also Woods v. Cantrell (5th Cir. 2022) 29 F.4th 284, 285 (Woods)

> ... "two uses of the 'porch monkey' epithet — whether viewed as a single incident or as a pair of discrete instances of harassment — [is] severe enough to engender a [discriminatory] environment." (Boyer-Liberto, supra, 786 F.3d at p. 280.) ....the "chosen slur" was "about as odious as the use of the '[N-word].' " (Ibid.) "Far more than a 'mere offensive utterance,' the '[N-word]' is pure anathema to African-Americans." (Spriggs, supra, 242 F.3d at p. 185.) "It is beyond question that the use of the '[N-word]' is highly offensive and demeaning, evoking a history of racial violence, brutality, and subordination." (McGinest, supra, 360 F.3d at p. 1116.)...

> ...We join the chorus of other courts in acknowledging the odious and injurious nature of the N-word in particular, as well as other unambiguous racial epithets. (See Alcorn v. Anbro Engineering, Inc. (1970) 2 Cal.3d 493, 498, fn. 4, 86 Cal.Rptr. 88, 468 P.2d 216 [observing the "particularly abusive and insulting" nature of the N-word]; see also Eisenstadt, The N-Word at Work: Contextualizing Language in the Workplace (2012) 33 Berkeley J. Emp. & Lab. L. 299, 316 [the experience of being called the N-word is " 'like receiving a slap in the face' "; the " 'injury is instantaneous' "].)...

-117-

**OPENING COMPLAINT - San Francisco County Superior Court**

*...The N-word carries with it, not just the stab of present insult, but the stinging barbs of history, which catch and tear at the psyche the way thorns tear at the skin. (See McGinest, supra, 360 F.3d at p. 1116 [the N-word evokes "a history of racial violence, brutality, & subordination"]...*

*....Far from "a mere offensive utterance" (Harris, supra, 510 U.S. at p. 23, 114 S.Ct. 367), this slur may be intrinsically "humiliating"...."*

As California Supreme Court's 1. *Bailey v. San Francisco District Attorney's Office* & Ninth Circuit's 2. *Monteiro* 3. *McGinest* and separately 4. *The Jim Crow museum*, (and *Exhibits G-Z*). describes those derogatory *"Black Brutes or Bucks"- "N*gg*r" - "Black Inferior"* racial stereotypes-caricatures epithets, slurs, are particularly offensive to any *reasonable* Black man. The 1. demeaning labeling, & 2. extreme discriminatory exclusionary conduct (outright contract refusal) creates instant *stigma* for the victim *"Because "discrimination itself . . . can cause serious non-economic injuries to those persons who are denied equal treatment solely because of their membership in a disfavored group."* See White v. Square (*quoting 1984 Supreme Court's Heckler v. Mathews, paying homage to Brown v. Board-of-Education*); COF's *illogical* racially abusive-racist conduct is like smearing feces on a clean person, as part of targeted racial abuse, just to say they stink, as TSLA did to Owen *Diaz*.; *Diaz v. Tesla, Inc.,*

"Tesla" discriminated against [Owen Diaz] in violation of ...§1981....[which]... prohibits discrimination in the making and enforcement of contracts-.... under California state law, the jury awarded Diaz $6.9 million in compensatory ... $130 million in punitive damages. The evidence was disturbing. The jury heard ... Tesla factory was saturated with racism.... faced frequent racial abuse, ... N-word and other slurs. Other employees harassed him. His supervisors, .... Tesla's broader management structure, did little or nothing to respond...."

-118-

**OPENING COMPLAINT - San Francisco County Superior Court**



COF's *illogical* racist conduct is like repeatedly calling someone a 'n-word' or its offshoots 50+ separate instances between **7.4.24-7.4.25** in a professional setting knowing HR-leadership doesn't correct, reprimand, or take action on racial abusers (*just to show they can get away it*). COF uses *"N\*gg\*r"* - *"Black Brutes or Bucks"*- *"Black Criminal"* slurs-derogatory-stereotypes to make other persons be seen as, feel like, "inferiors" or provide false 'superiority' complexes for COF's racial abusers. See e.g. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Plaintiff, v. TESLA, INC.,

> "....Perhaps no single act can more quickly alter the conditions of employment and create an abusive working environment than … [the N word]......" *McGinest*,...; ….The Commission alleges exactly this act. …. Since May 2015, non-Black managers, non-managerial employees, and temporary workers have *regularly addressed Black current and former Tesla employees stationed at Tesla's Fremont Factory individually and collectively by the N-word*, ….. frequently used … racial slurs, epithets,... insults openly in high-traffic work areas …. graffitied swastikas, nooses, the N-word, death threats …. other abusive language & imagery directed at Black people across desks, elevators, bathrooms, & equipment.. *Swinton v. Potomac Corp*…."

This stigmatic-harm magnifies for a Black man 1. Operating-Contracting in the Financial-legal space with its documented history of racial abuse, derogatory anti-Black stereotype usage (*Exhibits A-Z*) 2. provided the 13th Amendment's Exception Clause whereas the *"n-word" in its heyday ultimately meant "Black slave"-"inferior"* whose rights Whites did not have to respect.  COF's (50+) targeted "Black Inferior" usage, aiding & abetting disputed merchant's defamation while violating Mr. Austin's rights to contracts shows COF means the same thing: *"n-word" "Inferior," "Black Slave,"* whose rights Whites like COF *don't respect.*

**OPENING COMPLAINT  -  San Francisco County Superior Court**

1

<u>Black Criminal stereotype-slur is particularly degrading-dangerous</u>





For Black men the *"Black Brute or Buck"*- *"N\*gg\*r"* - *"Black Criminal"* stereotypes-slurs-epithets are perhaps the most dangerous, deadly, and derogatory (even for Black male teenagers, children, like Emmett Till).  <u>How Emmett Till's murder catalyzed the U.S. civil rights movement | National Geographic</u> ; <u>Emmett Till's Death Inspired a Movement | National Museum of African American History and Culture</u> ; <u>Emmett Till | Death, Mother, Grave, & Facts | Britannica</u>; For Black men its targeted usage, throughout history, has *literally* meant death of persons, wealth, family, rights, birthrights, and heritage for generations of Black men.

**OPENING COMPLAINT - San Francisco County Superior Court**

1    The Brute Caricature- Jim Crow Museum This is especially poignant when combined with

2    Slave State's anti-literacy racist strategies to literally criminalize Black people's educational self-

3    development April 7, 1831: Virginia Literacy Ban Enacted -Zinn Education Project

4    *(Exhibits A-Z)*.

5



21    Like the Devil, or as John 10:10 describes *"the Thief"* these slurs diabolical use is *"only to kill,*

22    *steal, and destroy"* not just any Black men, but nefariously the Best, Smartest, Strongest, Most

23    Courageous and Brightest (*who don't accept Black inferiority, nor White Supremacy*).

24

25

26

27

28

**OPENING COMPLAINT  -  San Francisco County Superior Court**






**OPENING COMPLAINT  -  San Francisco County Superior Court**

The dialogue from the White Supremacist-terrorist mob violence scene in the Movie *Rosewood* (from the photos above) helps illustrate the derogatory power of these particular slurs-epithets (*based on a true story [by Legendary John Singleton], in 1923 Rosewood, Florida, of a self sufficient thriving Black town, targeted, burned down, with Black people tortured-executed due to jealousy of surrounding Whites, utilizing false, completely made up story of a "Black Brute or Buck"- "N\*gg\*r" - "Black Criminal" as justification for murder, and destruction*). In the lynching-noose photos-scene above, Vingh Rhames' character *Mr. Mann* is a Black US soldier, World War I Veteran (*highest targets of lynchings in the timeframe, particularly when Black men wore the uniforms domestically: Lynching of African-American Veterans after World War I - Wikipedia; lynching-in-America -targeting-Black-veterans- web.pdf*). *Mr. Mann* is being lynched per usage of *"Black Brute or Buck"- "N\*gg\*r" - "Black Criminal"* epithets-slurs by White Supremacist mob-terrorists. A White terrorists, in *Rosewood*, explicitly states the subtext, and says the quiet part out loud: *"..Goddamn. That is one strong buck...Why won't he die?.."*

The legendary Denzel Washington, partly in recounting a conversation-advice from the legendary Sidney Portier, explains in his own life how he had to make certain sacrifices to navigate these very dangerous slurs-derogatory-stereotypes in the roles he accepted, when he chose them, and those he had turn down due to stereotypes-slurs destructive power: *"I got a part in a movie in 1986. I call it the "N-word" They Couldn't Kill." [The character] He raped a white woman; they tried to electrocute him but it didn't work and he became a cult hero. Then they tried to hang him...... There were some Jewish people in the audition room who said "it is funny." .... And I said to them "yeah, it's like you bring some Jewish people into a room and they think it is a shower but it is gas............ And they said "right!" And I said "Right! ....That ain't funny!"........ So to me it was not funny to put a rope around my 'MFing' neck and I made a point........ I called Sidney (Portier) and told him "man they are offering me $600,000 to play the "'N-word' They Couldn't Kill." .... And he told me, "I'm not going to tell you what to do. But I*

-123-

1    *will tell you this, the first, two, three or four films you do in this business will dictate how you are*

2    *perceived…"* <u>*Denzel Washington: 'The N\*gg\* They Couldn't Kill' - YouTube*</u>; <u>*Denzel*</u>

3    <u>*Washington Turned Down Role Because Of Racism [derogatory-slurs- stereotypes-epithets]*</u>.

4

5         The realization of the destructiveness caused by this slur, and the way it shapes

6    perceptions-consciousness, changed the legendary Richard Pryor's paradigm as he explained

7    discussing a life changing trip to a region in Africa (as well as his personal commitment to never

8    again call a Black man the 'N-word'): *"…One thing I got out of it is magic, I'd like to share with*

9    *you. …. I was sittin' in the hotel and a voice said to me… "Look around, what do you see?" And I*

10   *said, "I see all colors of people doin' everything." You know, and the voice said, "Do you see any*

11   *n\*gg\*rs?" …… I said, "No." ……. And it said, "You know why? 'Cause there aren't*

12   *any."…"* The legendary, writer, orator, genius and freedom fighter in his own right, James

13   Baldwin, highlights not just the destructiveness of these slurs, but the nefarious-deceptive

14   inception of these particular slurs: *"It is entirely up to the American people … to face … and*

15   *embrace this stranger whom they maligned so long….. What White people have to do is try to*

16   *find out in their own hearts why it was necessary to have a 'n\*gg\*r' in the first place……*

17

18   *….Because I am not a 'n\*gg\*r', I am a man! …..But if you think I'm a 'n\*gg\*r', it means you*

19   *need him……*

20

21   *…And the question the White population of this country has got to ask itself….*

22

23

24   *….If I am <u>not</u> the n\*gg\*r here, and you the White people invented the-n\*gg\*r, then you've got to*

25   *find out <u>why</u>….."*

26

27

28

**OPENING COMPLAINT - San Francisco County Superior Court**

The question posed by Baldwin is similar to questions underlying this opening complaint with COF. Namely, why was it necessary for COF, to aid and abet the disputed merchant: 1. to create a knowingly-false racist-slur-epithet *"Black Brute* or *Buck"- "N\*gg\*r" - "Black Inferior or Criminal"* of Mr. Austin to degrade him (when the law commands the exact opposite behavior), 2. use slurs-epithets as the basis to deprive the most fundamental of rights (*when the law prohibits this conduct*)? The animus displayed by COF toward Mr. Austin partly answers the questions: haters, hate, segregationists, segregate. A deeper component of the question is partly answered by two Champion Freedom Fighters (geniuses in their own right): Malcolm & Martin. Similar to *Bailey v. San Francisco District Attorney's Office*, *"... we begin in a place of agreement.."* between both brilliant leaders' analysis of how these stereotypes-slurs emerged.

Dr. Martin Luther King, Jr. began: *"...We don't have anything to be ashamed of...Somebody told a lie one day.... They couched it in language. They made everything Black ugly and evil.... Look in your dictionaries and see the synonyms of the word Black......It's always something degrading and low and sinister (or criminal).......Look at the word White, it's always something pure, high and clean......Well I want to get the language right tonight.......I want to get the language so right that everyone here will cry out: ..'Yes, I'm Black, I'm proud of it. I'm Black & beautiful!'"* www.youtube.com/watch?v=podSc5KA6RA

El Hajj Malik El-Shabazz (*Malcom X; born Malcolm Little, aka Detroit Red*) continued: *"...Who taught you to hate the texture of your hair? .... Who taught you to hate the color of your skin? ....To such extent you bleach, to get like the [W]hite man...... Who taught you to hate the shape of your nose and the shape of your lips? ......Who taught you to hate yourself from the top of your head to the soles of your feet? ..... Who taught you to hate your own kind? .... Who taught you to hate the race that you belong to so much so that you don't want to be around each*

other? ..... No...you should ask yourself who taught you to hate being what God made you?...."

www.youtube.com/watch?v=18Ern-fNEb4

21 years ago, legendary, Jadakiss & Anthony Hamilton creatively articulated the pain, and derogatory power, to Black people (and society at large) of these types of *"N\*gg\*r"* - *"Black Brutes or Bucks"*- *"Jezebel"* - *"Black Criminal"* stereotypes-epithets (even in the fantasy world of Hollywood) in the 2004 song *"Why"* : *"All that I've been given, It's this pain that I've been livin'..... Why they gotta do me like that?...Why Halle [Berry] have to let a white man pop her ['Jezebel Stereotype'] to get a Oscar?.....*

*....Why Denzel [Washington] have to be crooked ["Black Brutes or Bucks"- - "Black Criminal" even while playing a cop] before he took it?....Why they forcin' you to be hard?......Why ain't you a thug by choice?"*

**OPENING COMPLAINT - San Francisco County Superior Court**












**OPENING COMPLAINT  -  San Francisco County Superior Court**












**OPENING COMPLAINT  -  San Francisco County Superior Court**

1    Provided the above context, and great harm-danger to Black men, like Mr. Austin, COF's

2  usage is not only *per se illegal, but malicious*.  COF's racist abuse of Mr. Austin via these slurs-

3  epithets is not haphazard, nor accidental, but cut to the core of American racist practices, Black

4  Codes, ***"relic of slavery"*** polices, & anti-Black laws, which explicitly inspired Nazi Germany's

5  Third Reich (*although some of those US laws were deemed too harsh to implement in Germany*

6  *by the Nazis*), and are rooted in the most heinous racial abuse in American History.*(Exhibits A-Z)*

7  *;* See www.history.com/news/ how-the-nazis-were- inspired-by-jim-crow ; www.theatlantic

8  .com/magazine/ archive/2017/11/what-america-taught-the-nazis/540630/ ; The Biggest Lie in the

9  White Supremacist Propaganda Playbook: Unraveling the Truth About 'Black-on-White Crime' ;

10  www.britannica.com/ topic/The-Birth-of-a-Nation ; www.jta.org/2019/02/06/ny/jews-and-

11  blackface-its-complicated ; www.pbs.org/independentlens/blog/as-american-as- the-blues-

12  lynching-in-film-and-tv/ ; https://lynchinginamerica.eji.org/report/

13    For Black men, this harm is not some abstract concept, but tangible *(Exhibits A-Z)* Black

14  men, Black People, have long been the highest targets of US hate crimes (with these epithets-

15  slurs often used to motivate the destructive-violent actions of racial-abusers).  Moreover,

16  *"researchers have long documented: Black Americans are the most frequent victims of racially*

17  *motivated [US] hate crimes ...."* www.voanews.com/amp/report-african-americans- remain-top-

18  target -of -hate-crimes/7246965.html ; ucr.fbi.gov/hate-crime/ 2017/topic-pages/ victims ;

19  www.justice.gov/hatecrimes/hate-crimes- case-examples ; www.justice.gov/crs/ highlights/2020-

20  hate-crimes-statistics; publicintegrity.org/politics/ Black-americans-still-are-victims-of-hate-

21  crimes- more-than-any-other-group/ ; www.theroot.com/take-one-guess-whos-the-most-

22  targeted-group-for-hate-cr-1850787981 ; www.pbs.org/newshour/show/fbi- Blacks-most-often-

23  targeted-in- hate-crimes ; time.com/6178301/buffalo- shooting-anti-Black-hate-crime/;

24  www.courier-journal.com/story/opinion/2024/ 02/07/anti-Black-hate-fbi-report-nobody-

25  cares/72492410007/ ;

**OPENING COMPLAINT - San Francisco County Superior Court**

### COF's use of N*gg*r is so racist it denies Blacks Citizenship rights

US History shows exactly the spirit, and mindset, COF is operating in when it 1. Creates false derogatory slur-epithet for Blacks, like Mr. Austin 2. Applies it to deprive foundational, California & Constitutional, rights, 3. Publicly defines-explains this precise contract provision, and what all customers should expect per that provision while Arrogantly depriving Mr. Austin of his rights (like he can't read) per that provision, because he is Black. See e.g. BELL v. MARYLAND): (" *When we deal with Amendments touching the liberation of people from slavery… we deal with Amendments whose dominant purpose was to guarantee the freedom of the slave race & establish a regime where national citizenship has only one class….The manner … the right to be served in places of public accommodations…* " )

'Case in point' Mississippi US Senator James K. Vardaman, previous Mississippi Governor, Mississippi House of Representative from 1890 to 1896, elected as its speaker in 1894, (*after having gained control of the legislature by suppressing the Black vote, they passed a new constitution in 1890 with provisions, such as a poll tax, and literacy test, that raised barriers to voter registration and disenfranchised most Blacks),* said out-loud what COF is doing in a more opaque, but same nefarious ways-means: " *… There is no use to equivocate or lie about the matter…. Mississippi's constitutional convention of 1890 was held for no other purpose than to eliminate the 'n*gg*r' from politics. Not the 'ignorant and vicious', as some of the apologists would have you believe, but the n*gg*r…. Let the world know it just as it is…. In Mississippi we have in our constitution legislated against the racial peculiarities of the Negro…. When that device fails, we will resort to something else…..If it is necessary every Negro in the state will be lynched; it will be done to maintain [W]hite supremacy……*" James K. Vardaman - Wikipedia; See Lynching of African- American veterans after World War I - Wikipedia ([In]…1917, Senator James K. Vardaman of Mississippi spoke of his fear of Black veterans returning to the South, as he viewed that it would *"inevitably lead to disaster."*… To the

-130-

American South, the use of Black soldiers in the military was a threat, not a virtue. *"Impress the Negro with the fact that he is defending the flag, inflate his untutored soul with military airs, teach him that it is his duty to keep the emblem of the Nation flying triumphantly in the air,"* and, the senator cautioned, *"it is but a <u>short step to the conclusion that his [Blacks] political rights must be respected."*</u>

Vardaman simply says out loud, what COF's conduct, including its use of slurs-epithets *"N\*gg\*r, "<u>Black Inferior or Criminal</u>"* conflated with targeted deprivation of Mr. Austin's Constitutional, Citizenship, rights, is actually-intentionally doing in 2025, in an *ongoing per se illegal* manner.  See <u>James K. Vardaman - Wikipedia</u> ("Vardaman .... called Theodore Roosevelt a *"little, mean, coon-flavored miscegenationist."*  About the education of Black children, he remarked, *"The only effect of Negro education is to spoil a good field hand and make an insolent cook."..."The knowledge of books does not seem to produce any good substantial result with the Negro, but serves to sharpen his cunning, breeds hopes that cannot be fulfilled, creates an inclination to avoid labor, promotes indolence, and in turn leads to crime."...* After… Booker T. Washington, had dined with Roosevelt, Vardaman said that the White House was *"so saturated with the odor of the n\*gg\*r that the rats have taken refuge in the stable."....  "I am opposed to the n\*gg\*r's voting, it matters not what his advertised moral and mental qualifications may be. I am just as much opposed to Booker Washington, with all his Anglo-Saxon reenforcement, voting, as I am to voting by the… typical little coon … who blacks my shoes every morning. <u>Neither one is fit to perform the supreme functions of citizenship."</u>*

### 5. Complete Exclusion from contract provision

COF's fifth demonstrated type of racial animus is **complete exclusion of Mr. Austin** from contractual <u>Credit card dispute process</u> | while Capital One self describes, publicly, their own duty complete this process, like Mr. Austin. <u>White v. Square</u> **prohibits** COF's **a.** various iterations of anti-Black animus, **b.** use of derogatory stereotypes **c.** use of outright *"exclusionary*

-131-

1  *policy"... "on the basis of the person's membership in a protected category"* whereas COF's

2  **Outright Refusal** is only the *extreme, outer realm* of racial 'Animus.'

