UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JARVIS AUSTIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPITAL ONE, N.A.,<br><br>        Defendant. | Case No. 25-cv-07131-JST<br><br>**ORDER TERMINATING CASE** |

Plaintiff George Jarvis Austin has filed multiple notices of voluntary dismissal.  ECF Nos. 7, 17, 19.  Because those notices also contained assertions that this Court lacks jurisdiction over this case, the Court explained to Austin "that, if he voluntarily dismisses this case under Rule 41, the Court will not be making any determination about whether it has jurisdiction over this case."  ECF No. 22 at 1–2.  The Court gave Austin until September 3, 2025, to withdraw his notices of dismissal if he "would like a ruling on whether this Court has jurisdiction." *Id.* at 2.

That deadline has passed, and Austin has not withdrawn his notices of dismissal. Accordingly, as the Court previously advised, it now terminates this case based on Austin's voluntary dismissal under Rule 41(a)(1)(A)(i).

The Court advises Austin that if he re-files his claims in state court and Capital One again removes the case to federal court, a notice of voluntary dismissal in that case will "operate[] as an adjudication on the merits."  Fed. R. Civ. P. 41(a)(1)(B) ("[I]f the plaintiff previously dismissed

/ / /

/ / /

/ / /

/ / /

1  any federal- or state-court action based on or including the same claim, a notice of dismissal
2  operates as an adjudication on the merits.").
3  **IT IS SO ORDERED.**
4  Dated: September 5, 2025



JON S. TIGAR
United States District Judge