3      *White v. Square "observed that the Act must be understood to afford redress .... In such*

4  *circumstances, the person would not need to violate or attempt to violate the stated exclusionary*

5  *policy before bringing a claim. The high court, adopting a similar rule under title VII of the Civil*

6  *Rights Act of 1964, explained: "If an employer should announce his policy of discrimination by a*

7  *sign reading 'Whites Only' on the hiring-office door, his victims would not be limited to the few*

8  *who ignored the sign and subjected themselves to personal rebuffs..... (Teamsters v. United*

9

10 *States (1977).)* COF completely excludes Mr. Austin from contract provision, because of race,

11 racial epithets-slurs, showing their overt attempts to 1. stigmatize him, 2. treat him as an inferior,

12 3. Deprive his *'dignity interests'* and 4. utilize segregationist policy to separate, isolate for

13 inferior treatment to his detriment 50+ times. See *Brown v. Board of Education ("the policy of*

14 *separating the races is usually interpreted as denoting the inferiority of the [N]egro group...*

15 *[conveying] a sense of inferiority... has a tendency to [retard] the ..... development of [N]egro*

16

17 *[people] and to deprive them of some of the benefits they would receive in a racial[ly] integrated*

18 *[civil society." ..., in regard to the [C]olored race, for whose protection the amendment was*

19 *primarily designed, that no discrimination shall be made against them"* ); 303 Creative LLC, v.

20 Elenis et. al., *("vindicate[s] the deprivation of personal dignity that surely accompanies denials*

21 *of equal access...." Heart of Atlanta Motel, Inc. ")*

22

23              **6. Willful violations of precise contract provisions**

24      COF's sixth demonstrated type of racial animus is demonstrated in COF's willful

25 violations of COF's explicit, precisely, defined contract provisions Credit card dispute process |

26 Capital One Help Center ; *"...After you file a dispute Once you submit your claim, here's what to*

27 *expect: ....Capital One will act as the "go-between" for you and the merchant, working on your*

28

-132-

**OPENING COMPLAINT - San Francisco County Superior Court**

1   *behalf....How long do I have to file a dispute?.....If you want to file a dispute on our website or*

2   *through the Capital One ...Mobile app you'll need to do so within 90 days of the transaction*

3   *date. Otherwise, you can file a dispute at any time by calling the number on the back of your*

4   *card... you may file a dispute at any time ..... "* It is one thing to discriminate, it is quite another

5   (more malicious) to breach publicly defined express contract, *with a lie that all can see for*

6   *themselves*, to do so. This is exactly what COF does.

7

8                **7. Willful aiding & abetting merchant's defamation-fraud**

9         COF's seventh demonstrated type of racial animus is shown in COF's willful aiding and

10  abetting the disputed merchant's defamatory statements-conduct, and defrauding Mr. Austin.

11  COF was made aware before they made 50+ decisions, and still did so anyway knowing they

12  would be both harming Mr. Austin, and helping wrongful conduct.  COF has written, self-

13  described, contractual duties (requested 50+ separate times) per Unruh, contracts-statute, and

14  other non-discrimination requirements showing extreme animus and malice toward Mr. Austin.

15

16  (*Exhibits A-G*)

17                    **8.Malice & demonstrated Pretext**

18        COF's eighth demonstrated type of racial animus is **Malice & demonstrated**

19  **Pretext.**  COF knows it just lied, per its own precisely publicly written contractual duties to its

20  Customers, but did so to aid and abet, and magnify harm, knowingly, from a merchant Mr.

21  Austin alerted was defrauding, defaming, and violating a Host-variety of other laws. (Exhibit *A-*

22  *Z*).  Mr. Austin didn't ask for anything special-extra, just the bare minimum of their publicly

23  defined contractual duties. COF chose to insult his intelligence, and person, and explicitly lie,

24  Repeatedly. (*Exhibits A-Z*)) Despite the facts, and truth, they are subjugating, excluding, Mr.

25  Austin from his right to contract, public accommodation, per Unruh Act, 1981, Civil Rights Act

26  of 1964.

27

28

**OPENING COMPLAINT - San Francisco County Superior Court**

## SUPREME COURT LEGAL STANDARDS-FRAMEWORK

### COF violates Unruh Act per 2019 *White v. Square*

While *highlighting the directly relevant history of examples- manifestations of anti-Black animus outside of* <u>outright exclusionary-policies</u> *based on race, or derogatory racial stereotypes,* California Supreme Court's *White v. Square* ruled in *White's* favor.  Plaintiff White, a bankruptcy attorney, plead a. That he genuinely sought to use *Square's* services for his bankruptcy practice b. encountered *occupationally discriminatory terms* of service which <u>excluded</u> his legal specialty c. did not enter contract, by refusing to click "Continue" in the online agreement for fear that he would be willfully engaging in fraud, d. Filed suit, made formal demand that Square amend its discriminatory terms of service (which excluded his specialty), and e. attempted to form a class of *occupationally* aggrieved persons adversely affected.

Mr. Austin's case is *stronger* than *White v. Square, Inc.* as **1.** Mr. Austin is being discriminated against *'because of'* race, an *(IMMUTABLE)* protected category, or *"Suspect Classification":* *'a class of individuals who have been historically subject to discrimination.').*  This basis of discrimination triggers *"Strict Scrutiny"* analysis for any type of government action that burdens a fundamental right or involves a <u>suspect classification</u> (unlike Mr. White's legal specialty), meaning Mr. Austin's race, Black, is presumably unchanging (*and fundamental to the inception-purpose of Unruh, Federal Anti-Discrimination laws, history of racial Caste, US Apartheid, Segregation in America).* **2.** Mr. Austin provided COF 50+ opportunities to self-correct from 7.4.24-7.4.25, but is excluded outright from contract provision, whereas Mr. White was not as he saw discriminatory terms, *had the opportunity to enter contract*, but did not enter contract for fear he would be engaged in fraud. **3.** COF admits using *"Black Inferior" derogatory stereotypes to* <u>deprive OUTRIGHT</u> to deprive Mr. Austin utilizing derogatory stereotypes (while knowingly perjuring itself) **4.** Mr. Austin communicated, sent inquiries, faxed, formal complaints, and demands for COF business to with their publicly stated

**OPENING COMPLAINT  - San Francisco County Superior Court**

contract terms, and duties. (*Exhibits A-Z*)

Similar to the victorious plaintiffs (*and precedent utilized in their cases*) in a. *Pleasants v. North Beach & Mission R.R.* (1868), b. *Greenberg v. Western Turf Asso.*,(1903), c. *Hutson v. Owl Drug Company* (1926), d. *Koire v. Metro Car Wash* (1985), *White v. Square* (2019),  Mr. Austin 1. Presented himself to contract on the same basis as Whites, or any other Capital One customer per express publicly stated terms 2. Demonstrated he earnestly sought to contract-utilize services 3. Followed up on all requirements receiving initial confirmation from COF  4. Went step by step per COF written instructions 5. Was refused mandatory contract provisions because of false derogatory racial-stereotypes-slurs *(Exhibits A-Z).*  COF knows better, knows they are breaching the contract to discriminate, and just want to be racist.



COF is so racist in *2025, not 1960, or 1925,* that they don't even offer a *"separate but equal"* alternative for service Blacks on the metaphorical side or in the back (as highlighted in the above photo), they completely exclude Mr. Austin from the dispute contract provision in its entirety, 50+ instances, because he is Black, through a targeted anti-Black male segregationist policy,

**OPENING COMPLAINT  -  San Francisco County Superior Court**

practice, or procedure.  It is important to note how US anti-Black racial segregation worked in practice (*documented fairly well in case law*) to highlight just how racist COF's conduct toward Mr. Austin actually is, especially in California who ruled this conduct per se illegal a. 157 years ago in 1868, *Pleasants v. North Beach & Mission R.R.*, b. 122 years ago in 1903, *Greenberg v. Western Turf Asso.*, c. 99 years ago in 1926, *Hutson v. Owl Drug Company*, d. 1985, *Koire v. Metro Car Wash* and re-emphasized most recently in e. 2019 *White v. Square*.


During US De Jure (<u>What Is De Jure Segregation? Definition and Examples</u>)  anti-Black Segregation, or US Apartheid, Rosa Parks was not outright denied admittance to ride segregated buses, but there were instead certain rules to connote 'Black inferiority,' when she refused to go to the back of the bus or segregated portion of the bus it upset the US Apartheid Segregationist system, and the White Supremacists behind it. Her courage sparked the Montgomery bus boycotts.  For example, In <u>*Bell v. Maryland,*</u> as well as in many of the lunch counters, in restaurants, service was not necessarily denied outright in the whole establishment (like the segregated buses), there typically was a "Colored" or "Black" section usually in the back, or on the side, signifying a sense of presumptive inferiority (*that insulted the Black patrons each time they used it*), but the main dining area, or lunch counters front and center were reserved as 'WHITE ONLY.'  See e.g. <u>The Sit-In Movement Takes a Stand – US Civil Rights Trail</u> ;

**OPENING COMPLAINT  -  San Francisco County Superior Court**

1
2
3
4
5
6
7
8
9
10
11
12
13
14



15
16
17
18
19
20



21
22
23
24
25
26
27
28

**OPENING COMPLAINT  -  San Francisco County Superior Court**







**OPENING COMPLAINT  -  San Francisco County Superior Court**

157 years ago in 1868, the CA Supreme Court affirmed it is per se illegal for public accommodation businesses to refuse service to Black Californians.  In *Pleasants v. North Beach & Mission R.R.* when a Black or *"Colored"* person (Mary E. Pleasants), a. Desired to take passage on a street car in San Francisco b. Presented herself for transport, hailed the conductor, and requested him to take her on board, c. was ready and willing to pay the fare, the Conductor (in violation of California's law in 1868), d. refused to take her on board and said *"We don't take colored people in the cars,"* despite there being ample room to accommodate Mary. E. Pleasants, plaintiff.  *It is important to note that both parties in the cited arguments before the California Supreme Court, take for granted-argue from the premise that this type of anti-Black discriminatory conduct, by a public accommodation business (like COF), is per se illegal;* the debate before the CA Supreme Court in 1868 was how much a single violation is worth, and if that single violation (in context) exhibited requisite malice to justify the jury award;  There was no question from the CA Supreme Court, nor either party, as to whether this was per se illegal anti-Black conduct 157 years ago.          **What's COF's excuse in 2025?**

Similarly, 122 years ago in 1903, per *Greenberg v. Western Turf Asso.* the California Supreme Court ruled, and reasserted, the rights Black, 'Colored', or 'Negro,' Californian's have to public accommodation businesses whereas these rights are taken as a given in 1903, California: *"In the judgment of the legislature, the public had an interest to prevent race discrimination between citizens on the part of persons maintaining places of public amusement; and the quasi-public use to which the owner of such a place devoted his property gives the legislature a right to interfere." The complaint charges a single violation of the statute as having occurred upon the fifth day of December, 1899, & plaintiff's demand for damages is based wholly upon this one refusal to admit him.".*

The victorious Black or African American ticket holder, Hyman Greenberg, sued initially in one of the courts of California, and there was a verdict and judgment against the association,

affirming his rights to a public accommodation, place of amusement whereas he, a. Bought a ticket b. Presented himself for entry, and c. was initially admitted then ejected, or refused admission (or denied right to contract, or service). The Court using the analogy of public accommodation in transportation states clearly *"If the railroad company wrongfully ejects such a [Black, Colored, Negro, or African American] passenger from its train, he is entitled to recoup for the value of his ticket, the expenses to which he is put in reaching his destination, injury to his feelings, and the like."* Like <u>Pleasants v. North Beach & Mission R.R.</u> (35 or so years earlier), the only issue was about what could be included in the damage calculation for what the court phrased as a single refusal of admission because of the race of the plaintiff. The CA Supreme Court affirmed the initial judgment, and again <u>there was no question from CA Supreme Court, nor either party, whether this was per se illegal anti-Black conduct 122 years ago.</u>

### What's COF's excuse in 2025?

These rights were further affirmed by the US Supreme Court in 1907, even when the defendant *Western Turf. Asso.* challenged the Constitutionality of the statute itself, in *Western Turf Association v. Greenberg, 204 U.S. 359 (1907).* The US Supreme Court affirmed the ruling, and constitutionality of the statute as applying equally to all persons, regardless of race, saying: *".... the statute [is] constitutional as a valid regulation imposed by the state in its exercise of police power.... the statute is applicable alike to all persons, corporations, or associations conducting places of public amusement or entertainment..."*

99 years ago in 1926, per <u>Hutson v. Owl Drug Company</u>, the victorious plaintiff's, Lela Hutson's, right to be served, or make contract, at a lunch counter, Soda Shop, in 1920s Los Angeles, & not be denied service or contract because of race (as a Black, Colored, African American, or Negro person) was affirmed as a given. The extremity of racial abuse, derogatory

**OPENING COMPLAINT - San Francisco County Superior Court**

treatment based on derogatory stereotypes, hatred, and animus as well as the types of extreme injuries suffered while Lela Hutson sought to be served, or make contract fore-shadowed the abuses suffered by those in Sit-Ins, and other portions of the Civil Rights movements 30, and 40 years later, but what is fundamental here is that the right itself, 99 years ago was taken as a given.  COF's conduct is like *Hutson v. Owl Drug Company's* worker who yelled "*What did you serve the n\*gg\*r for?....*[they] *could have set there until tomorrow, [& still wouldn't be served]*."                    **What's COF's excuse in 2025?**

In 1985, the California Supreme Court made clear in *Koire v. Metro Car Wash* reiterated the illegality of refusal of equal service or contract (rights, privileges, etc.) because of protected categories, as a male a. Sought service, b. Fully wanted to receive the service c. was not refused service at the higher male price, but d. attempted to be charged the same advertised rates for women (special sale pricing) regardless of gender and e. whereas the defendant refused to provide the service at the same price regardless of a customer's gender. The Court highlights that OUTRIGHT REFUSAL, (per US Apartheid, US enslavement remnants, Segregation type conduct like COF's outright exclusion from contract provision with Mr. Austin), is only the extreme-obvious iteration of Unruh violations.  The CA Supreme Court then outlined a wide variety of conduct that is considered a violation of a Californians right to public accommodations with a healthy discussion of how use of derogatory stereotypes violates the statute, and examples of precedent based anti-Black disparate treatment violating Unruh.

The above CA Supreme Court cases expressly ban COF's anti-Black practices toward Mr. Austin.  This case is simple, and easy to understand, per the facts-controlling law.  On its face this is a textbook example, fact pattern, of public Accommodation, breach of contract, violation of duties owed with anti-Black racial discrimination due to race, or derogatory racial stereotypes.  See White v. Square (*"exclusionary policy"... "on the basis of the person's membership in a protected category"*.) See *303 Creative LLC v. Elenis*, ([a public

-141-

**OPENING COMPLAINT - San Francisco County Superior Court**

Accommodation business'] 1. *"services "[cannot be] refused, withheld from, or denied,"* 2. cannot make *"an individual ... unwelcome"* 3. *"may not refuse to serve customers based on race [or derogatory stereotypes], .. [Nor].. hang a sign that says, "No Blacks")*

<div align="center">Haters Hate.  Segregationists segregate: <u>"No Blacks"</u></div>

Haters hate.  Segregationists segregate. Racists discriminate, (*on account of race or derogatory racial stereotypes*).  That's why the law is written in a particular way: 1. to incentivize correct behavior and 2. regulate (i.e. $4,000 *minimum* per each Unruh violation).  The Unruh Civil Rights Act's explicit purpose is *"to secure to all persons equal access to public accommodations 'no matter' "* the personal (protected) characteristics (i.e. Race). <u>Harris v. Capital Growth Investors XIV</u>.  *Unruh* is intended to eradicate arbitrary, invidious discrimination in business establishments, and stand *"as a bulwark protecting each person's inherent right to 'full and equal' access to 'all business establishments.' "* <u>Angelucci v. Century Supper Club</u>.  Per the 2023 US Supreme Court's <u>303 Creative LLC v. Elenis</u>: *"Discrimination is not simply dollars and cents, hamburgers and movies; it is the humiliation, frustration, and embarrassment that a person must surely feel when he is told that he is unacceptable as a member of the public because of his [Race]."*

Per *Unruh Act* all persons *"are entitled to the full and equal accommodations, advantages, facilities, privileges, or services in all business establishments of every kind whatsoever."* (§ 51, subd. (b.).)  The statute lists 14 types of prohibited discrimination, such as ... race. § 51, Per <u>In re Cox (1970)</u> the list is *"illustrative, rather than restrictive"* (meaning those listed categories like "race" are definitely prohibited from discrimination), AND the statute forbids discrimination *beyond* these enumerated categories.   Per <u>White v. Square, Inc.,</u> Courts liberally construe the Unruh Civil Rights Act to achieve its remedial purpose of deterring discriminatory business practices across the board, but definitely because of race.   Section 51.5 similarly provides *"[n]o business establishment . . . shall discriminate against, boycott or*

<div align="center">-142-</div>

<div align="center">**OPENING COMPLAINT - San Francisco County Superior Court**</div>

1  *blacklist, or refuse to buy from, contract with, sell to, or trade with any person in this state on*

2  *account of any characteristic listed or defined in"* the Unruh Civil Rights Act. § 51.5, subd. (a).

3  COF's *ongoing* racist, per se illegal, anti-Black male segregationist policy not only violates the

4  face of the Unruh Act, but also 1. *the 1964 US Supreme Court's <u>Bell v. Maryland</u>,* absolute

5  prohibition of this "***<u>relic of slavery.</u>***" Mr. Austin suffers from COF's *"exclusionary policy"* per

6  *White v. Square.* COF's per se illegal *<u>reasoning</u>* is based solely on derogatory stereotypes, to

7  presume Blacks, like Mr. Austin, as presumptive *"<u>Black Brutes</u> or <u>Bucks</u>"*- "<u>N*gg*r</u>" - "<u>Black</u>

8  <u>Inferior</u>" which violates 2023 US Supreme Court's <u>Students for Fair Admissions, Inc. v.</u>

9  <u>President & Fellows of Harvard Coll.</u>, reminder of the *" twin commands that race may never be*

10  *used as a "negative" and that it may not operate as a [derogatory] stereotype...."* in compliance

11

12  with 1. Equal Protection 2. co-existent *1981* (AND Unruh) requirements.

### Jurisdiction

13

14  Jurisdiction is proper. Mr. Austin is a resident of California, and US Citizen. Defendant

15  COF regularly engages in business in California, advertising directly to Californians

16  *(Exhibit A-I)* COF's significant presence in California, includes *<u>Capital One's San Francisco</u>*

17  *<u>Office</u>*: *"Our San Francisco office is home to a little bit of everything you need. We're located in*

18  *the South of Market (SoMA) district."* Mr. Austin spoke briefly with COF's Legal Department

19

20  and they confirmed their preferred jurisdiction.

### Venue

21

22  Venue is proper as COF's wrongs primarily occurred in, & while Mr. Austin was

23  working, living, residing, and obtaining medical treatment for severe 1. Lower body workplace

24  injuries at TSLA motors, and 2. Upper body separate car accident injuries in San Francisco, and

25  Alameda Counties. COF's significant CA-SF presence includes *<u>Capital One's San Francisco</u>*

26  *<u>Office</u>*.

27

28

**OPENING COMPLAINT - San Francisco County Superior Court**

**Claims**

**A.    COF violates Unruh via over 50+ discrete adverse service contract provision refusals-deprivations between 7.4.24-7.4.25**

COF's **1.** isolation of Mr. Austin for *inferior treatment* because he is Black, as compared to similarly situated White COF customers **2.** Refusal to contract with Mr. Austin in the same way as Whites (as precisely defined in contract), 50+ separate times between 7.4.24-7.4.25 violates the letter, and spirit of Unruh Act.  Per Unruh, and *Jackson v. Superior Court (Home Savings of America)* not only are Banks-Financial Companies liable under Unruh, but  *"When it refuses to allow an African American [a] courtesy because of his or her race, the bank denies that person the "full and equal accommodations, advantages, privileges or services" of the bank....."*

COF's typical 10 step policy-procedure for Whites include precisely stated Credit card dispute process contract provision, is a separate comparator for displayed animus toward Mr. Austin. (*pp.104-133*). Mr. Austin sought to be treated the same way as typical approximately **10 step policy for Whites** (*pp. 104-133*) and did everything he was supposed do, and more, to contract in the same as Whites per the express contract provision (*Exhibits A-Z*).   COF treats Mr. Austin the exact opposite with **1.** Segregated  contract provision policy **2.** outright exclusion via "relic of slavery" policy **3.** refusal to make contract offers on the same basis as Whites **4.** Use of derogatory anti-Black epithets-slurs because he is Black (*Exhibits A-Z; pp. 104-133*).

COF **1.** promises explicit contract provision standards but delivers *"relic of slavery" per Bell v. Maryland* **2.** holds itself out as a law abiding, Banking-Financial Institution committed to non-discrimination 2024 Code of Conduct *;* www.capitalone.com/help-center/fraud-disputes/dispute-credit-charge/ for all Capital One customers regardless of race, or other protected characteristics. (*Exhibits A-Z*). Hypocritically, COF **3.** treats Blacks like Mr. Austin the *exact opposite of the typical* open communicative, proactive, approximately 10 step process as a

-144-

normal part of COF customer contract per *§ 1981* 4. outright excluded from contract provision

**a.** per *White v. Square,* whereas all that's required for Unruh standing is encountering

*"exclusionary policy"... "on the basis of the person's membership in a protected category"* **b.**

via "*relic of slavery*" policy per 1964 Supreme Court's *Bell v. Maryland* and **c.** with failure to

contract with Mr. Austin on the same basis as Whites based on anti-Black derogatory

assumptions 5. Segregates per *Koire v. Metro Car Wash, "Courts ... repeatedly held ... Unruh ...*

*[applies to] unequal treatment [like] when [B]lacks were allowed to enter business*

*establishments but were restricted to certain portions of the premises .... [like] [B]lack*

*ticketholders admitted to theatre but restricted to seating in segregated section [or] ...[B]lack*

*ticketholders admitted to racetrack but denied clubhouse seating.. "* and 6. Demonstrates at least

8 forms of animus. *(Exhibits A-Z; pp.104-133).*

      Mr. Austin followed up every-way possible, but COF *still strangely fails to correct its*

*ongoing Unruh violations.* *(Exhibits A-Z).* COF's conduct toward Mr. Austin violates the plain

text of both 1. *§51.5*: *"No business ... shall discriminate against, or refuse to... contract with...*

*any person in this state on account of any characteristic listed ..."* and 2. COF's express contract

terms.  COF's conduct shows *racial animus in 8 ways (pp.104-133).* COF **1.** Subjects Mr. Austin

to a different-inferior process, policy-procedure compared to Whites *(pp.104-106)* **2.** Excluding,

denigrating, and segregating with racist per se violations of Civ Code sec. 1638-44 *(pp.106-*

*107)* **3.** Discriminatory per se violations of fraud-deceit statute  *(pp.107)* **4.** Using, false,

derogatory racial stereotypes-epithets *"N*gg*r" -* "*Black Inferior or Criminal"-*"*Brute* or

*Buck"* to deprive *(pp.108-131)* **5.** Complete exclusion from certain feature of the contract he is

explicitly told to expect inclusion per express contract terms *(pp.131-132)* . **6.** Willful violations

of Capital One's explicit, precisely, defined contract Provisions *(pp.132-133)* **7.** Willful aiding

and abetting disputed merchant to **a.** Discriminate **b.** Defame **c.** Defraud *(pp.133)* **8.** Malice &

demonstrated Pretext as Capital One knows it just lied, per its own precisely publicly written

**OPENING COMPLAINT  - San Francisco County Superior Court**

contractual duties to its Customers, but did so to aid and abet, and magnify harm *(pp.133* ;

*Exhibits A-Z)*

COF's Unruh Act violations are textbook violations per <u>*Koire v. Metro Car Wash,*</u> &

per <u>*White v. Square*</u> whereas they repeatedly <u>*completely exclude*</u> Mr. Austin from certain

contract provisions entirely 50+ instances.  COF's violations are malicious-willful as they know

use racist slurs-epithets stereotypes are per se illegal, for multiple reasons, *(pp.27-133)* ), but

continue to denigrate, defame, and purposefully harm Mr. Austin with use of them combined

with the most extreme form of exclusion (total exclusion from contract provision) to deprive his

rights 50+ separate instances between 7.4.24-7.4.25.  *(Exhibits A-Z)*          The combination of

COF's total conduct toward Mr. Austin shows COF's actual thought patterns, true intent, toward

Mr. Austin, and Blacks like him.  They don't hide it.  As stated earlier *(pp.17-147)*  Vardaman

simply says out loud, what COF's conduct, including its use of slurs-epithets *"<u>N*gg*r</u>" - "<u>Black</u>*

<u>*Brutes*</u> or <u>*Bucks*</u>" - "<u>*Black Inferior*</u> or <u>*Criminal*</u>" conflated with targeted deprivation of Mr.

Austin's California, Constitutional, Citizenship, rights, is actually, *intentionally*, doing in 2025,

in an *ongoing per se illegal* manner.  See <u>James K. Vardaman - Wikipedia</u>

> "Vardaman …. called Theodore Roosevelt a *"little, mean, coon flavored*
> *miscegenationist."*  About the education of Black children, he remarked,*"The only effect*
> *of Negro education is to spoil a good field hand and make an insolent cook."...*"The
> *knowledge of books does not seem to produce any good substantial result with the Negro,*
> *but serves to sharpen his cunning, breeds hopes that cannot be fulfilled, creates an*
> *inclination to avoid labor, promotes indolence, and in turn leads to crime."...* After…
> Booker T. Washington, had dined with Roosevelt, Vardaman said that the White
> House was *"so saturated with the odor of the n\*gg\*r that the rats have taken refuge in*
> *the stable."....* *"I am opposed to the n\*gg\*r's voting, it matters not what his advertised*
> *moral and mental qualifications may be. I am just as much opposed to Booker*
> *Washington, with all his Anglo-Saxon reenforcement, voting, as I am to voting by the…*
> *typical little coon … who blacks my shoes every morning.* <u>*Neither one is fit to perform the*</u>
> <u>*supreme functions of citizenship."*</u>

COF went out of its way 50+ times, *breaking normal protocol, breaching express contract*

*language, egregiously violating deceit and other CA statutes*, between 7.4.24-7.4.25 just to show

**OPENING COMPLAINT  -  San Francisco County Superior Court**

1    extreme, repeated, ongoing animus, and *show they consider Mr. Austin a <u>N\*gg\*r</u>*. COF, like

2    <u>Varadaman</u> seems obsessed with opposing Mr. Austin's rights, no matter "*his advertised ...*

3    *qualifications*" COF's words, and conduct show they view Mr. Austin as an inferior "*<u>[un]fit to</u>*

4    *<u>perform the supreme functions of citizenship</u> ...."* It is unclear which 'COF' racial insult is

5    worse, as both call Mr. Austin a *"<u>N\*gg\*r</u>"-"<u>Black Inferior</u>"-"<u>Brute</u> or <u>Buck</u>,"* whereas on one

6
hand **1.** COF's conduct toward Mr. Austin in violation of its explicit contract-policies-law

7
*(Exhibit A-Z; pp.27-133)* & presumes Mr. Austin, as a Black man, cannot read what COF's

8
9    publicly defined contractual policy actually says (<u>Credit card dispute process | Capital One Help</u>

10   <u>Center</u> "... *<u>you can file a dispute at any time</u>*.") which is direct a throwback to anti-literacy, Black

11   Inferiority, pro-slavery policies or **2.** COF's knowing Mr. Austin can read, but showing that they

12   are willing to break the law, explicitly breach precisely defined contract terms, CA and Federal

13   laws just to call Mr. Austin a *"<u>N\*gg\*r</u>"-"<u>Black Inferior</u>"-"<u>Brute</u> or <u>Buck</u>"* because he is Black.

14
With over 50+ failed opportunities to self-correct COF is just Racist. *(Exhibits A-Z; pp.27-133)*

15

16   **B.    COF Deceives, Mis-states, Omits, and Makes False promises to materially, and**
**economically harm Mr. Austin.**
17
COF violates standards for honesty, and non-deceit in business as they **1.** Make

18
19   misstatements about the nature of their business practices, express publicly advertised, contract

20   provision, to Mr. Austin *(Exhibits A-I)* to discriminate **2.** Strategically make outright

21   misrepresentations of fact to Mr. Austin's detriment (*just to make his life harder-discriminate*)

22   while purposefully failing duties owed him **3.** Make false promises of specific contractual duties

23   that they demonstrate *no intent to actually provide*, while aiding and abetting disputed

24   merchant's violations of Mr. Austin's rights. Their overtly deceitful conduct erodes trust and

25   confidence in their veracity, and integrity.

26
Mr. Austin discovered they were lying from COF's own admissions, written and oral, and
27
28   his fairly extensive due diligence process (pp.104) Per <u>§ 1710</u> "*.. deceit... is either: 1. The*

**OPENING COMPLAINT - San Francisco County Superior Court**

1    *suggestion ... of that which is not true, by one who does not believe it to be true; .. 2. The*

2    *assertion ... of that which is not true, by one who has no reasonable ground for believing it to be*

3    *true; ... 3. The suppression of a fact, by one who is bound to disclose it, or who gives information*

4    *of other facts which are likely to mislead ...; or, ... 4. A promise, made without any intention of*

5    *performing it.*"   Mr. Austin is continually exposed to COF's materially false promises, and

6
7    subsequent deceit, triggering him to attempt contracting 50+ times from 7.4.24-7.4.25 via COF's

8    websites, portals, phone, fax, and documents sent by COF. *(Exhibit A-I).*

9        COF promises **1.** Mr. Austin is owed a precise contractually defined 10 step process **2.**

10   He is still owed that contract provision **3.** COF must abide by Unruh or per *§ 52:* " *is* _liable for_

11   _each and every offense_ ... " **4.**COF must not treat Mr. Austin in an inferior manner as compared

12   to similar White customers **5.** COF must not have an *"exclusionary policy"... "on the basis of*

13   *the person's membership in a protected category" per* <u>White v. Square,</u> **6.** COF must not use

14   derogatory per se illegal derogatory slurs-stereotypes-epithets like *"<u>N*gg*r</u>"-"<u>Black Inferior</u>"*-

15   *"<u>Brute or Buck</u>"*   *(Exhibits A-Z)*

16

17       Despite express promises, and duties owed Mr. Austin per those promises, Capital One

18   chose to **1.** breach its contract, **2.** lie about what the contract says <u>www.capitalone.com/ help-</u>

19   <u>center/fraud-disputes/ dispute-credit-charge,</u> **3.** Discriminate-Segregate with "relic of slavery"

20   policy 4. Intentionally harm Mr. Austin **5.** Insult Mr. Austin's intelligence, and apparently ability

21   to read publicly stated contract terms-process-policy and procedure it did so willfully knowing

22   the harm to **a.** Mr. Austin, **b.** his customer credit rating/profile, **c.** his finances, and **d.** reputation

23   that was being done in violation of Unruh, and other laws.

24
25       Per Mr. Austin's multi-year, and multi-modality, active due diligence speaking with over

26   100 COF agents, faxing, reading all contact, website, information provided: COF's typical

27   dispute policy <u>Credit card dispute process</u>  for White similarly situated customers includes **1.**

28   Receiving  initial customer dispute via mobile app, website, or phone if more than 90 days (*or if*

*customer prefers phone communication)* **2.** written confirmation of receipt by COF **3.** written explanation of the next steps, and what to expect in the dispute process **4.** Communication with the merchant by COF acting as the go between and alerting the Merchant of the dispute, and what it says **5.** Allowance of a particular amount of time for the merchant to respond to the issues presented in the dispute **6.** The merchant may respond **7.** If the merchant's response addresses the concern substantively then COF alerts the customer **8.** If merchant response is substantive to customer's dispute, then COF provides the customer an opportunity to respond typically through Capital One's document portal with specific needed information typically specified by Capital One in a specific amount of time **9.** If the customer responds, and addresses the response from the merchant per Capital One the dispute goes in favor of the customer, and if not it goes in favor of the merchant **10.** Either way the process allows for resolution, and both sides to be heard prior to resolution. COF failed their own precisely defined duties egregiously, and obviously, as steps 3.-10 were completely skipped *(Exhibit A-G)*. COF just decided to deceive, defraud, discriminate against and lie to Mr. Austin because Mr. Austin is Black citing 60 days as the limit when the contract provision does not even reference 60 days, it cites 90 days. 90 days is only a convenience to be able to file the dispute via the app, or website, *not as a limitation as COF says explicitly: "you may file a dispute at any time ....."*

       COF's statements and conduct, taken in whole, are even more *pernicious* as they admit using a *"N\*gg\*r"*- *"Black Inferior "*-*"Brute or Buck"* slur stereotype epithets and apparently think either **1.** Mr. Austin can't read because he is Black or **2.** that CA laws-contract don't apply to him (i.e. No Unruh, No Equal Protection, no 1981 rights, etc.) because he is Black. *(Exhibits A-Z).* COF overtly advertises their duties toward customers, regardless of race, but *felt comfortable* **a.** falsely labeling Mr. Austin anti-Black racist slurs-stereotypes-epithets : *"N\*gg\*r"*-*"Black Inferior "*-*"Brute or Buck"* **b.** Depriving his rights to contract on the same basis as Whites based on that racist trope *(outright admitting per their conduct-statements that*

**OPENING COMPLAINT - San Francisco County Superior Court**

*they use separate policies for Blacks, like Mr. Austin, and subjecting them to an inferior or*

*segregated policy-contract provision*).  COF admits it willfully fails-breaches their precise

contractual duties (owed Mr. Austin) per their own publicly defined process-duties over 50+

separate instances because Mr. Austin is a Black man.  (*Exhibits A-Z*)

Despite all its precise, and specific, promises COF fails them, breaches contract, and its

duties owed to Mr. Austin.  (*Exhibits A-Z*).  COF *still strangely fails to correct its ongoing*

*Unruh violations,* violating the *bare minimum* of the bare minimum per explicit contract terms

and as articulated in <u>BELL v. MARYLAND</u>: *"...When we deal with [13th-15th] Amendments*

*touching the liberation of [Black] people from slavery.... we deal with Amendments whose*

*dominant purpose was to guarantee the freedom of the slave race & establish a regime where*

*national citizenship has only one class....The manner in which the right to be served in places of*

*public accommodations is an incident of national citizenship...."*   Each time Mr. Austin sought

service-contracting provision he was denied refused because he is Black with a ***"relic of slavery"***

policy (i.e. 50+ adverse denials-refusals). *Exhibits A-Z.*

COF's conduct shows its deceit per its own agents, and others, in 8 ways *(pp.104-133)* by

COF **1.** Subjecting Mr. Austin to a different-inferior process, policy-procedure compared to

Whites *(pp.104-106)*  **2.** Excluding, denigrating, and segregating with racist per se violations

of <u>Civ Code sec. 1638-44</u> *(pp.106-107)* **3.** Discriminatory per se violations of fraud-deceit

statute  *(pp.107)* **4.** Using, false, derogatory racial stereotypes-epithets *"N\*gg\*r"* - *"Black*

*Inferior or Criminal"*-*"Brute* or *Buck"* to deprive *(pp.108-131)*  **5.** Complete exclusion from

certain feature of the contract he is explicitly told to expect inclusion per express contract terms

*(pp.131-132)* . **6.** Willful violations of Capital One's explicit, precisely, defined

contract Provisions  *(pp.132-133)* **7.** Willful aiding and abetting disputed merchant to **a.**

Discriminate **b.** Defame **c.** Defraud *(pp.133)*  **8.** Malice & demonstrated Pretext as Capital One

knows it just lied, per its own precisely publicly written contractual duties to its Customers, but

**OPENING COMPLAINT - San Francisco County Superior Court**

did so to aid and abet, and magnify harm *(pp.133 ; Exhibits A-Z).*    Mr. Austin experiences

financial, mental and emotional harm from these deceitful practices as COF is not only directly

harming Mr. Austin by failing contract provisions costing him money outright, but also aiding

and abetting the disputed merchant who defrauded, and is defaming Mr. Austin with additional

harms-injuries. *(Exhibits A-Z.)*

**C.    COF's Unfair-Deceptive Business Practices promising *'minimum standards'* but producing *"relic of slavery"* policies simultaneously violate CA's *UCL, CLRA.*

For a Black man, in the United States, *(provided the racialized history of Black*

*enslavement, rape, torture, theft, etc.)* there is perhaps no greater "unfair", "deceptive",

"untrue," "misleading" "unlawful" or "fraudulent" advertisements or business practices than to

**a.** precisely promise *(per express, commonly understood, clear written contract terms)*, and even

**b.** publicly explain the bare *'minimum standards'* of what those terms mean, and what all

customers should expect per those contract provisions, but contrarily-deceptively **1.** violate

Unruh's *"contract with"*, **2.** violate 1981's *"performance, modification, and termination of*

*contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual*

*relationship"* freedom based promises to **3.** deceptively produce *"relic of slavery"* policies. See

BPC Sec. 17200 (UCL); Civ. Code, § 1770; *CACI No. 4700.* (CLRA).    COF's *"relic of*

*slavery"* policies deprive **a.** the very rights, from **b.** precisely the very people, Black people, like

Mr. Austin, those public accommodation Financial Companies-Banks were PRINCIPALLY

created for *(partially due to their sordid history: pp.27-133)* per BELL v. MARYLAND:

*"...When we deal with [13th-15th] Amendments touching the liberation of [Black] people from*

*slavery.... we deal with Amendments whose dominant purpose was to guarantee the freedom of*

*the slave race & establish a regime where national citizenship has only one class....The manner*

*in which the right to be served in places of public accommodations..."* COF's promises are *not*

*puffery*, as they contractual, precisely defined publicly, in written commonly-easily understood

**OPENING COMPLAINT - San Francisco County Superior Court**

language, whereas COF's violations are core to their promises, and material. *(Exhibits A-Z)*

COF makes 'freedom' based, explicit-express, promises, but deceives-defrauds with a *"relic of slavery."* Each of the 50+ instances, Mr. Austin sought contract provision he was denied refused because he is Black with a *"relic of slavery"* policy, which is not only *unfair, deceptive, untrue*, etc. in the broad remedial sense that the UCL intends, but also in precise violation of CLRA's list of approximately 30-specific types of violations for customers per § 1770; CACI No. 4700. (CLRA). *Exhibits A-Z.* COF violates *CLRA* Deceptive Practices # *5, 7, 9, 10* and *14* per § 1770: "*(5) Representing that... services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have... (7) Representing that... services are of a particular standard, quality, or grade [and they are not]..... (9) Advertising ... services with intent not to sell them as advertised..... (10) Advertising ... services with intent not to supply reasonably expectable demand..... (14) Representing that a transaction confers or involves rights, remedies, or obligations that it does not have...."* See also Veera v. BananaRepublic, LLC (2016) 6 Cal.App.5th 907, 916, fn. 3 [211 Cal.Rptr.3d 769]. (*"[T]he CLRA does not require lost injury or property, but does require damage and causation. 'Under Civil Code section 1780'"*);  Hansen v. Newegg.com Americas, Inc. (2018) 25 Cal.App.5th 714, 724 [236 Cal.Rptr.3d 61]. ("*under the CLRA, a plaintiff must have "suffer[ed] any damage as a result of the . . . practice declared to be unlawful." ' Our Supreme Court has interpreted the CLRA's 'any damage' requirement broadly, .... the consumer must merely 'experience some [kind of] damage,' or 'some type of increased costs' as a result of the unlawful practice."*)

Mr. Austin sent detailed written notices to COF informing them of their CLRA violating conduct and requesting-demanding them to self-correct.  COF's conduct shows its fraud-deceit to its own agents, and others, as well as violations of CLRA, UCL, in 8 ways *(pp.104-133)* by COF **1.** Subjecting Mr. Austin to a different-inferior process, policy-procedure compared to Whites *(pp.104-106)*  **2.** Excluding, denigrating, and segregating with racist per se violations

**OPENING COMPLAINT - San Francisco County Superior Court**

of <u>Civ Code sec. 1638-44</u> *(pp.106-107)* **3.** Discriminatory per se violations of fraud-deceit statute *(pp.107)* **4.** Using, false, derogatory racial stereotypes-epithets *"N\*gg\*r" - "Black Inferior or Criminal" - "Brute or Buck"* to deprive *(pp.108-131)* **5.** Complete exclusion from certain feature of the contract he is explicitly told to expect inclusion per express contract terms *(pp.131-132)* . **6.** Willful violations of Capital One's explicit, precisely, defined contract Provisions *(pp.132-133)* **7.** Willful aiding and abetting disputed merchant to **a.** Discriminate **b.** Defame **c.** Defraud *(pp.133)* **8.** Malice & demonstrated Pretext as Capital One knows it just lied, per its own precisely publicly written contractual duties to its Customers, but did so to aid and abet, and magnify harm *(pp.133 ; Exhibits A-Z)*.   Mr. Austin experiences financial, mental and emotional harm from these deceitful practices as COF is not only directly harming Mr. Austin by failing contract provisions costing him money outright, but also aiding and abetting the disputed merchant who defrauded, and is defaming Mr. Austin with additional harms-injuries. *(Exhibits A-Z.)*

COF promises **1.** Mr. Austin is owed a precise contractually defined 10 step process **2.** That he is still owed that contract provision **3.** COF must abide by Unruh or per **§ 52:** *" is liable for each and every offense ..."* **4.** COF must not treat Mr. Austin in an inferior manner as compared to similar White customers **5.** COF must not have an *"exclusionary policy"... "on the basis of the person's membership in a protected category" per* <u>White v. Square</u>, **6.** COF must not use derogatory per se illegal derogatory slurs-stereotypes-epithets like *"N\*gg\*r"-"Black Inferior "-"Brute or Buck"* *(Exhibits A-Z)*

Despite express promises, and duties owed Mr. Austin per those promises, Capital One chose to **1.** breach its contract, **2.** lie about what the contract says www.capitalone.com/ help-center/fraud-disputes/ dispute-credit-charge, **3.** Discriminate-Segregate with "relic of slavery" policy **4.** Intentionally harm Mr. Austin **5.** Insult Mr. Austin's intelligence, and apparently ability to read publicly stated contract terms-process-policy and procedure it did so willfully knowing

the harm to **a.** Mr. Austin, **b.** his customer credit rating/profile, **c.** his finances, and **d.** reputation that was being done in violation of Unruh, and other laws. Their promises prove to be *false,* and they continue to engage in false, unfair-deceptive advertisements as their publicly explained, and defined contract provision is still advertised exactly the same: www.capitalone.com/ help-center/fraud-disputes/ dispute-credit-charge *"...After you file a dispute Once you submit your claim, here's what to expect: ....Capital One will act as the "go-between" for you and the merchant, working on your behalf....How long do I have to file a dispute? .....If you want to file a dispute on our website or through the Capital One ...Mobile app you'll need to do so within 90 days of the transaction date. ...Otherwise, you can file a dispute at any time by calling the number on the back of your card... you may file a dispute at any time ....."*

**D.    1981 right to contract same as similar Whites**

COF's conduct violates the plain language, explicitly, the Spirit, Intent, and controlling precedent of *§1981: ("... All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make ... contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by [W]hite citizens"....."* Per *42 U.S. Code § 1981 - Equal rights under the law -".... the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship."*

COF's conduct shows *racial animus in 8 ways (pp.104-133).* COF **1.** Subjects Mr. Austin to a different-inferior process, policy-procedure compared to Whites *(pp.104-106)* **2.** Excluding, denigrating, and segregating with racist per se violations of Civ Code sec. 1638-44 *(pp.106-107)* **3.** Discriminatory per se violations of fraud-deceit statute *(pp.107)* **4.** Using, false, derogatory racial stereotypes-epithets *"N\*gg\*r" -"Black Inferior or Criminal"-"Brute or*

**OPENING COMPLAINT - San Francisco County Superior Court**

*Buck"* to deprive *(pp.108-131)* **5.** Complete exclusion from certain feature of the contract he is explicitly told to expect inclusion per express contract terms *(pp.131-132)* . **6.** Willful violations of Capital One's explicit, precisely, defined contract Provisions *(pp.132-133)* **7.** Willful aiding and abetting disputed merchant to **a.** Discriminate **b.** Defame **c.** Defraud *(pp.133)* **8.** Malice & demonstrated Pretext as Capital One knows it just lied, per its own precisely publicly written contractual duties to its Customers, but did so to aid and abet, and magnify harm *(pp.133* ; *Exhibits A-Z).*

On its face, COF's policy is **1.** At least two-tiered (one for Blacks, like Mr. Austin, where they *presume Black Inferiority derogatory stereotypes-epithets and violate their own explicitly defined contract terms, and duties*, and one for Whites, where they follow their contractual requirement, and duties per current law), **2.** strange whereas COF's contract policy or procedure is public, explicit, and contractually defined, and should be straight forward and easy (especially as Mr. Austin made himself proactively available 50+ times), and COF already admitting owing Mr. Austin this at least 10 step contract process-procedure. ***COF breaks normal, contractually defined, precise, publicly advertised, protocol-procedures just to repeatedly, egregiously, and overtly, be racist-discriminatory against Mr. Austin.*** (*Exhibits A-Z)*

COF's typical 10 step policy-procedure for Whites is open, clear, and precise, serving as a separate comparator for displayed animus toward Mr. Austin. (*pp.104-133; Exhibit A-Z).* Mr. Austin sought to be treated the same way as typical approximately **10 step policy for Whites** *(pp.104-106)* and did everything he was supposed do, and more to contract per provision as similar situated Whites (*Exhibits A-Z).* However, COF treats Mr. Austin the exact opposite with **1.** outright exclusion via "relic of slavery" policy **2.** refusal to contract on the same basis as Whites **3.** Use of derogatory anti-Black epithets-slurs because he is Black (*Exhibits A-Z; pp.27-133).* It is unclear which 'COF' racial insult is worse, as both call Mr. Austin a *"N\*gg\*r"*-*"Black Inferior"-"Brute or Buck,"* whereas on one hand **1.** COF's conduct toward Mr. Austin in

violation of its explicit contract-policies-law (*Exhibits A-Z*) & presumes Mr. Austin, as a Black man, cannot read what Capital One's publicly defined contractual policy actually says (<u>Credit card dispute process | Capital One Help Center</u> "... *you can file a dispute at any time*.") which is direct a throwback to anti-literacy, Black Inferiority, pro-slavery policies or **2.** COF's knowing Mr. Austin can read, but showing that they are willing to break the law, explicitly breach precisely defined contract terms, CA and Federal laws just to call Mr. Austin a "*<u>N\*gg\*r</u>*"-"*<u>Black Inferior</u>*"-"*<u>Brute</u> or <u>Buck</u>*" because he is Black.

### E.    Breach of Contract.

Per <u>*CACI 300-303-Jury Instructions*</u> COF is liable for Breach of Mr. Austin's contract with COF.  Mr. Austin is a long-term COF customer, in contract, and in good standing with Cof.  As of 7.2.25, and 7.3.25 Mr. Austin has a 100% on time payment history, is proactive in his financial relationships, and is a great Capital One customer, per Capital One.



COF breached its contract with Mr. Austin between 7.4.24 and 7.4.25 when Mr. Austin sought to contract with Capital One in the same manner as Whites with full utilization of COF's dispute contract provision services (*as all COF customers are entitled to per express contract provisions*

per Credit card dispute process *"...After you file a dispute Once you submit your claim, here's what to expect:....Capital One will act as the "go-between" for you and the merchant, working on your behalf...."*    *"....How long do I have to file a dispute?.....If you want to file a dispute on our website or through the Capital One ...Mobile app you'll need to do so within 90 days of the transaction date. ...Otherwise, you can file a dispute at any time by calling the number on the back of your card... you may file a dispute at any time ....."* *(Exhibit A-I)* Each time Mr. Austin sought use of service-contract provision for this merchant between 7.4.24 and 7.4.25 he was denied-refused (i.e. 50+ adverse denials-refusals). *Exhibits A-G*

Instead of being treated according to the express contract provision-standards *(as precisely detailed by COF)*, or as similarly situated Whites, Mr. Austin was denied 50+ times by COF.   COF breaches contract, AND excludes, denigrates, & segregates Mr. Austin with racist per se violations of **1.** sections 1638-44 & **2.** explicit, publicly defined, COF contract provisions Credit card dispute process.   COF breaches its explicit-precise contract per **a.** *§ 1638 "The language of a contract is to govern its interpretation, if the language is clear and explicit..."* **b.** *§ 1639 "When a contract is reduced to writing, the intention of the parties is to be ascertained from the writing alone..."* **c.** *§ 1644 " the words of a contract are to be understood in their ordinary and popular sense* **d.** *CACI 300-303,* **e.** *1 Witkin, Summary of California Law (10th ed. 2005) Contracts, § 847* whereas *"a breach is the result of an intentional act, but negligent performance may also constitute a breach, giving rise to alternative contract and tort actions..."* and **f.** *Koire v. Metro Car Wash,* whereas *"Courts ... repeatedly held ... Unruh ... [applies to] unequal treatment [like] when [B]lacks were allowed to enter business establishments but were restricted to certain portions of the premises.... [like] ... segregated section.."*

Per Robinson v. Magee *"A contract is a voluntary and lawful agreement .... to do or not to do a specified thing"* **and** COF a. voluntarily defined the terms of the contract, b. advertises the expectations of the customers, like Mr. Austin, entering into contract, and c. precisely and

publicly explains exactly what those terms mean in very direct, basic, non-technical language with COF d. proactively promising to do specific things. Because COF's explicit, express, written contract language requires COF to conduct an approximate 10 step process, per precise publicly advertised guidelines, as a core contractual feature, when COF intentionally failed to take required action with disputed merchant COF then **1.** breached its contract with Mr. Austin and **2.** breaches the whole contract as the breach was a material component of the contract per **a.** Brown v. Grimes whereas *"A material breach of one aspect of a contract generally constitutes a material breach of the whole contract"* **b.** 1 Witkin, Summary of California Law (10th ed. 2005) Contracts, § 847 whereas *"The wrongful, i.e., the unjustified or unexcused, failure to perform a contract is a breach..."* **c.** TitanCorp. v. Aetna Casualty and Surety Co. whereas *"[W]e should interpret contractual language in a manner which gives force and effect to every clause rather than to one which renders clauses nugatory."* Both breached material terms in Capital One's publicly advertised contract **1.** *"Capital One will act as the "go-between" for you and the merchant, working on your behalf...."* **2.** *".... How long do I have to file a dispute?..... you can file a dispute at any time"* are intentionally written in easily understood *"plain, ordinary, popular"* language and thus according to California statutory rules of contracts per Hayter Trucking Inc. v.Shell Western E & P, Inc. *"...words in a contract are to be construed according to their plain, ordinary, popular ... meaning..."* for which Capital One's publicly advertised-explained-precisely-defined terms leaves no room for debate. COF breaches their own very straightforward material contract terms with Mr. Austin.

Per *§ 1981 - Equal rights under the law* -*".... the term "make and enforce contracts" includes the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms, and conditions of the contractual relationship."* Per COF's instructions on how to approach the dispute process Fraud & Disputes | Capital One Help Center Mr. Austin went step by step before deciding to utilize that provision, and dispute a set of

-158-

fraudulent-problematic charges on my account all from the same disputed Merchant-Vendor.  Instead of COF being honest, forthright, they utilized deceit, began lying explicitly, to discriminate and treat Mr. Austin less than, or in an inferior manner, as compared to similarly situated White Capital One Customers (*and explicit basic minimum standards*).  *"It has also been observed that the "truth rarely catches up with a lie" per the US Supreme Court in Gertz v. Robert Welch, Inc.,* but this time Mr. Austin not only **1.** caught up with a lie by COF in real time, **2.** provided COF 50+ opportunities to self-correct, but **3.** warned them of the defamatory-defrauding conduct of the disputed Merchant (whose charges were the bases of disputes). COF continues to breach.  Mr. Austin experiences financial, mental and emotional harm from these deceitful practices as COF is not only directly harming Mr. Austin by failing contract provisions costing him money outright, but also aiding and abetting the disputed merchant who defrauded, and is defaming, Mr. Austin with additional harms-injuries. (*Exhibits A-Z.*)

**F.    Negligence (Negligence Per Se & Gross Negligence).**

COF is a financial company-bank , public accommodation business under Unruh, and has a set of particular duties owed to the public including the *General Duty to Exercise Due Care* per Civil Code section 1714(a).  COF's usage of *"N*gg*r"*-*"Black Inferior or Criminal"*-*"Brute or Buck"* to deprive Mr. Austin in public accommodation, services-contracts violates *sec. 1714,* as well as COF's roles, responsibilities, express contract promises-requirements, and duties for business operating in the public trust. See e.g. BELL v. MARYLAND: *"...When we deal with [13th-15th] Amendments touching the liberation of [Black] people from slavery.... we deal with Amendments whose dominant purpose was to guarantee the freedom of the slave race & establish a regime where national citizenship has only one class....The manner .... the right to be served in places of public accommodations..."*

Provided the history and harms of these particular racist epithets-slurs, and their usage to

-159-

**OPENING COMPLAINT  - San Francisco County Superior Court**

deprive Black Men's, and Black People's, Citizenship, Constitutional, and other fundamental

rights, it is clear COF violates its duties of care via COF's usage per _Brown v. U.S. Taekwondo_

_"a person is liable for injuries caused by his failure to exercise reasonable care in the_

_circumstances."_  COF's duties to Mr. Austin, and the public, are heightened per BELL v.

MARYLAND and once COF created additional harms for Mr. Austin through usage of, and

aiding and abetting usage of, _"N*gg*r"_-_"Black Inferior or Criminal"_-_"Brute or Buck"_  COF

incurs an additional failed duty to correct-render aid for harms COF causes directly.  This is

especially true for COF _per CA laws, Constitution, Unruh Act, Civil Rights Act of 1964_ and a

variety of Statutes including _1981_.

For example per _Bell v. Maryland,_ because of the critical juncture COF operates Black

People in financial markets, _"We cannot blind ourselves to the consequences of a constitutional_

_interpretation which would permit citizens to be turned away by all the restaurants, or by the_

_only restaurant, in town. The denial of the constitutional right of Negroes to access to places of_

_public accommodation would_ **_perpetuate a caste system in the United States_**_. The Thirteenth,_

_Fourteenth and Fifteenth Amendments do not permit Negroes to be considered as second-class_

_citizens in any aspect of our public life. Under our Constitution distinctions sanctioned by law_

_between citizens because of race, ancestry, color or religion "are by their very nature odious to a_

_free people whose institutions are founded upon the doctrine of equality."_  _Bell v. Maryland_

continues and makes clear that any public accommodation business, not just restaurants, fall

under this gambit. COF's function has an even higher level of responsibility per _Bell v._

_Maryland,_: _"Here it is a restaurant refusing service to a Negro. .... But so far as principle and_

_law are concerned it might just as well be a hospital refusing ... admission to a sick or injured_

_Negro ..., ....or a drugstore refusing antibiotics to a Negro ...... or a bus denying transportation_

_to a Negro ...... or a telephone company refusing to install a telephone in a Negro's home....."_

These points are particularly salient provided Banks-Financiers, & Insurers sordid history

-160-

**OPENING COMPLAINT - San Francisco County Superior Court**

*(pp.27-133; Exhibit A-Z)*

COF's duties owed to Mr. Austin include **1.** a precise contractually defined 10 step process **2.** a still owed contract provision (despite COF failing their duties 50+ previous instances from 7.4.24-7.4.25) **3.** COF abiding by Unruh or per **§ 52:** *" is liable for each and every offense ... "* **4.**COF not treating Mr. Austin in an inferior manner as compared to similar White customers **5.** COF not having an *"exclusionary policy"... "on the basis of the person's membership in a protected category" per* White v. Square, **6.** COF not using derogatory per se illegal derogatory slurs-stereotypes-epithets like *"N*gg*r"-"Black Inferior "-"Brute or Buck"* (Exhibits A-Z) Despite duties owed Mr. Austin per those promises-duties, Capital One chose to **1.** breach its contract, **2.** lie about what the contract says www.capitalone.com/ help-center/fraud-disputes/ dispute-credit-charge, **3.** Discriminate-Segregate with "relic of slavery" policy **4.** Intentionally harm Mr. Austin **5.** Insult Mr. Austin's intelligence, and apparently ability to read publicly stated contract terms-process-policy and procedure it did so willfully knowing the harm to **a.** Mr. Austin, **b.** his customer credit rating/profile, **c.** his finances, and **d.** reputation that was being done in violation of Unruh, and other laws.

COF's completely fails its duties (steps 3-10) of its typical 10 step Credit card dispute process. The process typically includes **1.** Receiving the initial dispute from the customer either via mobile app, or website (if 90 days or less), or via phone if more than 90 days (*or if customer prefers phone communication*) **2.** written confirmation of receipt by COF **3.** written explanation of the next steps, and what to expect in the dispute process **4.** Communication with the merchant by COF acting as the go between and alerting the Merchant of the dispute, and what it says **5.** Allowance of a particular amount of time for the merchant to respond to the issues presented in the dispute **6.** The merchant may respond **7.** If the merchant's response addresses the concern substantively then COF alerts the customer **8.** If merchant response is substantive to customer's dispute, then COF provides the customer an opportunity to respond typically through Capital

**OPENING COMPLAINT - San Francisco County Superior Court**

One's document portal with specific needed information typically specified by Capital One in a specific amount of time **9.** If the customer responds, and addresses the response from the merchant per Capital One the dispute goes in favor of the customer, and if not it goes in favor of the merchant **10.** Either way the process allows for resolution, and both sides to be heard prior to resolution. COF failed their own precisely defined duties egregiously, and obviously, as steps 3.- 10 were completely skipped (Exhibit A-Z). COF just decided to deceive, defraud, discriminate against and lie to Mr. Austin because Mr. Austin is Black citing 60 days as the limit when the contract provision does not even reference 60 days, it cites 90 days. 90 days is only a convenience to be able to file the dispute via the app, or website, *not as a limitation as COF says explicitly: "you may file a dispute at any time* ....."

COF fails each of the above stated duties in the *extreme* with *willful* breach of duty, and a *wanton* want, or lack, of care. COF's negligence can be found in COF's **1.** failure to do what it is required to do, as well as **2.** doing what COF is prohibited by law from doing as *"Negligence can be found in the doing of an act, as well as in the failure to do an act."* (Rest.2d Torts, § 284.) COF's Negligence per se violations of statutory duties include *CA Civ Code § 1710, § 1638-44, Civ. Code § 45- 46, BPC Sec. 17200 (UCL); Civ. Code, § 1770 (CLRA), 13th-14th Amendments, Unruh Act, Civil Rights Act of 1964, 1981* (as described above). In process of attempting to contract with COF, Mr. Austin perceives at least Eight (8) distinct types of animus toward Mr. Austin each violative of Unruh (pp.104-133). COF **1.** Subjects Mr. Austin to a different-inferior process, policy-procedure as compared to similarly situated Whites **2.** Excluding, denigrating, and segregating, by per se violations of statutes, in the extreme, failing duties owed (*Exhibits A-Z*).

COF's Gross Negligence can be shown in the extreme nature of their *ongoing* violations showing malice, a complete want or scant want of due care by failing duties owed Mr. Austin in a flagrant, callous, insulting and malicious way while at the same time literally advertising to the

entire world their duty to fulfill those very duties to Mr. Austin, regardless of race.  Hypocrisy,

and Irony, don't begin to encapsulate the level of diabolical duty violations COF engages in

without remorse, or repentance especially provided the historical context, and their explicit

reference (in conduct, and word) to racist anti-literacy Black exploitation, enslavement, and

racist abuse. *(Exhibit A-Z)*.  COF goes out of their way to cause harm even while knowing Mr.

Austin did everything he was supposed to do, and attempted 50+ times to contract from 7.4.24-

7.4.25.  Like the US Supreme Court's *St. L. Iron Mtn. Ry. v. McWhirter* says *"the language of

the provision.... is **mandatory and .. the duty it imposes is a definite, absolute duty"** with

violations this extreme to be nothing less than willful, malicious, extreme and with want of even

scant care . *(Exhibits A-Z)*.

## G.    Aiding & Abetting Disputed Merchant's Defamation, Fraud

Per *CACI 3610 Jury Instructions* Capital One is liable for the tort of *Aiding & Abetting*

the disputed Merchant's *ongoing* Defamation Per Se, Discriminatory, and Fraudulent violations

of law. COF, *co-tortfeasor*, fails its own duties, breaches their express contract duties, lies about

their publicly stated, explained, precisely written contract provision (*doubly insulting to act like

Mr. Austin can't read: pp.27-133*), and then goes out of COF's way to break their standard

operation procedure just to be racist towards Mr. Austin (*while aiding and abetting the other

Merchant's ongoing injuries-harms*).  Before Mr. Austin initiated the dispute process that COF

he alerted Capital One of **1.** the merchant's fraud (as basis of dispute per Capital Ones

Instructions) **2.** their ongoing defamatory per se conduct, words, toward Mr. Austin which is also

connected to the dispute per. **a.** Upasani v.State Farm General Ins. Co. whereas *"A defendant

who acts with actual knowledge of the intentional wrong to be committed and provides

substantial assistance to the primary wrongdoer is not an accidental participant in the

enterprise"* **b.** Sindell v. Abbott Laboratories whereas *"one is subject to liability if he ... (b)*

-163-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

1  *knows that the other's conduct constitutes a breach of duty and gives substantial assistance or*

2  *encouragement to the other soto conduct himself, or (c) gives substantial assistance to the other*

3  *in accomplishing a tortious result and his own conduct, separately considered, constitutes a*

4  *breach of duty to the third person......Prosser states that 'those who ... further it by cooperation*

5  *or request, or who lend aid or encouragement to the wrongdoer, or ratify and adopt his acts*

6  *done for their benefit, are equally liable with him....Express agreement is not necessary..."*

7
8  COF had the opportunity to **1.** do its normal duty, **2.** follow its own specifically outlined

9  contractual promises, policy and procedure, and could **3.** have done its duty to check the

10  merchant's fraud, and defamatory statements. (Exhibit A-I).  Instead, COF did the exact

11  opposite, failed its duties owed Mr. Austin and joined in, *as a co-tortfeasor*, aiding and abetting,

12  through its own fraud (*misstatements of fact*) to deprive Mr. Austin of duties owed, and breach

13  their contract with him.  Per <u>American MasterLease LLC</u>, *"[W]hile aiding and abetting may not*

14  *require a defendant to agree to join the wrongful conduct, it necessarily requires a defendant to*

15  *reach a conscious decision to participate in tortious activity for the purpose of assisting another*

16  *in performing a wrongful act. . . .' The aider and abetter's conduct need not, as 'separately*

17  *considered,' constitute a breach of duty."*  Here, COF did both whereas **1.** Their own conduct

18  intentionally breached or violated duties owed Mr. Austin and **2.** Their conduct, with reference to

19  knowing violations of Mr. Austin rights whereas they had a duty to take certain actions (while

20  knowing disputed Merchant tortfeasor was harming Mr. Austin), failed their duties and provided

21  substantial assistance with foreknowledge of the ongoing wrongdoing.

22  Per <u>US Dominion, Inc. v. Fox News Network,</u> and the $787 million Dollar Settlement it

23
24  produced, Defamation, and Defamation Per Se are serious, and expensive, offenses-violations of

25  person's reputational interest.  Mr. Austin provided COF fair warning of the disputed Merchant's

26  published usage of *"<u>N*gg*r</u>"*- *"<u>Black Inferior or Criminal</u>"*- *"<u>Brute</u> or <u>Buck</u>"* slurs- epithets, to

27  pair with the Merchant's fraud and urged COF to not join in their fraud, nor their Defamatory

28

statements-conduct per <u>*US Dominion, Inc. v. Fox News Network, LLC, C. A.*</u> *"...made the challenged statements with knowledge of their falsity or with reckless disregard of their truth........ Court can infer that the defendant "inten[ded] to avoid the truth.""* The disputed Merchant knows what they are doing is per se illegal, and wrong, knows the harmful statements-conduct they are currently engaged is false, and defamatory per se, but Mr. Austin had higher hopes for *COF.*

COF chose to **1.** breach its contract, **2.** deceive-lie about what the contract says www.capitalone.com/help-center/fraud-disputes/ dispute-credit-charge, **3.** Discriminate and Segregate with ***"relic of slavery"*** policy 4. Intentionally harm Mr. Austin **5.** Insult Mr. Austin's intelligence, and ability to read publicly stated contract terms-process-policy. COF did so willfully. COF knew the harm to Mr. Austin, his customer credit rating/profile, his finances, and reputation that was being done, but chose to aid and abet (while violating the law themselves).

The disputed merchant's falsely impugning criminality to Mr. Austin *"is an invasion of the interest in reputation..."* per <u>Smith v. Maldonado</u>. Per *Civ. Code § 46* and US Supreme Court's <u>*Carey v. Piphus*</u>, the disputed merchant is defaming Mr. Austin by directly falsely accusing him of being a criminal whereas defamation is *"a false and unprivileged publication ... which ... [t]ends directly to injure him in respect to his office, profession, trade or business, either by imputing to him general disqualification ... or by imputing something ... that has a natural tendency to lessen its profits[.]"* ... and includes.. *"false statements imputing to a person a criminal offense, a ... matter affecting adversely a person's fitness for trade, business, or profession ..."* See also e.g. <u>Weinberg v. Feisel</u>; Per *Civ. Code § 45* Falsely calling-insinuating a person is criminal,( *"<u>Black Criminal</u>"*) as the disputed merchant is doing to Mr. Austin repeatedly , is so illegal that when spoken to at least one other person, or written (published), it is *per se illegal* and Actionable on its face (*defamation per se*). The reason it is actionable on its face is because that statement *"is defamatory of the plaintiff without the necessity of explanatory*

1   *matter"* per *Tonini v. Cevasco* , and *Babcock v. McClatchy Newspapers.*

2       Per Professor Witkin observations-guidance, the disputed merchant's false *"charge of*

3   *commission of some kind of crime is obviously libel per se."* 5 Witkin, Summary of Cal. Law

4   (10th ed. 2005) Torts, § 542, p. 795. The Merchant's **1.** false statements combined with **2.**

5   conduct toward Mr. Austin based on those false statements (despite it violating Unruh, and other

6   laws) Combined with **3.** conduct impugning Mr. Austin with racist derogatory epithets-slurs-

7   stereotypes *"N\*gg\*r"*-*"Black Criminal"*-*"Brute or Buck"*  *simultaneously violates a host of*

8   *defamation per se precedent* per  a. *Christian Research Institute v. Alnor*  b. *Maher v. Devlin*, c.

9   *Stevens v. Snow*, d. *Edwards v. San Jose Printing & Publishing Soc.*, e. *Boyich v. Howell*, f.

10  *Dethlefsen v. Stull*, g. *Bates v. Campbell*,  h. *Albertini v Schaefer*,  i. *Megarry v. Norton* j.

11  *Maidman v. Jewish Publications* k. *Williams v. Daily Review*, l. *Patton v. Royal Industries*, m.

12  Clay v. Lagiss, n. *Cunningham v. Simpson*

13

14      The disputed merchant escalated its conduct with Defamation per se conduct as it not

15  only verbally made statements to at least 10 of its own agents, but wrote down for who knows

16  how many others within their internal system, that Mr. Austin is a "Black criminal," and on that

17  basis is **1.** depriving his right to public accommodation contract, **2.** Blacklisting him from

18  customer contracts. See e.g. *Sommer v. Gabor* *"[T]he jury was instructed that if it found that*

19  *defendant published matter that was defamatory on its face and it found by clear and convincing*

20  *evidence that defendant knew the statement was false or published it in reckless disregard of*

21  *whether it was false, then the jury 'also may award plaintiff presumed general damages.'*

22  *Presumed damages 'are those damages that necessarily result from the publication of*

23  *defamatory matter and are presumed to exist. They include reasonable compensation for loss of*

24  *reputation, shame, mortification, and hurt feeling[s]....."* Mr. Austin has no way of knowing the

25  full extent of the damages (or how many people in total) the disputed merchant made these

26  verbal, or written, set of derogatory statements, but knows it was far more than one (1) other

27

28

**OPENING COMPLAINT - San Francisco County Superior Court**

person as the law requires per <u>Smith v. Maldonado</u> *"Publication means communication to some third person who understands the defamatory meaning of the statement and its application to the person to whom reference is made. Publication need not be to the 'public' at large; communication to a single individual is sufficient."* Mr. Austin provided repeated, and fair warning for COF to not engage in conduct, as a co-tortfeasor, that would aid and abet the disputed merchant's *ongoing* fraud nor their defamation, but COF not only did so, but actively failed independently owed duties to Mr. Austin.

The disputed merchant **1.** made statements-conduct was explicitly understood by their own agents, repeated to Mr. Austin, as *"statement[s] of fact rather than opinion"* **2.** knew slurs-epithets *"N\*gg\*r"*-*"Black Criminal"*-*"Brute or Buck"* for Mr. Austin were false, and thus were absolutely malicious showing an extreme reckless disregard for truth-malice (just to be racist per <u>Jackson v. Paramount Pictures Corp.</u> *"Actual malice... [requires].... refrain[ing] from .... acting in reckless disregard of the truth.")* ; <u>St. Amant v. Thompson</u>, *"...Publishing [orally or written] with such doubts shows reckless disregard for truth or falsity and demonstrates actual malice.."* It is of note the disputed merchant never asked Mr. Austin to clarify any questions, and took none of the hundreds of opportunities to self correct from Mr. Austin's inquiries, internal complaints, phone calls, emails, etc. showing an extreme *"failure to investigate .... anger and hostility toward the plaintiff.."* also indicating <u>Actual Malice</u> per <u>Sanders v.Walsh</u>, or <u>Young v. CBS Broadcasting,Inc.</u> quoting <u>Reader's Digest Assn.</u>

Per the US Supreme Court's <u>Heckler v. Mathews</u>, the disputed merchant's usage of *"N\*gg\*r"* - *"Black Brutes or Bucks"*- *"Black Criminal"* derogatory slurs is defamation per se, AND simultaneously creates: *"Stigmatic injury—i.e., "stigmatizing members of the disfavored group as innately inferior and therefore as less worthy"."* The disputed merchant's *illogical* racially abusive-racist conduct is like smearing feces on a clean person, as part of targeted racial abuse, just to say they stink, as TSLA did to Owen *Diaz* per <u>Diaz v. Tesla, Inc.,</u>

**OPENING COMPLAINT - San Francisco County Superior Court**

1   (see excerpt above);    For the disputed merchant it is not enough to fail to serve or make

2   contracts with Mr. Austin as the law requires, because he is Black.  Their animus requires that

3   they go further by attempting to defame-label him racist derogatory-epithets- slurs.  The

4   merchant's *illogical* racist conduct is like repeatedly calling someone a 'n-word' or its offshoot

5   in a professional setting knowing HR-leadership doesn't correct, reprimand, or take action on

6   racial abusers (*just to show they can get away it*).  The disputed merchant's uses *"N\*gg\*r"* -

7   *"Black Brutes or Bucks"*- *"Black Criminal"* slurs-derogatory stereotypes to make other persons

8

9   be seen as, feel like, "inferiors" or provide false 'superiority' complexes for its racial abusers.

10          What's worse is now, COF has chosen to engage, and provide assistance as a co-torfeasor

11  to this horrible conduct, while they too a. Know better b. Have the ability to do better but c.

12  choose to violate Mr. Austin's rights. See e.g. EQUAL EMPLOYMENT

13  OPPORTUNITY  COMMISSION, Plaintiff, v. TESLA, INC.(see above excerpts). Smearing

14  sh\*t (or poop) on someone is a horrendous-fireable, offense, especially in context of racial abuse

15  (i.e.*Diaz*).  Metaphorically, smearing sh\*t-poop on someone's name, in context of racial abuse

16  (with defamatory & derogatory stereotypes-slurs-epithets), to deprive a Black man's

17  fundamental public accommodation right to contract is *perhaps more damaging*.  See BELL v.

18  MARYLAND (excerpt above)  The Ninth Circuit's *Knievel v. ESPN* highlights the magnitude

19

20  of damage whereas the disputed merchant repeatedly, and literally *"was ... accusing .. of ...*

21  *criminal activity"* plus adverse-denials (*unlike* what the majority labeled as *"loose, figurative,*

22  *slang language"* in *Knievel).*  The disputed merchant's defamatory (per-se) harm reverberates in

23  all life's areas: economic, emotional, etc. whereas *"with considerable less lilt than Iago, but ...*

24  *same desire to poison the mind not of a Moor — but of millions — defendant"* smears sh\*t (or

25  poop) on Mr. Austin's name. See Knievel v. ESPN, 393 F.3d 1068-79 (9th Cir. 2005) (*"Good*

26  *name in man ... Is the immediate jewel of their souls.... he that filches from me my good name*

27  *Robs me... And makes ...poor indeed... Othello... (1604)"*)

28

-168-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

It makes zero sense, and is completely irrational, as to why COF could on one hand do its explicitly defined, self-described duties, and avoid becoming a co-tortfeasor, but chose the other hand to violate its own self defined contractual duties, publicly advertised, with full knowledge it was aiding and abetting the disputed Merchant's illegal conduct when doing so.  Whatever its own internal reasoning mechanisms, COF's choices have consequences, and liability per Upasani v.State Farm General Ins. Co. *"A defendant who acts with actual knowledge of the intentional wrong to be committed and provides substantial assistance to the primary wrongdoer is not an accidental participant in the enterprise."*

**OPENING COMPLAINT - San Francisco County Superior Court**

**CONCLUSION: Minimum demand $1.5 - $5.5 million**

Mr. Austin's ***minimum demand*** is in the range of $1.5 - $5.5 million depending on the

overall structure, and timing, of COF's offer per its **50+** Unruh, and other legal violations

between **7.4.24 - 7.4.25**.  Also, Mr. Austin seeks Injunctive relief for COF to immediately correct

its illegal conduct.  If COF chooses to proceed to Trial, instead of ADR, Mr. Austin shall seek

compensatory, punitive, and injunctive relief and remains open to non-litigious resolution

options at stated price range.

**Signed, Under Penalty of Perjury.**

*"I, Mr. George Jarvis Austin, declare, certify, verify, or state, under penalty of perjury under the laws of the*
*California (& the US), that the foregoing specific, numbered , declarations of precise facts, cross referenced with*
*filings-documents on the record, are true and correct (and as I Mr. Austin personally experienced)."*

**s/ George Jarvis Austin        7.4.25**

-170-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

1  GEORGE JARVIS AUSTIN
   2107 Montauban Court
2  Stockton, CA, 95210
   209.915.6304
3  georgejarvisaustin@gmail.com; gaustin07@berkeley.edu

4  GEORGE JARVIS AUSTIN, IN PRO PER

5

6              SUPERIOR COURT OF THE STATE OF CALIFORNIA

7                  FOR THE COUNTY OF SAN FRANCISCO

8

9  **GEORGE JARVIS AUSTIN**              )   Case No.: _**To Be Determined**_ CGC-25-627090
                                         )
10                Plaintiff(s),          )   **OPENING COMPLAINT**
                                         )
11     vs.                               )   **EXHIBIT LIST**
                                         )
12  CAPITAL ONE, FINANCIAL               )
    CORP.(3335211); *per CaliforniaSecretary of* )
13  *State;* Publicly traded as '"COF"   )
    www.capitalone.com,                  )
14                                       )
                                         )
15                Defendant(s).
16

17  _____

18

19

20

21

22

23

24

25

26  DATED: 7.4.25
27                                   *s/ George Jarvis Austin*
                                        In Pro Per
28

                              -1-

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**07/10/2025**
**Clerk of the Court**
BY: WILMA CORRALES
Deputy Clerk

1

**OPENING COMPLAINT: EXHIBIT LIST**

2

**EXHIBITS (A - Z)**

3

**Exhibit <u>A</u>** -Declaration; Written Notice to COF agents of aiding and abetting, after already

4
providing spoken notice to at least 4 Agents,  Pristine background checks

5
**Exhibit <u>B</u>** - COF's Express Contract Provision per <u>CA Civ Code contract sections 1638-44;</u>

6
<u>Credit card dispute process | Capital One Help Center</u>; "...*After you file a dispute Once you*

*submit your claim, here's what to expect: ....Capital One will act as the "go-between" for you*

7
*and the merchant, working on your behalf....How long do I have to file a dispute?.......you*

8
*can ... you may file a dispute at any time* ....."; <u>*CA Civ. Code 1638*</u>; <u>*CA Civ. Code 1639*</u>;

<u>*CA Civ. Code 1644*</u>; <u>*CACI 300-303*</u> *Jury Instructions,*

9
**Exhibit <u>C</u>** - File a Dispute - <u>Fraud & Disputes | Capital One Help Center</u>;

10
<u>Mail_dispute_template.pdf</u>

**Exhibit <u>D</u>** -Confirmation of Fax receipt; Initial Faxed items dispute requests (redacted)

11
**Exhibit <u>E</u>** - Capital One's Initial Document & Document breaching contract, with

*<u>written deceit; aids & abets fraud & defamation per se</u>*

12
**Exhibit <u>F</u>** - Follow Up Faxed items dispute requests after deceit (redacted)

13
**Exhibit <u>G</u>** - Credit Score Importance, and Factors, Compilation

**Exhibit <u>H</u>** - Profiting from Black Pain and Exploitation: Compilation of

14
Financial Institutions, Insurers, who financed Black Enslavement

15
**Exhibit <u>I</u>** - Antebellum Enslaver States uses of <u>*Anti-Literacy*</u>, anti-Black derogatory slurs-

stereotypes for explicit purposes of Black enslavement to insult, exploit, and deprive

16
similar to COF's uses toward Mr. Austin via COF's ***"relic of slavery"*** policy

**Exhibit <u>J</u>** - <u>*White v. Square*</u> CA Supreme Court - highlighted

17
**Exhibit <u>K</u>** - Wikipedia Stereotypes of African Americans

18
<u>Stereotypes of African Americans - Wikipedia</u>

**Exhibit <u>L</u>** - Jim Crow Museum:: The Black Brute Caricature - <u>The Brute</u>

19
<u>Caricature - Jim Crow Museum</u>

**Exhibit <u>M</u>** - Wikipedia Criminal Stereotypes of African Americans

20
<u>Criminal stereotype of African Americans - Wikipedia</u>

21
**Exhibit <u>N</u>** -  Jim Crow Museum: "N*gg*r and Caricature"

<u>N*gg*r and Caricature - Anti-Black Imagery - Jim Crow Museum</u>

22
**Exhibit <u>O</u>** - Department of Justice Black Criminal [Derogatory]

23
Stereotypes and Racial Profiling <u>www.ojp.gov/ncjrs/virtual-library/</u>

<u>abstracts/Black-criminal-stereotypes-and-racial-profiling</u>

24
**Exhibit <u>P</u>** - <u>*Lynching of African-American Veterans after World War I - Wikipedia*</u>

25
**Exhibit <u>Q</u>** - <u>*lynching-in-america-targeting-Black-veterans- web.pdf*</u>)

**Exhibit <u>R</u>** - <u>James K. Vardaman - Wikipedia</u>;

26
**Exhibit <u>S</u>** - <u>The Black Holocaust .....| The Lynching Sites Project of Memphis</u>

27
**Exhibit <u>T</u>** - <u>What is the Black Holocaust? - America's Black Holocaust Museum</u>.

28

**OPENING COMPLAINT  -  San Francisco County Superior Court**

**Exhibit U** - *Oxford Global History of Capitalism* - Mansa Musa of Mali : Gold, Salt, and  Storytelling in Medieval West Africa globalcapitalism.history.ox.ac.uk/files/ghocmansamusainmalipdf

**Exhibit V** - *Smithsonian Magazine* -  New Exhibition Highlights Story of the Richest Man Who Ever Lived - Mansa Musa, emperor of Mali, who .. disrupted Egypt's economy just by passing through; www.smithsonianmag .com/smart-news/richest-man-who-ever-lived-180971409/ ;

**Exhibit W** – *Mansa Musa – Wikipedia* - *Mansa Musa - Wikipedia*

**Exhibit X** - *Chicago Tribune* -  The richest man ever was not named Gates or Bezos; he was king of Mali in the Middle Ages www.chicago tribune.com/2019/01/27/the-richest-man-ever-was-not-named-gates-or-bez os-he-was-king-of-mali-in-the-middle-ages/ ;

**Exhibit Y** - *History*- 14th-Century African Emperor Remains the Richest Person in History Forget today's tech billionaires… wealth of Mansa Musa of Mali was too vast to be imagined, or equaled www.history.com/ articles/who-was-the-richest-man-in-history-mansa-musa

**Exhibit Z** - Good Credit Score and 100% on time Payments

-3-

**OPENING COMPLAINT  -  San Francisco County Superior Court**

1  GEORGE JARVIS AUSTIN
   2107 Montauban Court
2  Stockton, CA, 95210
   209.915.6304
3  georgejarvisaustin@gmail.com; gaustin07@berkeley.edu

4  GEORGE JARVIS AUSTIN, IN PRO PER

ELECTRONICALLY
**FILED**
*Superior Court of California,*
*County of San Francisco*

**07/10/2025**
**Clerk of the Court**
BY: WILMA CORRALES
Deputy Clerk

5
6          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

7               **FOR THE COUNTY OF SAN FRANCISCO**

8

9  **GEORGE JARVIS AUSTIN**                    )      Case No.: ***To Be Determined***
                                              )
10                    Plaintiff(s),            )      **OPENING COMPLAINT**
                                              )
11          vs.                                )      **DECLARATION PER COF's Instructions**
                                              )      **and subsequent deceit, failures of duties,**
12  CAPITAL ONE, FINANCIAL                     )      **racist practices, and aiding and abetting.**
    CORP.(3335211); *per CaliforniaSecretary of* )
13  *State;* Publicly traded as '"COF"          )
    www.capitalone.com,                        )
14                                             )
                                              )
15                    Defendant(s).

16

17  _____

18

19

20

21

22

23

24

25

26  DATED: 7.4.25

27                                    *s/ George Jarvis Austin*
                                              In Pro Per
28

                                        -1-

**OPENING COMPLAINT - San Francisco County Superior Court**

**OPENING COMPLAINT: DECLARATION of COF's Contract, Instructions, Promises Advertised & Conduct under Penalty of Perjury.**

1.    I, Mr. Austin, declare, certify, verify or state, under penalty of perjury under the laws of California that the foregoing information of personally experienced facts are true, and correct.

2.    Mr. Austin is a long-term Capital One ('COF') customer, in contract, and in good standing with COF.  As of 7.2.25, 7.3.25 Mr. Austin **a.** has a 100% on time payment history, **b.** is proactive in his financial relationships, **c.** is a great Capital One customer, *per Capital One.*



3.    One of the material, essential, and publicly advertised-defined-explained contract features is the dispute process  Credit card dispute process | Capital One Help Center : *"...After you file a dispute Once you submit your claim, here's what to expect:....Capital One will act as the "go-between" for you and the merchant, working on your behalf...."    "....How long do I have to file a dispute?.....If you want to file a dispute on our website or through the Capital One ...Mobile*

**OPENING COMPLAINT  -  San Francisco County Superior Court**

*app you'll need to do so within 90 days of the transaction date. ...Otherwise, you can file a dispute at any time by calling the number on the back of your card... you may file a dispute at any time ..... " (Exhibit A-G)*

**4.**     Per Capital One's written contract-policy disputes can be filed for a variety of reasons including merchant fraud, and a variety of other wrongdoing <u>Fraud & Disputes | Capital One Help Center</u>.

**5.**     While conducting outside due diligence for another purpose, Mr. Austin was made aware of a merchants' conduct that fit the reasoning per Capital One for filing a dispute.

**6.**     Mr. Austin took his time, read through all of COF's internal, and public facing, documents on the topic.   Per Capital One's dispute process instructions <u>Fraud & Disputes | Capital One Help Center</u>, Mr. Austin went step by step before deciding to utilize that provision, and dispute a set of fraudulent problematic charges from the same Merchant. *(Exhibit A-G)*

**7.**     Mr. Austin called, in accordance with the publicly explained dispute contract process-policy.  He had all of the required information prepared, and available, for the COF agents.

**8.**     Before filing dispute Mr. Austin spoke with several COF agents to ensure he had all needed information for dispute.

**9.**     Although not required for contract's dispute provision, Mr Austin **a.** has a pristine, clean & clear background **b.** Has great-strong character (*eligible for any employment, or position*), **c.** takes healthy pride and joy in his African-American-Black heritage **d.** Does not degrade himself, nor accept substandard treatment (from anyone) **e.** Is a good person **f.** Has good credit, timely pays his debts in top 1%, above 99.66% of others., per Credit Karma and **g.** Is a straight A (and A+) student (last 9 semesters) *Exhibit A-Z.*

**10.**     During filing, Mr. Austin spoke with and alerted at least 4 agents that the merchant he was disputing was engaged in illegal conduct against Mr. Austin (including fraud, defamation, and other legal wrongs).  Mr. Austin also alerted COF that the disputed merchant had extremely

poor communication and was like talking to a brick wall.

**11.**    Between 7.4.24 and 7.4.25 Mr. Austin sought to contract with Capital One in the same manner as Whites with full utilization of Capital One's dispute contract provision services (*as all Capital One customers are entitled to utilize per express contract provisions*).

**12.**    Mr. Austin called, and did all these steps COF instructs, to file the dispute via phone as 90 days had already passed.  Mr. Austin provided all the necessary information per the COF agents and was told verbally about the approximately 10 step process typical for COF customers.

**13.**    Mr. Austin was provided insight into COF's typical dispute policy Credit card dispute process  for White similarly situated customers per Mr. Austin's multi-year-modality, active due diligence speaking with over 100 COF agents, faxing, reading all contract, website, information provided over long term COF contractual-relationship (*including the calls for this specific dispute contract provision*).  COF's typical policy includes **1.** Receiving  initial customer dispute via mobile app, website, or phone if more than 90 days (*or if customer prefers phone communication*) **2.** written confirmation of receipt by COF  **3.** written explanation of the next steps, and what to expect in the dispute process **4.** Communication with the merchant by COF acting as the go between and alerting the Merchant of the dispute, and what it says **5.** Allowance of a particular amount of time for the merchant to respond to the issues presented in the dispute **6.** The merchant may respond **7.** If the merchant's response addresses the concern substantively then COF alerts the customer **8.**  If merchant response is substantive to customer's dispute, then COF provides  the customer an opportunity to respond typically through Capital One's document portal with specific needed information typically specified by Capital One in a specific amount of time **9.** If the customer responds, and addresses the response from the merchant per Capital One the dispute goes in favor of the customer, and if not it goes in favor of the merchant **10.** Either way the process allows for resolution, and both sides to be heard prior to resolution.

**OPENING COMPLAINT  -  San Francisco County Superior Court**

**14.**    There was a slight delay in full processing and Mr. Austin followed up again, reminding them of the issues the merchant was engaged in.  Mr. Austin was also sharing per prompt of the agent that Mr. Austin was African-American or Black, and was also being discriminated against by the same merchant to alert of the seriousness of this particular dispute, and was assured would the agents working on the first steps would be completed shortly, and would receive written confirmation shortly thereafter.

**15.**    COF completely changed course and stated in writing they did not have ability to dispute beyond 60 days shortly after Mr. Austin disclosed his race to those agents he followed up with, after not receiving written timely confirmation as promised on the initial calls.   COF completely reversed everything said on the phone within 48-72 hours of that racial disclosure via phone (Exhibit *A-Z*) See embedded example.  The stated reason contradicts the publicly advertised and defined material contract policy and was in complete contradiction to the verbal statement made by agents on the phone.

Capital One | VENTURE ONE    P.O. Box 30279
Salt Lake City, UT 84130-0279

July 03, 2025

GEORGE J AUSTIN
2107 MONTAUBAN CT
STOCKTON, CA 95210

VentureOne Credit Card
Case Number:
Creditor: Capital One N.A.

Dear GEORGE J AUSTIN,

Here's an update on your dispute with .        billed on        for

We have a limited amount of time to reverse a charge on our customer's accounts. Unfortunately, that timeframe has expired.          If you want to dispute a charge in the future, please let us know within 60 days of receiving the statement that shows the disputed charge.

If you still want to dispute the charge, please contact the merchant and work directly with them. At this time, we consider your case closed. We apologize for any inconvenience. If you have questions, please give us a call at 1-800-887-8643. We're available from 7 a.m. to 1 a.m. ET, seven days a week.

Sincerely,

Capital One | Transaction Support Center

© 2025 Capital One. Capital One is a federally registered service mark.

-6-

OPENING COMPLAINT  -  San Francisco County Superior Court

**16.** _**Before** Mr. Austin 1. Identified himself as Black 2. Alerted COF of the merchant's disputed ongoing fraudulent, defamatory per se, and discriminatory conduct because he is Black_, COF **1.** openly communicated, and explained the typical process **2.** Previously completed the entire dispute process (so Mr. Austin knows first-hand how it is supposed to occur), **3.** confirmed receipt-acceptability of all dates-amounts of charges from the particular Merchant to be disputed, **4.** confirmed he all the disputes were in cue, and in process of going through the typical 10 step process for White COF customers **5.** informed: he will receive a portal document for each of the separate disputes with a specific reference number for each dispute, **6.** openly welcomed Mr. Austin to dispute this, and asked if he had any other disputes that needed to be completed along with this series of charges from that merchant. (_Exhibits A-K_). _**After** Mr. Austin 1. Identified himself as Black 2. Alerted COF of the merchant's disputed ongoing fraudulent, defamatory per se, and discriminatory conduct because he is Black_, (through uploads self-description, photos-identification, etc.) COF **1.** Hijacked the normal 10 step process, **2.** refused to contract as done with Similarly situated Whites on this portion of the contract provision,, **3.** deprived contract Rights, and failed to explain why they are presently advertising one thing, that all customers should expect, but practicing a discriminatory policy-procedure nor effectively communicating as to the sudden change in tone, approach, and standard publicly defined operating procedure. Credit card dispute process | Capital One Help Center

**17.**      Per Capital One, when Mr. Austin provided all needed information, and Capital One confirmed that the dispute was filed-begun, Capital One's next formal step was to send that complaint to the disputed Merchant Credit card dispute process | Capital One Help Center "...After you file a dispute Once you submit your claim, here's what to expect: ....Capital One will act as the "go-between" for you and the merchant, working on your behalf....". (_Exhibit A-G_)  Yet, this is where COF's lies began, and their entire process was hijacked by their own discriminatory animus toward Mr. Austin. COF lied using obvious pretext (60 days)

contradicting their own written policy-contract statements to attempt to cover up their

discriminatory motive. (*Exhibit A-G*)

**18.**     Capital One was provided the opportunity to do their duty, but chose instead to explicitly

lie (deception) saying Capital One can only dispute matters within 60 days of the billing cycle

(*Exhibit A-G*), however their 1. Explicit 2. Publicly stated 3. Publicly documented 4. Precisely

spelled out (substantive-procedural) explanation of this *contract provision says the exact*

*opposite*: Credit card dispute process | Capital One Help Center *"....How long do I have to file a*

*dispute?.... you can file a dispute at **any time** ....."* (*Exhibit A-G*)

**19.**     COF failed their own precisely defined duties egregiously, and obviously, as steps 3.-10

were completely skipped (*Exhibit A-G*).  COF just decided to deceive, defraud, discriminate

against and lie to Mr. Austin, because Mr. Austin is Black, citing 60 days as the limit.  The

contract provision does not even reference 60 days, it cites 90 days.  And, 90 days is only a

convenience to be able to file the dispute via the app, or website, *not as a  limitation as COF*

*says explicitly: "you may file a dispute at any time* ....."  (*Exhibit A-Z*)

**20.**     Each of 50+ times Mr. Austin sought use of service-contract provision for this merchant

between 7.4.24-7.4.25 he was denied-refused. (*Exhibit A-G*)

**21.**     Instead of being treated according to the express contract provision standards (*as*

*precisely detailed by Capital One*), or like similarly situated Whites, Mr. Austin was denied 50+

times by Capital One. (*Exhibit A-G*)  Per *42 U.S. Code § 1981 - Equal rights under the law -"....*

*the term ...includes ...making, performance, modification, ... of contracts, and the enjoyment of*

*all benefits, privileges, terms, and conditions of the contractual relationship."*

**22.**     Instead of Capital One being honest, forthright, they utilized deceit, began lying

explicitly, to discriminate and treat Mr. Austin less than, or in an inferior manner, as compared to

similarly situated White Capital One Customers (*and explicit standards*).  *"It has also been*

*observed that the "truth rarely catches up with a lie"* per the US Supreme Court in *Gertz v.*

*Robert Welch, Inc.*,, but this time Mr. Austin not only **1.** caught up with a lie by COF in real time, **2.** provided COF 50+ opportunities to self-correct, but **3.** warned them of the defamatory-defrauding conduct of the Merchant whose finance charges were the bases of the dispute. *(Exhibit A-G)*

**23.**    When COF made this statement toward Mr. Austin they actually made two simultaneous discriminatory, deceitful, misstatements of fact. *(Exhibit A-G)* First, COF lied about their dispute process methodology whereas per contract provision they promise "....*Capital One will act as the "go-between" for you and the merchant, working on your behalf....*" when in fact they only pretended to file the dispute (the initial machinations), but purposefully short-circuited the process saying that they do not dispute beyond 60 days. *(Exhibit A-G)* Second, COF lied about their dispute process time-frame whereas per their self-defined, publicly articulated, contract provision they promise *"....How long do I have to file a dispute?..... you can file a dispute at any time ...."* *(Exhibit A-G)*

**24.**    Per the Unruh Act, and *Jackson v. Superior Court (Home Savings of America)* not only are Banks-Financial Companies liable under Unruh, but *"When it refuses to allow an African American [a] courtesy because of his or her race, the bank denies that person the "full and equal accommodations, advantages, privileges or services" of the bank.....We conclude that [Donald Jackson] was pursuing an accommodation, advantage or privilege of the bank within the meaning of the Unruh Civil Rights Act when he accompanied his clients to the bank to aid them in transacting their business and that he has stated a cause of action under the Unruh Civil Rights Act by alleging that he was discriminated against in the exercise of this accommodation because of his race...."* Capital One's violations of Mr. Austin's Unruh rights to accommodation contracts (in the same way as similarly situated Whites) is even more direct-harmful, as **a.** Mr. Austin is COF's customer-client  and **b.** the right (*not simply a courtesy*), is an exercise of expressly stated contract provision and right, or *"accommodation, advantage or*

**OPENING COMPLAINT - San Francisco County Superior Court**

1  *privilege of the bank"* per COF's contract.  Yet, COF chose to **1.** Discriminate **2.** Deceive and **3.**

2  Aid and Abet Defamation per se-fraud by the Merchant's charges (*for which the contract*

3  *dispute-provisions are to be used*).  See e.g. COF 7.3.25 document (1 Example).



22  **25.**    COF already violated Mr. Austin's Unruh rights 50+ times (*multiple times in writing, as*

23  *well as verbally*).  Even if they changed course, *going forward from this very moment*, COF has

24  already <u>demonstrated tremendous animus</u>, deceitful motive, willingness to break the law, and

25  breach of explicit contract just to harm Mr. Austin.  Future corrections, though mandated by law,

26  do not alone correct these past harms whereas COF knowingly, willfully,& purposefully harmed

27  Mr. Austin 50+ times. (*Exhibit A-G*) For example, if COF, or a commissioned COF agent,

**OPENING COMPLAINT  -  San Francisco County Superior Court**

attempted to kill Mr. Austin 50+ times, failed at killing, but was caught attempting, and tried, but then vowed going forward to never try again, COF would still be accountable for the previous attempted murders. Mr. Austin would appreciate the removal of threats to his life from COF going forward, but that doesn't excuse the already committed harms of the previous 50+ attempts in a criminal context: the same is true for COF's 50+ civil wrongs to Mr. Austin.

**26.** Per Unruh Act § 52: *"((a) Whoever denies, aids or incites a denial, or makes any discrimination or distinction contrary to Section 51, 51.5, or 51.6, is <u>liable for each and every offense</u> for the actual damages, and any amount that may be determined by a jury..."* For a restaurant an Unruh violation may be in seeking to order food, like similarly situated others, but singled out for one or more protected characteristics and **a.** Denied outright failing to make public accommodation contract, **b.** charged more than similar others for the same food, or **c.** treated in an inferior manner (i.e. segregated seating, or racially derogatory-abusive comments-treatment etc.). See e.g. <u>Koire v. Metro Car Wash</u>, (holding that the Unruh Act prohibits companies from imposing unreasonable pricing differentials based on protected characteristics like Race, Gender or Disability ). See also e.g. *<u>Hutson v. Owl Drug Company's</u>* (where White worker yelled *"What did you serve the n\*gg\*r for?....[they] could have set there until tomorrow, [& still wouldn't be served]."*)

**27.** For Banks-Financial Institutions, like Capital One, whose duties include making-performance-enforcement of contracts per the minimum standards in the law, and according to the contract *regardless of race, sex, nor disability*, etc. an Unruh violation could be **a.** Charging higher interest rates, assessing more fees, extending less credit than similarly situated Whites, or others, **b.** Inferior treatment of Black claimants (i.e. segregating them with use of different-inferior policies, practices, or procedures, or violating certain contract features, benefits, privileges, rights, etc. as compared to Whites, or others) **c.** Outright exclusion or denial and failure to make-perform-enforce a public accommodation  contract in the same way as similar

-11-

**OPENING COMPLAINT - San Francisco County Superior Court**

Whites, or exclusion from a particular contract provision (even when COF explicitly details out the provision Credit card dispute process | Capital One . (*Exhibit A-K*)

**28.**    Mr. Austin was denied access to contract provision 50+ times, in the same way as similar situated Whites, *outright*, despite COF's precise and public explanation of exactly what all customers, like Mr. Austin, should expect from COF's Credit card dispute process. Mr. Austin was deprived, denied, and outright lied to (*in a very insulting way like he couldn't read the provisions publicly advertised by COF*) more than 50+ separate-distinct occasions from 7.4.24-7.4.25, with COF "*liable for each and every offense*." (*Exhibit A-Z*)

**29.**    *As explained above:* Before Mr. Austin initiated the dispute process (in which COF discriminatorily fails its duties to Mr. Austin), he alerted COF of the merchant's **a.** fraud (as basis of dispute per Capital Ones Instructions) and **b.** ongoing defamatory per se conduct, words, toward Mr. Austin which is also connected to the dispute.   (*Exhibit A-G*)  COF had the opportunity to **1.** do its normal duty, **2.** follow its specifically outlined contractual-promises-policy and could **3.** have done its duty to check the merchant's fraud-defamatory statements.  Instead, COF did the exact opposite, failed its duties owed Mr. Austin and joined in, aiding and abetting, through its own fraud (misstatements) to deprive Mr. Austin of duties owed while breaching contract. (*Exhibit A-Z*)

**30.**    Per US Dominion, Inc. v. Fox News Network, and the $787 million Dollar Settlement it produced, Defamation, and Defamation Per Se are serious, and expensive, offenses-violations of persons' reputational interest.  Mr. Austin provided COF fair warning of the disputed Merchant's published usage of "*N\*gg\*r*"-"*Black Inferior or Criminal*"-"*Brute or Buck*" slurs- epithets, to pair with the Merchant's fraud and urged COF to not join in, nor aid and abet, their fraud, nor their Defamatory statements-conduct. Per *US Dominion, Inc. v. Fox News Network, LLC, C. A.* "*..Fox made the challenged statements with knowledge of their falsity or with reckless disregard of their truth.....'Actual malice' means that defendants published the false information about*

**OPENING COMPLAINT - San Francisco County Superior Court**

*plaintiff 'with knowledge that it was false or with reckless disregard of whether it was false or not.'"......"a speaker cannot "purposefully avoid[]" the truth and then claim ignorance. If the plaintiff offers "some direct evidence" that the statement "was probably false," the Court can infer that the defendant "inten[ded] to avoid the truth..."* The disputed Merchant knows what they are doing is per se illegal, and wrong, knows the harmful statements-conduct they are currently engaged in is false, and defamatory per se, *but Mr. Austin had higher hopes for COF.*

**31.** However, COF chose to **1.** breach its contract, **2.** deceive-lie about what the contract says www.capitalone.com/help-center/fraud-disputes/ dispute-credit-charge, **3.** Discriminate and Segregate with ***"relic of slavery"*** policy 4. Intentionally harm Mr. Austin **5.** Insult Mr. Austin's **a.** intelligence, and **b.** ability to read publicly stated contract terms-process-policy-procedure. COF did so willfully-knowing the harm being done to **a.** Mr. Austin, **b.** his customer credit rating/profile, **c.** his finances, and **d.** reputation, in violation of Unruh, and other laws. (*Exhibit A-Z*)

**32.** COF's statements and conduct, taken in whole, are even more *pernicious* as they admit using a *"N*gg*r"- "Black Inferior "-"Brute or Buck"* slur stereotype epithets and apparently think either **1.** Mr. Austin can't read because he is Black or **2.** that CA laws-contract don't apply to him (i.e. No Unruh, No Equal Protection, no contract rights, etc.) because he is Black.(*Exhibits A-Z*) COF overtly advertises their duties toward customers, regardless of race, but *felt comfortable* a. falsely labeling Mr. Austin anti-Black racist slurs-stereotypes-epithets : *"N*gg*r"-"Black Inferior "-"Brute or Buck"* b. Depriving his rights to contract on the same basis as Whites based on racist tropes (outright admitting per their conduct-statement that they use separate policies for Blacks, like Mr. Austin, and subjecting them to an inferior or segregated policy-contract provision).

**33.** COF admits it willfully fails-breaches their precise contractual duties per their publicly defined process over 50+ separate instances because Mr. Austin is a Black

1  man. *(Exhibits A-Z)*

2  **34.**    Per Unruh-non-discriminatory standards it is important to be mindful of both the baseline

3  standards for 1. *any* Capital One Customer, and 2. similarly situated Whites, to identify

4  discriminatory animus for reasonable Banks-Financial Companies with variations in (derogatory)

5  treatment. *(Exhibit A-Z)* COF's conduct toward Mr. Austin not only shows *extreme animus and*

6  *malice* toward Mr. Austin as compared to **1.** similarly situated Whites, but **2.** *any* COF customer

7  per their explicitly defined *minimum expected standards* of COF's dispute contract provision,

8  *willfully (and deceitfully as they knowingly lied to Mr. Austin just to deprive him of his rights*

9  *50+ times)*.  Relevant to Unruh, and public accommodation, standards: Mr. Austin **1.** Is an

10 African American-Black man (protected group) **2.** is a COF customer per contract provision **3.**

11 suffered adverse actions *(50+ refusals from 7.4.24 - 7.4.25, because of Mr. Austin's race,*

12 *derogatory racial stereotypes)* **4.** Continues to provide opportunity for COF to self-correct.  COF

13 is in the public accommodation CA Banking-Finance business <u>Capital One San Francisco</u>

14 <u>Office</u>.  COF continues to demonstrate at least *8 forms of demonstrated animus* whereas White

15 customers are treated demonstrably better, and Mr. Austin was treated in an extreme-inferior

16 manner.  *(Exhibit A-Z)* Per <u>White v. Square</u>, all that's required for Unruh standing is

17 encountering *"exclusionary policy"... "on the basis of the person's membership in a protected*

18 *category"* and COF takes this very basic requirement to the extreme with malicious, deceitful,

19 willful, and outright exclusion per se illegal policies-conduct, AND aids and abets

20 merchant's  defamatory-fraudulent conduct.

21 **35.**    COF's conduct shows *racial animus in 8 ways (pp.104-133)*. COF **1.** Subjects Mr. Austin

22 to a different-inferior process, policy-procedure compared to Whites *(pp.104-106)* **2.** Excluding,

23 denigrating, and segregating with racist per se violations of <u>Civ Code sec. 1638-44</u> *(pp.106-*

24 *107)* **3.** Discriminatory per se violations of fraud-deceit statute  *(pp.107)* **4.** Using, false,

25 derogatory racial stereotypes-epithets *"N*gg*r" - "<u>Black Inferior or Criminal</u>"-"<u>Brute or</u>*

-14-

*Buck"* to deprive *(pp.108-131)* **5.** Complete exclusion from certain feature of the contract he is explicitly told to expect inclusion per express contract terms *(pp.131-132)* . **6.** Willful violations of Capital One's explicit, precisely, defined contract Provisions *(pp.132-133)* **7.** Willful aiding and abetting disputed merchant to **a.** Discriminate **b.** Defame **c.** Defraud *(pp.133)* **8.** Malice & demonstrated Pretext as Capital One knows it just lied, per its own precisely publicly written contractual duties to its Customers, but did so to aid and abet, and magnify harm *(pp.133* ; *Exhibits A-Z)* COF refuses, denies, or deprives contracting in the same way as similarly situated White from 7.4.24 - 7.4.25 with use of *"N\*gg\*r"- "Black Inferior"- "Brute or Buck"* slurs-epithets. *(Exhibit A-Z)* COF's 50-100 (50+) Unruh violations between 7.4.24-7.4.25 due to willful, knowing, deceitful, malicious COF conduct at minimum equate to-toggle between $600,000 - $1,200,000 (50-100 x $4000 x 3 (treble damages). See **§ 52:** *"((a) Whoever denies, aids or incites a denial, or makes any discrimination or distinction contrary to Section 51, 51.5, or 51.6, is liable for each and every offense for the actual damages, and any amount that may be determined by a jury, or a court sitting without a jury, up to a maximum of three times the amount of actual damage but in no case less than four thousand dollars ($4,000)."*

*"I, Mr. George Jarvis Austin, declare, certify, verify, or state, under penalty of perjury under the laws of the California (& the US), that the foregoing specific, numbered , declarations of precise facts, cross referenced with filings-documents on the record, are true and correct (and as I Mr. Austin personally experienced)."*
      s/ George Jarvis Austin   7.4.25

-15-

**OPENING COMPLAINT - San Francisco County Superior Court**

1 GEORGE JARVIS AUSTIN
  2107 Montauban Court
2 Stockton, CA, 95210
  209.915.6304
3 georgejarvisaustin@gmail.com; gaustin07@berkeley.edu

4 GEORGE JARVIS AUSTIN, IN PRO PER

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**07/10/2025**
**Clerk of the Court**
BY: WILMA CORRALES
Deputy Clerk

5

6   **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

7     **FOR THE COUNTY OF SAN FRANCISCO**

8

9 **GEORGE JARVIS AUSTIN**  ) Case No.: ***To Be Determined*** CGC-25-627090
            )
10     Plaintiff(s), ) **OPENING COMPLAINT**
            )
11   vs.      ) <u>**Certificate of Representation: Word Count**</u>
            )
12 CAPITAL ONE, FINANCIAL )
  CORP.(3335211); *per CaliforniaSecretary of* )
13 *State;* Publicly traded as '"COF" )
  www.capitalone.com,   )
14            )
            )
15     Defendant(s).

16

17

18

19

20

21

22

23

24

25

26 DATED: 7.4.25

27         *s/ George Jarvis Austin*
           In Pro Per
28

          -1-

**OPENING COMPLAINT  - San Francisco County Superior Court**

**OPENING COMPLAINT: WORD COUNT CERTIFICATE**

Pursuant to the California Rules of Court I, Mr. George Jarvis Austin, Capital Fellows, Senate Fellows, 2012-2013 Alum, (*with fellowship dual placement as a. Senate Governance and Finance Committee Consultant b. Senator Lois Wolk staffer for select bills through legislative process*), Self Represented Litigant, Severely Injured Worker at Tesla Motors, Inc. ('TSLA') (see *Austin v. Tesla Motors, Inc.* 3:23-cv-00067-AGT filed 1.6.23-present), and Capital One ('COF') deceived, discriminated against, defamed, etc. and harmed customer hereby certify, pursuant to the California Rules of Court, that I prepared the foregoing Opening Complaint on my own behalf, and that the word count for this Opening Complaint is *41,383* per "Word Count" feature of entire document.

This Opening Complaint complies with the California Rules of Court, which does not limit the word count of Opening Complaints. I certify that I prepared this document, and that *41,383* words is the word count generated for this document.

**George Jarvis Austin, Self Represented, in Pro Per.**

**s/ George Jarvis Austin**                    **Dated: July 4, 2025**

-2-

**OPENING COMPLAINT - San Francisco County Superior Court**



**BAR ASSOCIATION OF SAN FRANCISCO**

**CIVILITY TASK FORCE**

GUIDELINES OF CIVILITY AND PROFESSIONALISM

*Task Force Note: These guidelines are based on the California Attorney Guidelines of Civility and Professionalism, adopted July 20, 2007, and credit for the statewide guidelines should remain with their original authors. Likewise, where the inspiration for a section is from a guideline adopted previously by another bar association of this state, citation to the original is included.*

*In proposing these updated guidelines for the Bar Association of San Francisco, the Civility Task Force attempts to revisit the statewide guidelines with consideration for the progress we have made as a profession since the statewide rules were last updated. These guidelines remind lawyers of the importance of fostering the highest standards of civility, integrity and professionalism and of exhibiting courtesy to all participants in the practice of law and the judicial process. Although these guidelines are not a basis for discipline, sanctions, or ancillary litigation, they reflect expected standards of conduct for lawyers who practice in San Francisco Superior Court. These guidelines are in addition to mandatory requirements for lawyer conduct such as those set forth in the California Rules of Professional Conduct. Lawyers are expected to be familiar with and must observe all such rules of law. Lawyers are also expected to adhere to both the letter and spirit of Rules of Professional Conduct that prohibit discrimination, harassment, or retaliation in the practice of law.*

**SECTION 1**
**RESPONSIBILITIES TO THE JUSTICE SYSTEM**

The dignity, decorum and courtesy that have traditionally and aspirationally characterized the courts and legal profession of civilized nations are not empty formalities. They are essential to an atmosphere that promotes justice and to an attorney's responsibility for the fair and impartial administration of justice.

**SECTION 2**
**RESPONSIBILITIES TO THE PUBLIC AND THE PROFESSION**

An attorney should be mindful that, as individual circumstances permit, the goals of the profession include improving the administration of justice and contributing time to persons and organizations that cannot afford legal assistance.

An attorney should encourage new members of the bar to adopt these guidelines of civility and professionalism and mentor them in applying the guidelines.

1

## SECTION 3
## RESPONSIBILITIES TO THE CLIENT AND CLIENT REPRESENTATION

An attorney should treat clients with courtesy and respect, and represent them in a civil and professional manner. An attorney should advise current and potential clients that it is not acceptable for an attorney to engage in abusive behavior or other conduct unbecoming a member of the bar and an officer of the court.

As an officer of the court, an attorney should not allow clients to prevail upon the attorney to engage in uncivil behavior.

An attorney should not compromise the guidelines of civility and professionalism to achieve an advantage.

## SECTION 4
## COMMUNICATIONS ABOUT THE LEGAL SYSTEM

An attorney's communications about the legal system should at all times reflect civility, professional integrity, personal dignity, and respect for the legal system. An attorney should not engage in conduct that is unbecoming a member of the Bar and an officer of the court.

This guideline should not prevent the member from expressing dissent or disagreement with a particular policy, law, or outcome, as our legal system often evolves and improves over time.

For example, in communications about the legal system and with adversaries:

    a.    An attorney's conduct should be consistent with high respect and esteem for the civil and criminal justice systems.

    b.    This guideline does not prohibit an attorney's good faith expression of dissent or criticism made in public or private discussions for the purpose of improving the legal system or profession.

## SECTION 5
## DUTIES TO OTHER COUNSEL

An attorney's communications with other attorneys, including opposing counsel, should at all times be respectful, civil, and courteous.  An attorney should also act in good faith with other counsel whom the attorney has dealings within the course of his or her practice.

For example:

    a.    An attorney will not employ abusive, demeaning, or humiliating language in written or oral communications with other attorneys.

2

b.    An attorney will adhere to all express promises and to agreements with other counsel, whether oral or in writing, and will adhere in good faith to all agreements implied by the circumstances or local customs.

c.    When attorneys reach an oral understanding on a proposed agreement or a stipulation and decide to commit it to writing, the drafter will endeavor in good faith to state the oral understanding accurately and completely. The drafter will provide the other counsel with the opportunity to review the writing.

d.    An attorney will not write letters for the purpose of ascribing to opposing counsel a position he or she has not taken, or to create "a record" of events that have not occurred. Letters intended only to make a record should be used sparingly and only when thought to be necessary under all of the circumstances. Unless specifically permitted or invited by the court, letters between counsel should not be sent to judges.

## SECTION 6
## PUNCTUALITY

An attorney should be punctual in appearing at trials, hearings, meetings, depositions and other scheduled appearances.

For example:

a.    An attorney should arrive sufficiently in advance to resolve preliminary matters.

b.    An attorney should timely notify participants when the attorney will be late or is aware that a participant will be late.

## SECTION 7
## SCHEDULING, CONTINUANCES AND EXTENSIONS OF TIME

An attorney should advise clients that civility and courtesy in scheduling meetings, hearings and discovery are expected as professional conduct.

For example:

a.    An attorney should consider the scheduling interests of the court, other counsel or party, and other participants, should schedule by agreement whenever possible, and should send formal notice after agreement is reached.

b.    An attorney should not arbitrarily or unreasonably withhold consent to a request for scheduling accommodations or engage in delay tactics.

3

c.    An attorney should promptly notify the court and other counsel of problems with key participants' availability.

d.    An attorney should promptly notify other counsel and, if appropriate, the court, when scheduled meetings, hearings or depositions must be canceled or rescheduled, and provide alternate dates when possible.

In considering requests for an extension of time, an attorney should consider the client's interests and need to promptly resolve matters, the schedules and willingness of others to grant reciprocal extensions, the time needed for a task, and other relevant factors.

Consistent with existing law and court orders, an attorney should agree to reasonable requests for extensions of time that are not adverse to a client's interests.

For example:

a.    Unless time is of the essence, an attorney should agree to an extension without requiring motions or other formalities, regardless of whether the requesting counsel previously refused to grant an extension.

b.    An attorney should agree to an appropriate continuance when new counsel substitutes in.

c.    An attorney should advise clients that failing to agree with reasonable requests for time extensions is inappropriate.

d.    An attorney should not use extensions or continuances for harassment or to extend litigation.

e.    An attorney should place conditions on an agreement to an extension only if they are fair and essential or if the attorney is entitled to impose them, for instance to preserve rights or seek reciprocal scheduling concessions.

f.    If an attorney intends that a request for or agreement to an extension shall cut off a party's substantive rights or procedural options, the attorney should disclose that intent at the time of the request or agreement.

**SECTION 8**
**SERVICE OF PAPERS**

The timing and manner of service of papers should not be used to the disadvantage of the party receiving the papers.

4

For example:

> a.  An attorney should serve papers on the attorney who is responsible for the matter at his or her principal place of work.
>
> b.  If possible, papers should be served upon counsel at a time agreed upon in advance.
>
> c.  When serving papers, an attorney should allow sufficient time for opposing counsel to prepare for a court appearance or to respond to the papers.
>
> d.  An attorney should not serve papers to take advantage of an opponent's absence or to inconvenience the opponent, for instance by serving papers late on Friday afternoon or the day preceding a holiday.
>
> e.  When it is likely that service by mail will prejudice an opposing party, an attorney should serve the papers by other permissible means.
>
> f.  When possible, electronic service should be completed during normal business hours of 9:00 a.m. to 5:00 p.m.  Attorneys should avoid serving opposing counsel late at night, during the weekend, or on holidays.
>
> g.  An attorney should ask a party or third party's counsel, where the attorney is aware of such counsel, whether the counsel is authorized to accept service of papers if there is any question about such authorization. An attorney should not serve the party or third party directly before making such an inquiry.

## SECTION 9
## WRITINGS SUBMITTED TO THE COURT, COUNSEL OR OTHER PARTIES

Written materials directed to counsel, third parties or a court should be factual and concise and focused on the issue to be decided.

For example:

> a.  An attorney should not make ad hominem attacks on opposing counsel.
>
> b.  Unless at issue or relevant in a particular proceeding, an attorney should avoid degrading the intelligence, ethics, morals, integrity, or personal behavior of others.

    c.    An attorney should clearly identify all revisions in a document previously submitted to the court or other counsel.

## SECTION 10
## DISCOVERY

Attorneys are encouraged to meet and confer early in order to explore voluntary disclosure, which includes identification of issues, identification of persons with knowledge of such issues, and exchange of documents.

Attorneys are encouraged to propound and respond to formal discovery in a manner designed to fully implement the purposes of the Civil Discovery Act.

An attorney should not use discovery to harass an opposing counsel, parties, or witnesses. An attorney should not use discovery to delay the resolution of a dispute.

For example:

    a.    As to Depositions:

    1.    When another party notices a deposition for the near future, absent unusual circumstances, an attorney should not schedule another deposition in the same case for an earlier date without opposing counsel's agreement.

    2.    An attorney should delay a scheduled deposition only when necessary to address scheduling problems and not in bad faith.

    3.    An attorney should treat other counsel and participants with courtesy and civility, and should not engage in conduct that would be inappropriate in the presence of a judicial officer.

    4.    An attorney should remember that vigorous advocacy can be consistent with professional courtesy, and that arguments or conflicts with other counsel should not be personal.

    5.    An attorney questioning a deponent should provide other counsel present with a copy of any documents shown to the deponent before or contemporaneously with showing the document to the deponent.

    6.    An attorney questioning a deponent should not engage in bullying of the deponent or seek to intimidate the deponent.

6

7.    Once a question is asked, an attorney should not interrupt a deposition or make an objection for the purpose of coaching a deponent or suggesting answers.

8.    An attorney should not direct a deponent to refuse to answer a question or end the deposition without a legal basis for doing so.

9.    An attorney should refrain from self-serving speeches and speaking objections.

b.    As to Document Demands:

1.    Document requests should be used only to seek those documents that are reasonably needed to prosecute or defend an action.

2.    An attorney should not make demands to harass or embarrass a party or witness or to impose an inordinate burden or expense in responding.

3.    If an attorney inadvertently receives a privileged document, the attorney should promptly notify the producing party that the document has been received.

4.    In responding to a document demand, an attorney should not intentionally misconstrue a request in such a way as to avoid disclosure or withhold a document on the grounds of privilege.

5.    An attorney should not produce disorganized or unintelligible documents, or produce documents in a way that hides or obscures the existence of particular documents.

6.    An attorney should not delay in producing a document in order to prevent opposing counsel from inspecting the document prior to or during a scheduled deposition or for some other tactical reason.

c.    As to Interrogatories and Requests for Admission:

1.    An attorney should narrowly tailor special interrogatories and requests for admission and not use them to harass or impose an undue burden or expense on an opposing party.

2.    An attorney should not intentionally misconstrue or respond to interrogatories or requests for admission in a manner that is not truly responsive.

7



3.    When an attorney lacks a good faith belief in the merit of an objection, the attorney should not object to an interrogatory or request for admission. If an interrogatory or request for admission is objectionable in part, an attorney should answer the unobjectionable part.

**SECTION 11**
**MOTION PRACTICE**

An attorney should consider whether, before filing or pursuing a motion, to contact opposing counsel to attempt to informally resolve or limit the dispute.

For example:

a.    Before filing demurrers, motions to strike, motions to transfer venue, and motions for judgment on the pleadings, an attorney should engage in more than a pro forma effort to resolve the issue. An attorney should ensure he/she begins the meet and confer process early enough to ensure the meet and confer process can be completed before the deadline to file the motion.

b.    In complying with any meet and confer requirement in the California Code of Civil Procedure, an attorney should speak personally with opposing counsel and engage in a good faith effort to resolve or informally limit an issue.

c.    An attorney should not engage in conduct that forces an opposing counsel to file a motion and then not oppose the motion.

d.    An attorney who has no reasonable objection to a proposed motion should promptly make this position known to opposing counsel, who then may file an unopposed motion or avoid filing a motion.

e.    After opposing a motion, if an attorney recognizes that the movant's position is correct, the attorney should promptly advise the movant and the court of this change in position.

f.    Because requests for monetary sanctions, even if statutorily authorized, can lead to the destruction of a productive relationship between counsel or parties, monetary sanctions should not be sought unless fully justified by the circumstances and necessary to protect a client's legitimate interests and then only after a good faith effort to resolve the issue informally among counsel.

8

## SECTION 12
## DEALING WITH NONPARTY WITNESSES

It is important to promote high regard for the profession and the legal system among those who are neither attorneys nor litigants. An attorney's conduct in dealings with nonparty witnesses should exhibit the highest standards of civility.

For example:

    a.    An attorney should be courteous and respectful in communications with nonparty witnesses.

    b.    Upon request, an attorney should extend professional courtesies and grant reasonable accommodations, unless to do so would materially prejudice the client's lawful objectives.

    c.    An attorney should take special care to protect a witness from undue harassment or embarrassment and to state questions in a form that is appropriate to the witness's age and development.

    d.    An attorney should not issue a subpoena to a nonparty witness for inappropriate tactical or strategic purposes, such as to intimidate or harass the nonparty.

    e.    As soon as an attorney knows that a previously scheduled deposition will or will not go forward as scheduled, the attorney should notify all counsel.

    f.    An attorney who obtains a document pursuant to a deposition subpoena should, upon request, make copies of the document available to all other counsel at their expense.

## SECTION 13
## EX PARTE COMMUNICATION WITH THE COURT

In a social setting or otherwise, an attorney should not communicate ex parte with a judicial officer on the substance of a case pending before the court, unless permitted by law.

## SECTION 14
## SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION

An attorney should raise and explore with the client and, if the client consents, with opposing counsel, the possibility of settlement and alternative dispute resolution in every matter as soon as possible and, when appropriate, during the course of litigation.

9

For example:

    a.    An attorney should advise a client at the outset of the relationship of the availability of informal or alternative dispute resolution.

    b.    An attorney should attempt to evaluate a matter objectively and to de-escalate any controversy or dispute in an effort to resolve or limit the controversy or dispute.

    c.    An attorney should consider whether alternative dispute resolution would adequately serve a client's interest and dispose of the controversy expeditiously and economically.

    d.    An attorney should honor a client's desire to settle the dispute quickly and in a cost- effective manner.

    e.    An attorney should use an alternative dispute resolution process for purposes of settlement and not for delay or other improper purposes, such as discovery.

    f.    An attorney should participate in good faith, and assist the alternative dispute officer by providing pertinent and accurate facts, law, theories, opinions and arguments in an attempt to resolve a dispute.

    g.    An attorney should not falsely hold out the possibility of settlement as a means for terminating discovery or delaying trial.

    h.    An attorney should provide briefing to the settlement officer before any deadlines provided to ensure the settlement officer has time to prepare for the settlement conference.

## SECTION 15
## CONDUCT IN COURT

To promote a positive image of the profession, an attorney should always act respectfully and with dignity in court and assist the court in proper handling of a case.

For example:

    a.    An attorney should be punctual and prepared.

    b.    An attorney's conduct should avoid disorder or disruption and preserve the right to a fair trial.

    c.    An attorney should maintain respect for and confidence in a judicial office by displaying courtesy, dignity and respect toward the court and courtroom personnel.

10

d.     An attorney should refrain from conduct that inappropriately demeans another person.

e.     Before appearing in court, an attorney should advise a client of the kind of behavior expected of the client and endeavor to prevent the client from creating disorder or disruption in the courtroom.

f.     An attorney should make objections for legitimate and good faith reasons, and not for the purpose of harassment or delay.

g.     An attorney should honor an opposing counsel's requests that do not materially prejudice the rights of the attorney's client or sacrifice tactical advantage.

h.     While appearing before the court, an attorney should address all arguments, objections and requests to the court, rather than directly to opposing counsel.

i.     While appearing in court, an attorney should demonstrate sensitivity to any party, witness or attorney who has requested, or may need, accommodation as a person with physical or mental impairment, so as to foster full and fair access of all persons to the court.

## SECTION 16
## DEFAULT

An attorney should not take the default of an opposing party known to be represented by counsel without giving the party advance warning.

For example, an attorney should not race opposing counsel to the courthouse to knowingly enter a default before a responsive pleading can be filed. This guideline is intended to apply only to taking a default when there is a failure to timely respond to complaints, cross- complaints, and amended pleadings.

## SECTION 17
## SOCIAL RELATIONSHIPS WITH JUDICIAL OFFICERS, NEUTRALS AND COURT APPOINTED EXPERTS

An attorney should avoid even the appearance of bias by notifying opposing counsel or an unrepresented opposing party of any close, personal relationships between the attorney and a judicial officer, arbitrator, mediator or court-appointed expert and allowing a reasonable opportunity to object.

## SECTION 18
## PRIVACY

An attorney should respect the privacy rights of parties and nonparties.

41257\14956885.2

For example:

      a.     An attorney should not inquire into, attempt or threaten to use, private facts concerning any party or other individuals for the purpose of gaining an advantage in a case. This guideline does not preclude inquiry into sensitive matters relevant to an issue, as long as the inquiry is pursued as narrowly as possible.

      b.     If an attorney must inquire into an individual's private affairs, the attorney should cooperate in arranging for protective measures, including stipulating to an appropriate protective order, designed to assure that the information revealed is disclosed only for purposes relevant to the pending litigation.

      c.     Nothing herein shall be construed as authorizing the withholding of information in violation of applicable law.

## SECTION 19
## NEGOTIATION OF WRITTEN AGREEMENTS

An attorney should negotiate and conclude written agreements in a cooperative manner and with informed authority of the client.

For example:

      a.     An attorney should use boilerplate provisions only if they apply to the subject of the agreement.

      b.     If an attorney modifies a document, the attorney should clearly identify the change and bring it to the attention of other counsel.

      c.     An attorney should avoid negotiating tactics that are abusive; that are not made in good faith; that threaten inappropriate legal action; that are not true; that set arbitrary deadlines; that are intended solely to gain an unfair advantage or take unfair advantage of a superior bargaining position; or that do not accurately reflect the client's wishes or previous oral agreements.

      d.     An attorney should not participate in an action or the preparation of a document that is intended to circumvent or violate applicable laws or rules.

In addition to other applicable Sections of these Guidelines, attorneys engaged in a transactional practice have unique responsibilities because much of the practice is conducted without judicial supervision.

For example:

12

    a.    Attorneys should be mindful that their primary goals are to negotiate in a manner that accurately represents their client and the purpose for which they were retained.

    b.    Attorneys should successfully and timely conclude a transaction in a manner that accurately represents the parties' intentions and has the least likely potential for litigation.

    c.    With client approval, attorneys should consider giving each party permission to contact the employees of the other party for the purpose of promptly and efficiently obtaining necessary information and documents.

## SECTION 20
## ADDITIONAL PROVISION FOR FAMILY LAW PRACTITIONERS

In addition to other applicable Sections of these Guidelines, in family law proceedings an attorney should seek to reduce emotional tension and trauma and encourage the parties and attorneys to interact in a cooperative atmosphere, and keep the best interest of the children in mind.

For example:

    a.    An attorney should discourage and should not abet vindictive conduct.

    b.    An attorney should treat all participants with courtesy and respect in order to minimize the emotional intensity of a family dispute.

    c.    An attorney representing a parent should consider the welfare of a minor child and seek to minimize the adverse impact of the family law proceeding on the child.

## SECTION 21
## ADDITIONAL PROVISION FOR CRIMINAL LAW PRACTITIONERS

In addition to other applicable Sections of these Guidelines, criminal law practitioners have unique responsibilities. Prosecutors are charged with seeking justice, while defenders must zealously represent their clients even in the face of seemingly overwhelming evidence of guilt. In practicing criminal law, an attorney should appreciate these roles.

For example:

    a.    A prosecutor should not question the propriety of defending a person accused of a crime.

13

41257\14956885.2



    b.    Appellate counsel and trial counsel should communicate openly, civilly and without rancor, endeavoring to keep the proceedings on a professional level.

## SECTION 22
## COURT PROCEEDINGS

Judges are encouraged to become familiar with these Guidelines and to support and promote them where appropriate in court proceedings.

## SECTION 23
## DIVERSITY AND ELIMINATION OF BIAS

Our society is diverse. We must commit ourselves to promote and encourage respect for diverse cultures, opinions and views, and expand opportunities to those who have traditionally been excluded.

(*Source: Ventura Co. Bar Assoc. Guidelines on Professional Conduct and Civility § 14.*)

Our profession includes individuals of various ages, races, national origins, ethnicity, political views, cultural and economic backgrounds, religions, disabilities, gender identities, and sexual orientation. It also includes a wide variety of specialties, affiliations and professional relationships. Professional courtesy and civility requires lawyers to respect diversity and to uniformly honor these rules of civility without discrimination and with equal dignity. (*Id.*)

Lawyers shall always act impartially with respect to all persons including opposing counsel, clients, witnesses, and the public. Lawyers shall not engage in any act of bias based on age, race, national origin, ethnicity, political views, cultural or economic background, religion, disability, gender identity, or sexual orientation while engaging in the practice of law, and should work toward the elimination of bias in all aspects of the justice system.

Examples - Lawyers shall:

    a.    Treat opposing counsel with respect and courtesy regardless of age, race, national origin, ethnicity, political views, cultural or economic background, religion, disability, gender identity, or sexual orientation.

    b.    Not attempt to take advantage of or intimidate another lawyer on account of age, race, national origin, ethnicity, political views, cultural or economic background, religion, disability, gender identity, or sexual orientation.

41257\14956885.2

c.    Not tolerate bias or prejudice by another attorney or by the court and should take appropriate steps to prevent an occurrence of such behavior in the future.

d.    Refrain from making any statement or comment, whether publicly or privately, which serves to denigrate any other lawyer, judicial officer or member of the public on the basis of age, race, national origin, ethnicity, political views, cultural or economic background, religion, disability, gender identity, or sexual orientation.

(*Source: Sacramento Co. Bar Association Standards of Professional Conduct § 3G.*)

## SECTION 24
## REMOTE PROCEEDINGS

Advances in technology combined with the COVID-19 pandemic accelerated a shift in our profession towards remote depositions, mediations, and court appearances becoming a generally accepted norm.  Remote proceedings are a cost-effective and time-saving means of conducting certain matters, yet in-person proceedings may be preferred in many instances.

In order to facilitate the continued integration of remote proceedings into our profession, lawyers should:

a.    Familiarize themselves with the commonly used technology for conducting remote proceedings, and upgrade their existing hardware, software, and internet connection to meet the expected quality necessary to hold such proceedings without causing a disruption due to poor video or audio quality.

b.    Accommodate reasonable requests to hold remote appearances for the convenience of counsel or the witness. Conversely, where an attorney believes that an in-person appearance is essential, a request for an in-person proceeding should be accommodated absent extenuating circumstances which render proceeding in-person unsafe or unnecessarily expensive (*i.e.* long distance travel).

c.    Ensure that they and the persons they represent at the proceeding are appearing from a computer with a sufficiently strong internet connection, and from a location free from excessive background noise or distractions.

d.    Not communicate with a remote deposition witness while on the record via technological or other means which are not also made part of the record and disclosed to the other attendees.

15

e.    Treat remote proceedings with the same level of decorum and respect as if the matter was taking place in person.

**SECTION 25**
**MENTORSHIP**

The training of young lawyers through hands-on experience is essential both to their development and the future of our legal community. Where possible, experienced attorneys should take the opportunity to:

a.    Mentor young attorneys and provide constructive feedback without undue harsh criticism.

b.    Allow less-experienced attorneys to attend and present oral arguments at hearings.

c.    Allow less-experienced attorneys to take and defend depositions.

d.    Allow less-experienced attorneys to make meaningful contributions at trial.

41257\14956885.2

CASE NUMBER: CGC-25-625090  GEORGE JARVIS AUSTIN VS. CAPITAL ONE, FINANCIAL C

## NOTICE TO PLAINTIFF

A Case Management Conference is set for:

| | |
|---|---|
| **DATE:** | **DEC 10, 2025** |
| **TIME:** | **10:30 am** |
| **PLACE:** | **Department 610**<br>**400 McAllister Street**<br>**San Francisco, CA  94102-3680** |

All parties must appear and comply with Local Rule 3.

> CRC 3.725 requires the filing and service of a case management statement form CM-110
> no later than 15 days before the case management conference.  However, it would facilitate
> the issuance of a case management order  **without an appearance**  at the case
> management conference if the case management statement is filed and served twenty-five
> days before the case management conference.

Plaintiff must serve a copy of this notice upon each party to this action with the summons and
complaint. Proof of service subsequently filed with this court shall so state.   **This case is
eligible for electronic filing and service per Local Rule 2.11.  For more information,
please visit the Court's website at https://sf.courts.ca.gov under Online Services.**

**[DEFENDANTS: Attending the Case Management Conference does not take the place
of filing a written response to the complaint. You must file a written response with the
court within the time limit required by law. See Summons.]**

### ALTERNATIVE DISPUTE RESOLUTION REQUIREMENTS

> **IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE SHOULD PARTICIPATE IN
> MEDIATION, ARBITRATION, NEUTRAL EVALUATION,  AN EARLY SETTLEMENT CONFERENCE, OR
> OTHER APPROPRIATE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A TRIAL.**
>
> (SEE LOCAL RULE 4)

Plaintiff  **must**  serve a copy of the Alternative Dispute Resolution (ADR) Information Package
on each defendant along with the complaint.  (CRC 3.221.) The ADR package may be accessed
at https://sf.courts.ca.gov/divisions/civil-division/alternative-dispute-resolution or you may request
a paper copy from the filing clerk.  All counsel must discuss ADR with clients and opposing counsel
and provide clients with a copy of the ADR Information Package prior to filing the Case
Management Statement.

**Superior Court Alternative Dispute Resolution Administrator**
**400  McAllister Street, Room 103-A**
**San Francisco, CA  94102**
**adrcoordinator@sftc.org**

**See Local Rules 3.3, 6.0 C and 10 B re stipulation to judge pro tem.**

 **Superior Court of California, County of San Francisco**
**Information Sheet**
**Voluntary Expedited Jury Trial Summary**

The San Francisco Superior Court encourages the use of Voluntary Expedited Jury Trials ("EJTs") in appropriate cases.  EJTs provide an excellent opportunity to resolve your client's case in an expeditious and inexpensive way.  Voluntary EJTs are authorized by statute.  CCP §§ 630.01.

EJTs can resolve your entire case **or** a single important case critical issue that, once adjudicated, can promote resolution of the entire case (for example: course and scope of employment, causation of an injury, whether a contract was formed, etc.)  EJTs promote equal access to civil justice as they are less expensive, consume fewer courtroom days, provide flexibility throughout, encourage high/low agreements to limit risk, and feature streamlined pre-trial procedures.

These are highlights of an EJT (C.C.P. §§ 630.01 et seq. and Rules of Court 3.1549 - 3.1553):

- Parties encouraged to submit a joint jury questionnaire;

- 8 jurors (6 must agree);

- 3 peremptory challenges per side;

- 5-hour time limit per side <u>unless agreed otherwise and approved;</u>

- One to two court days completion <u>unless agreed otherwise and approved;</u>

- Option to present evidence by stipulation and objection;

- High/low arrangement option;

- Limited appeal (misconduct by judge or jury substantially affecting parties' rights or corruption, or bad faith.)

If the parties agree to the Voluntary EJT, they should file and serve the completed and signed (Proposed) Consent Order for Voluntary Expedited Jury Trial, Judicial Council Form EJT-020.



**Superior Court of California, County of San Francisco**
**Alternative Dispute Resolution**
**Information Package**



> The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action together with the cross-complaint. (CRC 3.221(c).)

### WHAT IS ADR?

Alternative Dispute Resolution (ADR) is the term used to describe the various options available for settling a dispute without a trial.  There are many different ADR processes, the most common forms of which are mediation, arbitration and settlement conferences.  In ADR, trained, impartial people decide disputes or help parties decide disputes themselves.  They can help parties resolve disputes without having to go to trial.

### WHY CHOOSE ADR?

It is the policy of the Superior Court that every long cause, non-criminal, non-juvenile case should participate either in an early settlement conference, mediation, arbitration, early neutral evaluation or some other alternative dispute resolution process prior to trial. (Local Rule 4.)

ADR can have a number of advantages over traditional litigation:

- **ADR can save time.**  A dispute often can be resolved in a matter of months, even weeks, through ADR, while a lawsuit can take years.
- **ADR can save money,** including court costs, attorney fees, and expert fees.
- **ADR encourages participation.** The parties may have more opportunities to tell their story than in court and may have more control over the outcome of the case.
- **ADR is more satisfying.** For all the above reasons, many people participating in ADR have reported a high degree of satisfaction.

**\*\*Electing to participate in an ADR process does not stop the time period to respond to a complaint or cross-complaint\*\***

### WHAT ARE THE ADR OPTIONS?

The San Francisco Superior Court offers different types of ADR processes for general civil matters. The programs are described below:

### 1) MANDATORY SETTLEMENT CONFERENCES

Settlement conferences are appropriate in any case where settlement is an option. The goal of settlement conferences is to provide participants an opportunity to reach a mutually acceptable settlement that resolves all or part of a dispute. Mandatory settlement conferences are ordered by the court and are often held near the date a case is set for trial, although they may be held earlier if appropriate. A party may elect to apply to the Presiding Judge for a specially set mandatory settlement conference by filing an ex parte application. See Local Rule 5.0 for further instructions. Upon approval by the Presiding Judge, the court will schedule the conference and assign a settlement conference officer.

## 2) MEDIATION

Mediation is a voluntary, flexible, and confidential process in which a neutral third party facilitates negotiations. The goal of mediation is to reach a mutually satisfactory agreement that resolves all or part of a dispute after exploring the interests, needs, and priorities of the parties in light of relevant evidence and the law.

**(A) MEDIATION SERVICES OF THE BAR ASSOCIATION OF SAN FRANCISCO (BASF):** The ADR DEPARTMENT OF THE BAR ASSOCIATION OF SAN FRANCISCO (BASF), in cooperation with the Superior Court, is designed to help civil litigants resolve disputes before they incur substantial costs in litigation. BASF's panel of experienced, professional and impartial mediators work with parties to help them arrive at mutually agreeable solutions. Parties can select their mediator from the website www.sfbar.org/mediation or BASF can assist with mediator selection. BASF pre-screens all mediators based upon strict educational and experience requirements and handles administrative matters, including conflict checks and case management. BASF charges an initial fee of $295 per party, which covers (1) BASF's administration costs, (2) the first hour of preparation time, and (3) the first two hours of mediation time. Mediation time beyond that is charged at the mediator's hourly rate, which varies depending on the mediator selected. Waivers of BASF's fee are available to those who qualify. For more information, call 415-982-1600 or email adr@sfbar.org.

**(B) JUDICIAL MEDIATION PROGRAM** provides mediation with a San Francisco Superior Court judge for civil cases, which include but are not limited to, personal injury, construction defect, employment, professional malpractice, insurance coverage, toxic torts and industrial accidents. Parties may utilize this program at any time throughout the litigation process. Parties interested in judicial mediation should file a Stipulation to Judicial Mediation indicating a joint request for inclusion in the program. A preference for a specific judge may be indicated. The court will coordinate assignment of cases for the program. There is no charge. Information about the Judicial Mediation Program may be found by visiting the ADR page on the court's website: www.sfsuperiorcourt.org/divisions/civil/dispute-resolution

**(C) PRIVATE MEDIATION:** Although not currently a part of the court's ADR program, parties may select any private mediator of their choice. The selection and coordination of private mediation is the responsibility of the parties. Parties may find mediators and organizations on the Internet. The cost of private mediation will vary depending on the mediator selected.

**(D) COMMUNITY BOARDS MEDIATION SERVICES:** Mediation services are offered by Community Boards (CB), a nonprofit resolution center, under the Dispute Resolution Programs Act. CB utilizes a three-person panel mediation process in which mediators work as a team to assist the parties in reaching a shared solution. To the extent possible, mediators are selected to reflect the demographics of the disputants. CB has a success rate of 85% for parties reaching a resolution and a consumer satisfaction rate of 99%. The fee is $45-$100 to open a case, and an hourly rate of $180 for complex cases. Reduction and waiver of the fee are available. For more information, call 415-920-3820 or visit communityboards.org.



**3) ARBITRATION**

An arbitrator is a neutral attorney who presides at a hearing where the parties present evidence through exhibits and testimony. The arbitrator applies the law to the facts of the case and makes an award based upon the merits of the case.

**(A) JUDICIAL ARBITRATION**

When the court orders a case to arbitration it is called "judicial arbitration". The goal of arbitration is to provide parties with an adjudication that is earlier, faster, less formal, and usually less expensive than a trial. Pursuant to CCP 1141.11, all civil actions in which the amount in controversy is $50,000 or less, and no party seeks equitable relief, shall be ordered to arbitration. (Upon stipulation of all parties, other civil matters may be submitted to judicial arbitration.) An arbitrator is chosen from the court's arbitration panel. Arbitrations are generally held between 7 and 9 months after a complaint has been filed. Judicial arbitration is not binding unless all parties agree to be bound by the arbitrator's decision. Any party may request a trial within 60 days after the arbitrator's award has been filed. Local Rule 4.1 allows for mediation in lieu of judicial arbitration, so long as the parties file a stipulation to mediate after being assigned to judicial arbitration. There is no cost to the parties for judicial arbitration.

**(B) PRIVATE ARBITRATION**

Although not currently a part of the court's ADR program, civil disputes may also be resolved through private arbitration. Here, the parties voluntarily consent to arbitration. If all parties agree, private arbitration may be binding and the parties give up the right to judicial review of the arbitrator's decision. In private arbitration, the parties select a private arbitrator and are responsible for paying the arbitrator's fees.

**HOW DO I PARTICIPATE IN ADR?**

Litigants may elect to participate in ADR at any point in a case. General civil cases may voluntarily enter into the court's or court-affiliated ADR programs by any of the following means:

- Filing a Stipulation to ADR: Complete and file the Stipulation form (attached to this packet and available on the court's website); or
- Indicating your ADR preferences on the Case Management Statement (available on the court's website); or
- Contacting the court's ADR Department (see below), the Bar Association of San Francisco's ADR Services, or Community Boards.

**For more information about ADR programs or dispute resolution alternatives, contact:**

Superior Court Alternative Dispute Resolution
400 McAllister Street, Room 103-A, San Francisco, CA 94102
adrcoordinator@sftc.org
Or, visit the court's ADR page at www.sfsuperiorcourt.org/divisions/civil/dispute-resolution

TO PARTICIPATE IN ANY OF THE COURT'S ADR PROGRAMS, PLEASE COMPLETE AND FILE THE ATTACHED STIPULATION TO ADR AND SUBMIT IT TO THE COURT. YOU MUST ALSO CONTACT BASF OR COMMUNITY BOARDS TO ENROLL IN THEIR LISTED PROGRAMS. THE COURT DOES NOT FORWARD COPIES OF STIPULATIONS TO BASF OR COMMUNITY BOARDS.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address)* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:<br>ATTORNEY FOR *(Name)*: | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**
400 McAllister Street
San Francisco, CA 94102-4514

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION (ADR)** | CASE NUMBER: _____<br>**DEPARTMENT 610** |
|---|---|

**1)** **The parties hereby stipulate that this action shall be submitted to the following ADR process:**

☐ **Mediation Services of the Bar Association of San Francisco (BASF)** - Experienced professional mediators, screened and approved, provide one hour of preparation and the first two hours of mediation time for a BASF administrative fee of $295 per party. Mediation time beyond that is charged at the mediator's hourly rate. Waivers of the administrative fee are available to those who qualify. BASF assists parties with mediator selection, conflicts checks and full case management. www.sfbar.org/mediation

☐ **Mediation Services of Community Boards (CB)** – Service in conjunction with DRPA, CB provides case development and one three-hour mediation session. Additional sessions may be scheduled. The cost is $45-$100 to open a case, and an hourly rate of $180 for complex cases. Reduction and waiver of the fee are available to those who qualify. communityboards.org

☐ **Private Mediation** - Mediators and ADR provider organizations charge by the hour or by the day, current market rates. ADR organizations may also charge an administrative fee. Parties may find experienced mediators and organizations on the Internet.

☐ **Judicial Arbitration** - Non-binding arbitration is available to cases in which the amount in controversy is $50,000 or less and no equitable relief is sought. The court appoints a pre-screened arbitrator who will issue an award. There is no fee for this program. https://sf.courts.ca.gov/divisions/civil-division/alternative-dispute-resolution

☐ **Judicial Mediation** - The Judicial Mediation program offers mediation in civil litigation with a San Francisco Superior Court judge familiar with the area of the law that is the subject of the controversy. There is no fee for this program. https://sf.courts.ca.gov/divisions/civil-division/alternative-dispute-resolution

Judge Requested (see list of Judges currently participating in the program): _____

Date range requested for Judicial Mediation (from the filing of stipulation to Judicial Mediation):

☐ 30-90 days ☐  90-120 days ☐  Other (please specify)
_____

☐ **Other ADR process (describe)** _____

**2)** **The parties agree that the ADR Process shall be completed by (date):** _____
**3)** **Plaintiff(s) and Defendant(s) further agree as follows:**

_____

| | |
|---|---|
| _____<br>Name of Party Stipulating | _____<br>Name of Party Stipulating |
| _____<br>Name of Party or Attorney Executing Stipulation | _____<br>Name of Party or Attorney Executing Stipulation |
| _____<br>Signature of Party or Attorney | _____<br>Signature of Party or Attorney |
| ☐ Plaintiff ☐ Defendant ☐ Cross-defendant | ☐ Plaintiff ☐ Defendant ☐ Cross-defendant |
| Dated: _____ | Dated: _____ |

☐ *Additional signature(s) attached*

ADR-2  04/24      **STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION**